**PANISH, SHEA & BOYLE, LLP**
LAWYERS
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CALIFORNIA 90025
TEL: (310) 477-1700
FAX: (310) 477-1699
BRIAN J. PANISH, STATE BAR NO. 116060
ADAM K. SHEA, STATE BAR NO. 166800
KEVIN R. BOYLE, STATE BAR NO. 192718

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for _____ Plaintiff _____

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MITCHELL EGGERS, an individual,

                   Plaintiff,

      vs.

CAMPAGNOLO NORTH AMERICA, INC., a corporation, B&L BIKE AND SPORTS, INC., a corporation, and DOES 1 through 10, Inclusive,

                  Defendants.

CASE NO.  08 CV 0198 JM LSP

Judge: Hon. Jeffrey T. Miller
CR: 6

[Complaint filed: February 1, 2008]

NOTICE OF INTERESTED PARTIES WITH FINANCIAL INTEREST

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

     The following listed parties have a direct, pecuniary interest in the outcome of this case.  The representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

1822.13

| Party | Interest |
|-------|----------|
| Mitchell Eggers | Plaintiff |
| Campagnolo North America, Inc. | Defendant |
| B&L Bike and Sports, Inc. | Defendant |

DATED: February 4, 2008

PANISH, SHEA & BOYLE LLP

By

BRIAN J. PANISH
KEVIN R. BOYLE
Attorneys for Plaintiffs

PANISH, SHEA & BOYLE, LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CALIFORNIA 90025

1822.13

NOTICE OF INTERESTED PARTIES WITH FINANCIAL INTEREST