POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| SPENCER R. LUCAS  SBN: 232498<br>PANISH, SHEA & BOYLE, LLP<br>11111 SANTA MONICA BLVD. #700 LOS ANGELES, CA 90025 | | |
| TELEPHONE NO.: (310) 477-1700   FAX NO. *(Optional):* (310) 477-1699<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: 880 FRONT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: SOUTHERN DISTRICT - SAN DIEGO

PLAINTIFF/PETITIONER: **EGGERS**

DEFENDANT/RESPONDENT: **CAMPAGNOLO**

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER: 08CV0198JMLSP

Ref. No. or File No.: EGGERS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* **Notice of Interested Parties**
3. a. Party served *(specify name of party as shown on documents served):*
   **B & L BIKE AND SPORTS, INC.**

   b. [X]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*
   **SCOTT RITTSCHOF, AGENT FOR SERVICE OF PROCESS**

4. Address where the party was served: **211 N. HIGHWAY #101<br>SOLANA BEACH, CA 92075**

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*

   b. [X] **by substituted service.** On *(date):* **02/14/2008** at *(time):* **04:30 pm** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **TONY LITTLE, OFFICE MANAGER**

   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*   from *(city):*   or [X] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LA802061212

| PETITIONER: **EGGERS** | CASE NUMBER: |
|---|---|
| RESPONDENT: **CAMPAGNOLO** | 08CV0198JMLSP |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                      (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **B & L BIKE AND SPORTS, INC.**
      under the following Code of Civil Procedure section:

   ☒ 416.10 (corporation)         ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                          ☐ other:

7. **Person who served papers**
   a. Name: **Jeff Mayer - JANNEY AND JANNEY**
   b. Address: **1545 WILSHIRE BLVD., STE 311 LOS ANGELES, CA 90017**
   c. Telephone number: **(213) 628-6338**
   d. **The fee** for service was: **$ 58.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner   ☐ employee   ☒ independent contractor.
         (ii) Registration No.: **1911**
         (iii) County: **LOS ANGELES**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **02/25/2008**

**JANNEY AND JANNEY**
**1545 WILSHIRE BLVD., STE 311**
**LOS ANGELES, CA 90017**
**(213) 628-6338**

_____    ▶  _____
**Jeff Mayer**                                                    (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address)<br>SPENCER R. LUCAS      SBN: 232498<br>PANISH, SHEA & BOYLE, LLP<br>11111 SANTA MONICA BLVD. #700 LOS ANGELES, CA 90025<br>TELEPHONE NO.: (310) 477-1700    FAX NO.: (310) 477-1699<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | | **FOR COURT USE ONLY** |

**USDC - SOUTHERN DISTRICT - SAN DIEGO**
STREET ADDRESS: 880 FRONT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: SOUTHERN DISTRICT - SAN DIEGO

PLAINTIFF/PETITIONER: **EGGERS**

DEFENDANT/RESPONDENT: **CAMPAGNOLO**

| PROOF OF SERVICE BY MAIL | CASE NUMBER:<br>08CV0198JMLSP |
|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd., Los Angeles, CA 90017.

On February 19, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons;Complaint;Notice of Interested Parties

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

B & L BIKE AND SPORTS, INC.
211 N. HIGHWAY #101
SOLANA BEACH, CA 92075

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service:



Janney and Janney Attorney
Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 3, 2008.

Signature: _____
SUSIE MADRIGAL

**PROOF OF SERVICE BY MAIL**

Order#: LA802061212/GProof5