```
 1  Gregory P. Konoske, SBN: 095393
    SHIFFLET, KANE & KONOSKE, LLP
 2  16880 West Bernardo Drive, Suite 250
    San Diego, CA 92127-1615
 3  Telephone: (858) 385-0871
    Fax: (858) 613-0871
 4
 5  Attorneys for Defendant, B & L BIKE AND SPORTS, INC.
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 SOUTHERN DISTRICT OF CALIFORNIA
```

| MITCHELL EGGERS, an individual, | **Case No.** 08 CV 0198 JM LSP |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT B & L BIKE AND SPORTS, INC.'S ANSWER TO COMPLAINT** |
| B & L BIKE AND SPORTS, INC., a corporation, and DOES 1 to 10, inclusive. | **(JURY DEMANDED)** |
| Defendants. | **Dept.: 6** <br> **Judge: Hon. Jeffery T. Miller** <br> **Complaint Filed: February 1, 2008** |

COMES NOW, DEFENDANT, B & L BIKE AND SPORTS, INC., and answers the complaint on file herein for itself alone and no others as follows:

I.

ANSWERING PARAGRAPH 4, this answering Defendant admits the allegations contained therein.

II.

ANSWERING PARAGRAPHS 1, 2, 3, 5, 7 and 9, this answering Defendant lacks sufficient information and belief upon which to admit or deny the allegations contained therein, and on that basis, deny.

(SF12585K)                                                                1.
**DEFENDANT B & L BIKE AND SPORTS, INC.'S ANSWER TO COMPLAINT (JURY DEMANDED)**

III.

ANSWERING PARAGRAPHS 6, 8, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37, 39, 40, 41, 42, 43, 44, 45, 46, 48, 49, 50, 51, 52 and 53, this answering Defendant denies each and every allegation contained therein and the whole thereof.

IV.

ANSWERING PARAGRAPHS 10, 19, 29, 38 and 47, this answering Defendant incorporates its responses to all of the paragraphs which were incorporated in the herein numbered paragraphs as if fully set forth.

V.

AS AND FOR A SEPARATE AND DISTINCT FIRST AFFIRMATIVE DEFENSE TO THE COMPLAINT, this answering Defendant alleges that, at the time and place of the happening of the event as alleged by the Plaintiff, the Plaintiff did not exercise ordinary or reasonable care for his own safety or interest, and therefore any injury or damage sustained by Plaintiff was the result of his own negligence.

VI.

AS AND FOR A SEPARATE AND DISTINCT SECOND AFFIRMATIVE DEFENSE TO THE COMPLAINT, this answering Defendant alleges that the Plaintiff was not using the product in its intended manner or in a foreseeable manner, and therefore his claim is barred in whole or in part.

VII.

AS AND FOR A SEPARATE AND DISTINCT THIRD AFFIRMATIVE DEFENSE TO THE COMPLAINT, this answering Defendant alleges that the ///

(SF12585K)                                    2.
**DEFENDANT B & L BIKE AND SPORTS, INC.'S ANSWER TO COMPLAINT (JURY DEMANDED)**

Plaintiff has failed to mitigate his damages, and therefore any damages are barred in whole or in part.

## VIII.

AS AND FOR A SEPARATE AND DISTINCT FOURTH AFFIRMATIVE DEFENSE TO THE COMPLAINT, this answering Defendant alleges that the Plaintiff failed to follow all manufacturer's instructions regarding the use of the product, and therefore his claim is barred in whole or in part.

## IX.

AS AND FOR A SEPARATE AND DISTINCT FIFTH AFFIRMATIVE DEFENSE TO THE COMPLAINT, this answering Defendant alleges that the Plaintiff's injuries, if any, were the result of the actions of others.

## X.

AS AND FOR A SEPARATE AND DISTINCT SIXTH AFFIRMATIVE DEFENSE TO THE COMPLAINT, this answering Defendant alleges that the product was altered after it was acquired by the Plaintiff.

## XI.

AS AND FOR A SEPARATE AND DISTINCT SEVENTH AFFIRMATIVE DEFENSE TO THE COMPLAINT, this answering Defendant alleges that the Plaintiff was aware of the inherent risk in riding a bicycle and has assumed the risk of such injury.

## XII.

AS AND FOR A SEPARATE AND DISTINCT EIGHTH AFFIRMATIVE DEFENSE TO THE COMPLAINT, this answering Defendant reserves the right to allege further affirmative defenses not presently known or realized.

///
///

XIII.

WHEREFORE, this answering Defendant prays judgment as follows:

1. That Plaintiff takes nothing by way of his actions;
2. That Defendant be awarded reasonable costs of suit incurred herein; and
3. That Defendant be awarded such other and further relief as this court may deem just and proper.

Dated: March 5, 2008          SHIFFLET, KANE & KONOSKE, LLP

By: */S/Gregory P. Konoske*
Gregory P. Konoske, Esq.
gkonoske@shiffletlaw.com
Attorney for Defendant,
B & L BIKE AND SPORTS, INC.

Jury is hereby demanded on all issues relating to the complaint on file herein.

By: */S/Gregory P. Konoske*
Gregory P. Konoske, Esq.

(SF12585K)                                4.
**DEFENDANT B & L BIKE AND SPORTS, INC.'S ANSWER TO COMPLAINT (JURY DEMANDED)**

**EGGERS v. B & L BIKE SPORTS, INC.**
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
Case No.: 08 CV 0198 JM LSP

**PROOF OF SERVICE**

I, Gregory P. Konoske, declare as follows:

I am over the age of eighteen years and not a party to the within entitled action. I am employed in the County of San Diego, State of California, within which county and state the subject mailing occurred. My business address is 16880 West Bernardo Drive, Suite 250, San Diego, California 92127.

The undersigned certifies that the foregoing document:

**DEFENDANT B & L BIKE AND SPORTS, INC.'S ANSWER TO COMPLAINT (JURY DEMANDED)**

was filed electronically in compliance with Local Rule 5.4 (c). As such, said document was served on counsel identified below who are deemed to have consented to electronic service. Local Rule 5.4.(c).

| | |
|---|---|
| Brian J. Panish, Esq.<br>Kevin R. Boyle, Esq.<br>**PANISH, SHEA & BOYLE, LLP**<br>11111 Santa Monica Boulevard, Suite 700<br>Los Angeles, CA 90028 | Attorney for Plaintiff:<br>**MITCHELL EGGERS**<br>Tel: (310)477-1700<br>Fax: (310)477-1699 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: March 5, 2008      */S/Gregory P. Konoske*
                                                Gregory P. Konoske

(SF12585K)                                1.
**PROOF OF SERVICE**