1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10
   MITCHELL EGGERS,              )   Civil No.08CV198-JM(LSP)
11                                )
                 Plaintiff,       )
12                                )   NOTICE AND ORDER FOR EARLY
   v.                             )   NEUTRAL EVALUATION CONFERENCE
13                                )
   CAMPAGNOLO NORTH AMERICA, INC., )
14                                )
                 Defendants.      )
15 _____ )

16        IT IS HEREBY ORDERED that a telephonic Early Neutral

17 Evaluation of your case will be held on <u>April 10, 2008</u>, at <u>2 p.m.</u>

18 before United States Magistrate Judge Leo S. Papas, United States

19 Courthouse, Courtroom G, First Floor, 940 Front Street, San Diego,

20 California.  All conference discussions will be informal, off the

21 record, privileged and confidential.  Party representatives are not

22 required to participate. The Court will initiate the conference

23 call.  Counsel shall provide the Court with contact information for

24 all conference call participants no later than April 9, 2008.

25        The parties may submit a short Confidential Early Neutral

26 Evaluation Conference Statement prior to the conference.  The

27 parties are also encouraged to lodge with Magistrate Judge Papas'

28 chambers a chronology, setting forth a timeline of the factual

1  events that are the basis for the claims and defenses asserted in

2  this litigation.  If submitted, the chronology should be in a chart

3  or column format with the column headings "DATE" and "EVENT" and may

4  be annotated with documents significant to the facts or issues.

5  In the event the case does not settle at the Early Neutral

6  Evaluation Conference, the parties shall also be prepared to discuss

7  the following matters at the conclusion of the conference.

8  1.  Any anticipated objections under Federal Rule of Civil

9  Procedure 26(a)(1)(E) to the initial disclosure provisions of

10  Federal Rule of Civil Procedure 26(a)(1)(A-D);

11  2.  The scheduling of the Federal Rule of Civil Procedure

12  26(f) conference;

13  3.  The date of initial disclosure and the date for lodging

14  the discovery plan following the Rule 26(f) conference; and,

15  4.  The scheduling of a Case Management Conference pursuant

16  to Federal Rule of Civil Procedure 16(b).

17  The Court will issue an appropriate order addressing these

18  issues and setting dates as appropriate.

19  **Plaintiff's counsel shall notify all Defendants of the date**

20  **and time of the Early Neutral Evaluation Conference**.  Questions

21  regarding this case may be directed to the Magistrate Judge's

22  research attorney at (619) 557-6384.

23  DATED:  March 7, 2008

24

25  _____

26  Hon. Leo S. Papas
   U.S. Magistrate Judge

27

28