PANISH, SHEA & BOYLE, LLP
LAWYERS
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CALIFORNIA 90025
TEL: (310) 477-1700
FAX: (310) 477-1699
BRIAN J. PANISH, STATE BAR NO. 116060
ADAM K. SHEA, STATE BAR NO. 166800
KEVIN R. BOYLE, STATE BAR NO. 192718

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for ___ Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL EGGERS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CAMPAGNOLO NORTH AMERICA, INC., a corporation, B&L BIKE AND SPORTS, INC., a corporation, and DOES 1 through 10, Inclusive, <br><br> Defendants. | CASE NO.  08 CV 0198 JM LSP <br><br> Judge: Hon. Jeffrey T. Miller <br> CR: 6 <br><br> [Complaint filed: February 1, 2008] <br><br> **NOTICE OF EARLY NEUTRAL EVALUATION CONFERENCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OR RECORDS:

NOTICE IS HEREBY given that the above matter has been set for a Early Neutral Evaluation Conference on **April 10, 2008 at 2:00 p.m.** bef ore United Sates Magistrate Judgle Leo S. Papas, United States Courthouse, Courtroom G, First Floor, 940 Front Street, San Diego, California.

A copy of said notice if attached as Exhibit 1.

Dated: March 14, 2008

PANISH, SHEA & BOYLE, LLP

_____
Kevin R. Boyle
Attorneys for Plaintiff

1822.27

-1-
NOTICE OF EARLY NEUTRAL EVALUATION CONFERENCE

# CERTIFICATE OF SERVICE

## FRCivP 5(b)

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is 11111 Santa Monica Boulevard, Suite 700, Los Angeles, CA 90012.

On March 14, 2008, I served a true copy **NOTICE OF EARLY NEUTRAL EVALUATION CONFERENCE** by delivering it to the person(s) indicated in attached Service List in the manner as provided in FRCivP 5(b):

_X_   by submitting an electronic version of the above document via file transfer protocol to ECF (Electronic Case Filing)

___   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

_X_   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth on the attached service list.

___   by placing the document(s) listed above in a sealed envelope or box with overnight delivery fees paid, via FEDERAL EXPRESS overnight delivery service at Los Angeles, California, addressed as set forth on the attached service list.

___   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth on the attached service list.

___   I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

_X_   I am readily familiar with the firm's practice for collection and processing of correspondence for mailing and that all correspondence will be deposited with the U.S. Postal Service the same day during the ordinary course of business.

_X_   I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_X_   I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed March 14, 2008, at Los Angeles, California.

Chehreh Golzar

## EGGERS V. CAMPAGNOLO

### SERVICE LIST

Gregory P. Konoske, Esq.
SHIFFLET, KANE & KONOSKE, LLP
16880 West Bernardo Drive, Suite 250
San Diego, CA 92127-1615
Phone: 858-385-0871
Fax: 858-613-0871
*Attorneys for Campagnolo*

Guy Gruppie, Esq.
MURCHISON & CUMMINGS, LLP
801 South Grand Avenue, 9th Floor
Los Angeles, CA 90017
Phone: 213-623-7400
Fax: 213-623-6336
*Local Attorneys for Campagnolo*

Frank Ciano, Esq.
GOLBERG SEGALLA
170 Hamilton Avenue, Suite 203
White Plains, NY 10601-1717
Phone: 914-798-5400
Fax: 914-798-5401
*Attorneys for B & L Bike and Sports, Inc.*

# EXHIBIT 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL EGGERS,<br><br>            Plaintiff,<br><br>v.<br><br>CAMPAGNOLO NORTH AMERICA, INC.,<br><br>           Defendants. | Civil No.08CV198-JM(LSP)<br><br>NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE |

IT IS HEREBY ORDERED that a telephonic Early Neutral Evaluation of your case will be held on <u>April 10, 2008</u>, at <u>2 p.m.</u> before United States Magistrate Judge Leo S. Papas, United States Courthouse, Courtroom G, First Floor, 940 Front Street, San Diego, California. All conference discussions will be informal, off the record, privileged and confidential. Party representatives are not required to participate. The Court will initiate the conference call. Counsel shall provide the Court with contact information for all conference call participants no later than April 9, 2008.

The parties may submit a short Confidential Early Neutral Evaluation Conference Statement prior to the conference. The parties are also encouraged to lodge with Magistrate Judge Papas' chambers a chronology, setting forth a timeline of the factual

events that are the basis for the claims and defenses asserted in this litigation. If submitted, the chronology should be in a chart or column format with the column headings "DATE" and "EVENT" and may be annotated with documents significant to the facts or issues.

In the event the case does not settle at the Early Neutral Evaluation Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference.

1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2. The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3. The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and,

4. The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

The Court will issue an appropriate order addressing these issues and setting dates as appropriate.

**Plaintiff's counsel shall notify all Defendants of the date and time of the Early Neutral Evaluation Conference.** Questions regarding this case may be directed to the Magistrate Judge's research attorney at (619) 557-6384.

DATED: March 7, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge

2