1 | Guy R. Gruppie     (SBN 155437)
  | Gina E. Och        (SBN 170520)
2 | Carolyn A. Mathews (SBN 137430)
  | **MURCHISON & CUMMING, LLP**
3 | 801 South Grand Avenue, 9th Floor
  | Los Angeles, California  90017-4613
4 | Telephone:   (213) 623-7400
  | Facsimile:   (213) 623-6336
5 | Email:       ggruppie@murchisonlawcom
  |              goch@murchisonlaw.com
6 |              cmathews@murchisonlaw.com

7 | Attorneys for Defendant,
  | CAMPAGNOLO NORTH AMERICA, INC.,
8 | a corporation

9 | UNITED STATES DISTRICT COURT

10 | SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| MITCHELL EGGERS, an individual, | CASE NO. 08 CV 0198 JM LSP |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| vs. | |
| CAMPAGNOLO NORTH AMERICA, INC., a corporation, B&L BIKE AND SPORTS, INC., a corporation, et al., | |
| Defendants. | Judge: Hon. Jeffrey T. Miller<br>Ctrm: 6 |

22 | TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

23 |     The undersigned, counsel of record for defendant CAMPAGNOLO NORTH AMERICA,

24 | INC., certifies that the following listed parties have a direct, pecuniary interest in the outcome

25 | of this case.  These representations are made to enable the Court to evaluate possible

26 | disqualification or recusal.

27 | //

28 | //

1. Plaintiff MITCHELL EGGERS.

2. Defendant CAMPAGNOLO NORTH AMERICA, INC., a corporation.

3. Defendant HASSAN HASSAN.

DATED: March 14, 2008

**MURCHISON & CUMMING, LLP**

By: s/ *Carolyn A Mathews*
GUY R. GRUPPIE
GINA E. OCH
► CAROLYN A. MATHEWS
Attorneys for Defendant,
CAMPAGNOLO NORTH AMERICA, INC.,
a corporation

# CERTIFICATE OF SERVICE

I, Marjorie K. DeJohnette, declare:

I am over the age of 18 years and not a party to the within-entitled action. I am employed in the County of Los Angeles, State of California, within which count ant state the subject service occurred. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California.

The undersigned certifies that the foregoing document entitled **CERTIFICATE OF INTERESTED PARTIES** was filed electronically in compliance with Local Rule 54(c). As such, said document was served on counsel identified on the attached Service List who are deemed to have consented to electric service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of March, 2008, at Los Angeles, California

                                        s/    Marjorie K. DeJohnette
                                              MARJORIE K. DEJOHNETTE

|   |   |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **08 CV 0198 JM LSP** |

| | | |
|---|---|---|
| 3 | Adam K. Shea, Esq. | Attorneys for Plaintiff, |
| 4 | PANISH, SHEA & BOYLE, LLP<br>11111 Santa Monica Boulevard, Suite 700 | Michell Eggers |
| 5 | Los Angeles, CA 90025<br>Telephone: (310) 477-1700 | |
| 6 | Facsimile: (310) 477-1699 | |

28  GRG\28385\PLD\CIP-031208-GEO

08 CV 0198 JM LSP