UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL EGGERS, | ) Civil No. 08CV198-JM(LSP) |
| Plaintiff, | ) |
| v. | ) ORDER FOLLOWING EARLY NEUTRAL |
| | ) EVALUATION CONFERENCE, SETTING |
| CAMPAGNOLO NORTH AMERICA, INC. | ) RULE 26 COMPLIANCE AND NOTICE |
| and B&L BIKE AND SPORTS, INC., | ) OF CASE MANAGEMENT CONFERENCE |
| Defendants. | ) |

On April 10, 2008, at 2 p.m. the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Lauren Kaufman, Esq. on behalf of plaintiff, Heather Mills, Esq. and Frank Ciano, Esq. on behalf of defendant Campagnolo North America, Inc. and Greg Konoske, Esq. on behalf of defendant B&L Bike and Sports, Inc. Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the court issues the following orders:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled,

1

and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

2. The Rule 26(f) conference shall be completed before <u>May 5, 2008</u>;

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before <u>May 19, 2008</u>;

4. A discovery plan shall be <u>lodged</u> with Magistrate Judge Papas on or before <u>May 19, 2008</u>; and,

5. A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on <u>May 29, 2008</u>, at <u>8:30 a.m.</u>, in the chambers of Magistrate Judge Leo S. Papas. Counsel may participate by telephone conference call. The Court will initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: April 10, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge