Brian Panish (State Bar No. 116060)
Kevin Boyle (State Bar No. 192718)
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699
E-Mail: boyle@psandb.com

Attorney for Plaintiff
MITCHELL EGGERS

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MITCHELL EGGERS, an individual )
          Plaintiff, )
          v. )
CAMPAGNOLO NORTH AMERICA, )
INC., a corporation, B&L BIKE AND )
SPORTS, INC., a corporation, and )
DOES 1 through 10, Inclusive, )
          Defendants. )
_____ )

CASE NO. 08 CV 0198 JM LSP

Judge: Hon. Jeffrey T. Miller
CR: 6
Complaint filed: February 1, 2008

Magistrate Judge Leo S. Papas

**JOINT RULE 26(f) REPORT**

TO THE HONORABLE COURT:

     Pursuant to <u>Federal Rule of Civil Procedure</u> 26(f), Plaintiff, MITCHELL EGGERS and Defendants, CAMPAGNOLO NORTH AMERICA, INC. and B&L BIKE AND SPORTS, INC., by and through their respective attorneys of record held a conference on May 2, 2008. The Plaintiff and Defendants hereby submit the following Rule 26 Joint Report:

///

1

## SHORT STATEMENT OF THE CLAIMS, COUNTERCLAIMS, AND AFFIRMATIVE DEFENSES

Plaintiff has asserted claims for negligent strict products liability, strict products liability, breach of express and implied warranty against the Defendants for the defective design and manufacture of Plaintiff's Serotta Ottrott road racing bike and its component parts,  and false representation and failure to warn of the dangers involved in the use of the Serotta Ottrott road racing bike and its component parts, claiming that the right pedal axle broke loose and caused Plaintiff to fall to the pavement, and to suffer serious and permanent injuries

Defendant's defenses:  Though discovery and investigation are preliminary, it is not clear to defendants that the right pedal axle was actually sheared off as claimed, or that the accident occurred in the manner alleged.

## A DISCUSSION OF THE LIKELIHOOD OF MOTIONS SEEKING TO ADD OTHER PARTIES OR CLAIMS, FILE AMENDED PLEADINGS, OR TRANSFER VENUE

The parties do not anticipate adding other parties, claims, filing amended pleadings or transferring venue.  All parties reserve the right to add parties, claims or amend pleadings in the event it becomes necessary to do so.

## A DISCUSSION OF DISCOVERY AND EXPERTS PURSUANT TO RULE 26(f)

The parties discussed the topics on which discovery may be needed and did not note any significant stumbling blocks at this time. The parties agreed that they need to complete an inspection of the bike and its component parts and depending upon the inspection, the parties may need to conduct further factory discovery.

2

As for experts, Plaintiff has currently retained Gary Fowler who specializes in metallurgical analysis, failure analysis and experimental testing. Plaintiff also anticipates retaining a design engineer. Further expert testimony is likely to be required as well.

Defendant's experts: Neither Defendant Campagnolo nor defendant B&L Bike and Sports have retained experts, though both defendants anticipate retaining design engineers and metallurgists in the near future.

## A DESCRIPTION OF ANY ISSUES WHICH MAY BE RESOLVED BY MOTIONS FOR SUMMARY JUDGMENT

The parties agree that it is too early at this time to identify any issues which may be resolved by Motions for Summary Judgment.

## A BRIEF DESCRIPTION OF SETTLEMENT DISCUSSIONS TO DATE

The parties agree that it is too early at this time for settlement discussions.

## A REALISTIC TIME ESTIMATE REQUIRED FOR TRIAL AND WHETHER IT WILL BE BY JURY OR COURT

The parties estimate that a two week trial by a jury will be required.

## PROPOSED DATES FOR:

Discovery cut-off is 90 days before final status conference;

General Motion cut-off is 60 days before final status conference;

Expert discovery cut-off is 30 days before final status conference;

3

Expert Motion cut-off is 15 days before final status conference;

Final pre-trial status conference is April 20, 2009;

Jury trial is May 4, 2009

Respectfully submitted,

PANISH, SHEA & BOYLE, LLP

BY _____
    BRIAN J. PANISH
    KEVIN R. BOYLE
    Attorneys for Plaintiff
    MITCHELL EGGERS

SHIFFLET, KANE & KONOSKE, LLP

BY _____  w/ permission
    GREGORY P. KONOSKE
    Attorney for Defendant
    B&L BIKE AND SPORTS, INC.

MURCHISON & CUMMING, LLP

BY _____  w/ permission
    HEATHER MILLS
    Attorney for Defendant
    Campagnolo North America, Inc.

4

# CERTIFICATE OF SERVICE

## FRCivP 5(b)

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is 11111 Santa Monica Boulevard, Suite 700, Los Angeles, CA 90012.

On May 19, 2008, I served a true copy JOINT RULE 26(F) REPORT     by delivering it to the person(s) indicated in the Service List in the manner as provided in FRCivP 5(b):

_X_    by submitting an electronic version of the above document via file transfer protocol to ECF (Electronic Case Filing)

_     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

_X_    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth on the attached service list.

_     by placing the document(s) listed above in a sealed envelope or box with overnight delivery fees paid, via FEDERAL EXPRESS overnight delivery service at Los Angeles, California, addressed as set forth on the attached service list.

_     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth on the attached service list.

_     I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

_X_    I am readily familiar with the firm's practice for collection and processing of correspondence for mailing and that all correspondence will be deposited with the U.S. Postal Service the same day during the ordinary course of business.

_X_    I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_X_    I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed May 19, 2008, at Los Angeles, California.

Chehreh Golzar

# EGGERS V. CAMPAGNOLO

## SERVICE LIST

Gregory P. Konoske, Esq.
SHIFFLET, KANE & KONOSKE, LLP
16880 West Bernardo Drive, Suite 250
San Diego, CA 92127-1615
Phone: 858-385-0871
Fax: 858-613-0871
*Attorneys for B & L Bike and Sports, Inc.*

Frank Ciano, Esq.
GOLBERG SEGALLA
170 Hamilton Avenue, Suite 203
White Plains, NY 10601-1717
Phone: 914-798-5400
Fax: 914-798-5401
*Attorneys for Campagnolo*

Guy Gruppie, Esq.
MURCHISON & CUMMINGS, LLP
801 South Grand Avenue, 9th Floor
Los Angeles, CA 90017
Phone: 213-623-7400
Fax: 213-623-6336
*Local Attorneys for Campagnolo*