

# Eggers, Mitch
49 Y old Male, DOB: 03/09/1958
4306 Ave D, Austin, TX-78751
Home: 760-809-6390
Guarantor: Eggers, Mitch    Insurance: Blue Cross Blue Shield of TX
PCP: W.Brad Parker, MD

05/11/2007                                  New Patient Notes: W.Brad Parker, MD

### Current Medications
None

### Past Medical History
Diabetes: No
Arthritis: No
Rheumatoid arthritis: No
Gout: No
Rash: No
Hypertension: No
Heart disease: No
Stroke: No
Pacemaker: No
CHF: No
COPD: No
Phlebitis: No
Asthma: No
DVT: No
Cancer: No
Hepatitis: No
Kidney disease: No
HIV: No
Hormone replacement therapy: No
Ulcers: No
Depression: No

### Surgical History
Tonsillectomy 2005

### Social History
No Smoking.
Alcohol: Yes.
Marital status: Yes,.
Do you Work: Yes, Retired,.
No Recreational drug use.

### Allergies
N.K.D.A.

### Review of Systems
Orthopedics:
    Joint Stiffness No. Joint Pain No. Joint Swelling No. Joint Redness No. Shortness of breath No. Chest Pain No. Tingling Numbness No. Weakness No. Rash No. Gait Difficulties No.
Constitutional:
    Fever No. Night sweats No. Fatigue No. Weight loss No. Weight gain No. Loss of appetite No. Insomnia No.

### CC
1. NP R Elbow Fracture, DOI 5/10/07

### HPI
History & Physical:
    Chief Complaint: Right elbow injury. The patient was riding a bike. The pedal came off and he fell sustaining a right olecranon fracture. He has been treated and placed in a splint. This was an isolated injury. He suffered minor abrasions.

### Examination
General examination:

    Chest - clear. Heart - regular rate and rhythm. Abdomen - soft and nontender. The right hand has no neurovascular problems. It is in a long arm splint. IMAGING STUDIES: Radiographs reviewed of the right elbow from Seton Hospital 05/10/07 and there is a displaced right olecranon fracture.

### Assessments
1. Closed fracture of olecranon process of ulna - 813.01 (Primary)

Right olecranon fracture..

### Treatment
**1. Closed fracture of olecranon process of ulna**
ORIF with tension band and K-wires. Risks, benefits and alternatives are reviewed.

### Follow Up
7-10 days post-op

Patient: Eggers, Mitch   DOB: 03/09/1958   Progress Note: W.Brad Parker, MD   05/11/2007
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Page 1 of 2

Electronically signed by W.Brad Parker on 06/11/2007 at 01:22 PM CDT

Sign off status: Completed

Medical Park Orthopaedic Clinic
1301 W 38th Street, Ste 102
Austin, TX 78705
Tel: 512-454-4561
Fax: 512-467-2906

Patient: Eggers, Mitch   DOB: 03/09/1958   Progress Note: W.Brad Parker, MD   05/11/2007

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*