

| | |
|---|---|
| Select Physical Therapy<br>2000 South IH35 Suite L-1<br>Austin, TX USA 78681<br>Phone: (512) 238-6200<br>Fax: (512) 238-6700<br>a Select Medical company | Physician: GERARD GABEL<br>Clinician: Michelle Purdy, OT<br>Case Mgr:<br>Inj. Date: May 10, 2007<br>Surg. Date:May 16, 2007<br>Visits: 20<br>Cxl/Ns: 0 | Note Date: **Nov 29, 2007**<br>DOB: Jun 18, 1958<br>SSN: XXX-XX-XXXX<br>FSC: BCBS<br>Payor: BCBS<br>Pol/Claim#:<br>Name of Insured:<br>Employer: Student |

# Discharge Summary

**Diagnoses**  Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## Subjective Examination

**Chief Complaint:**
- Unable to use right U/E for ADLs in usual fashion  Abnormal Sensation:    Numbness in RF,SF persists

**Medical Management:**
- Surgery: S/P subcutaneous ulnar nerve transposition, triceps tenolysis nd capsular release, DOS 08/01/07

## Objective Examination

**Integument: Scars: Characteristics:**                     **Right**
- Pliability                                   Mild

**Observations:**
- Swelling: Severity: Moderate.

| | May 31, 2007 | Aug 20, 2007 | |
|---|---|---|---|
| **Range of Motion:** | R. Pas. | R. Act. | Pas. |
| - Extension | -60 | -20 | -15 |
| - Flexion(post tx) | 90 | 130 | 138 |
| - Wrist Extension | | 40 | |
| - Wrist Flexion | | 60 | |

## Assessment

In my professional opinion, this client exhibits a good prognosis at time of discharge from skilled rehabilitative therapy in conjunction with a home exercise program.  The client was educated regarding the discharge prognosis and related pathology. The client exhibits good understanding and is independent in their home exercise program and instructions outlined in this skilled rehabilitation program.

## Problems & Goals

*Problem #1*  **Range of Motion.**
  *STG Achieve by Aug 31, 2007.*

| Range of Motion Improvements to: Elbow: | Right AROM | Right PROM |
|---|---|---|
| - Extension | -20 | -20 |
| - Flexion | 135 | 140 |


| | |
|---|---:|
| • Wrist Extension | 60 |
| • Wrist Flexion | 60 |

*LTG Achieve by Sep 14, 2007.*

| Range of Motion Improvements to: Elbow: | **Right AROM** |
|---|---:|
| • Extension | -10 |
| • Flexion | 140 |

*Problem #2*   **Observations: Swelling: Severity: Moderate.**
   *STG Achieve by Aug 17, 2007.*
      **Girth Normalization:**
        • Decreasing Swelling/Effusion to: Min levels

*Problem #3*   **Integument: Scars: Characteristics.**
   *LTG Achieve by Sep 14, 2007.*
      **Improve scar mobility to mild restrictions**

# Plan

**Discharge to Independent Home Exercise Program.**
**Discharge from Occupational Therapy.**
**Discharge due to:**
• Insurance visit limitations.


Michelle Purdy, OT, OT(TX Lic: 106584)



**Select Physical Therapy**
a Select Medical company
2000 South IH35 Suite L-1
Austin, TX USA 78681
Phone: (512) 238-6200
Fax: (512) 238-6700

Physician: GERARD GABEL
Clinician: Michelle Purdy, OT
Case Mgr:
Inj. Date: May 10, 2007
Surg. Date: May 16, 2007
Visits:     20
Cxl/Ns:    0

Visit Date:        **Aug 20, 2007**
DOB:              Jun 18, 1958
SSN:              XXX-XX-XXXX
FSC:              BCBS
Payor:            BCBS
Pol/Claim#:
Name of Insured:
Employer:         Student

# Daily Note

**Diagnoses**   Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**
• Rehabilitative Program                    Additional Detail: per MD orders dated 08/02/07, Component 1:
                                            AROM/PROM elbow

## Subjective Examination

**Chief Complaint:**
• Unable to use right U/E for ADLs in usual fashion  Abnormal Sensation:      Numbness in RF,SF persists
**Daily Comments:**
• "It is really doing well"
**Medical Management:**
• Surgery: S/P subcutaneous ulnar nerve transposition, triceps tenolysis nd capsular release, DOS 08/01/07

## Objective Examination

**Integument: Scars: Characteristics:**                                          **Right**
• Pliability                                                                     Mild
**Observations:**
• Swelling: Severity: Moderate.

| Range of Motion: | Right AROM | Right PROM |
|---|---|---|
| • Extension | -20 | -15 |
| • Flexion(post tx) | 130 | 138 |
| • Wrist Extension | 40 | |
| • Wrist Flexion | 60 | |

## Treatments

**Exercise Activities: Range of Motion:**
• ROM Activity 1(This visit)                Did Not Perform: This visit
• ROM Activity 2(This visit)                Did Not Perform: This visit
**Manual Interventions: Soft Tissue:**



| • Soft Tissue Mobilization 1 | Time Elapsed: 15 Minutes, Tx Depth: Moderate, Technique: Lymph Drainage; retrograde, Assisting Technique: scar mobilization, Description: retrograde massage to reduce edema, scar mob. |
|---|---|
| **Manual Interventions: Range of Motion:** | |
| • Manual ROM 2 | Time Elapsed: 30 Minutes, Additional Detail: forearm neutral, Description: A/AAROM/PROM flex/ext |
| **Wound Management:** | |
| • Suture/Staple Removal(This visit) | Did Not Perform: This visit |

# Assessment

**Presentation:**
- demo moderate improvement in total AROM of elbow, demo improved flexibility in transitional movements

# Plan

**Daily Plan:**
- pt going out of town on vacation for a few days, will schedule appt upon return

**Recommendations:**
- Continue with current program.

Michelle Purdy, OT, OT(TX Lic: 106584)



Select Physical Therapy
a Select Medical company

2000 South IH35 Suite L-1
Austin, TX USA 78681
Phone: (512) 238-6200
Fax: (512) 238-6700

Physician: GERARD GABEL
Clinician: Michelle Purdy, OT
Case Mgr:
Inj. Date: May 10, 2007
Surg. Date: May 16, 2007
Visits: 19
Cxl/Ns: 0

Visit Date: Aug 17, 2007
DOB: Jun 18, 1958
SSN: XXX-XX-XXXX
FSC: BCBS
Payor: BCBS
Pol/Claim#:
Name of Insured:
Employer: Student

# Plan of Care

**Diagnoses**  Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## Assessment

**In my professional opinion, this client requires skilled rehabilitative therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Impairments Identified:**
- Swelling. Range of Motion. Flexibility.

## Problems & Goals

| *Problem #1*  **Range of Motion.** | **Right AROM** | **Right PROM** |
|---|---|---|
| • Extension | -30 | -20 |
| • Flexion(post tx) | 125 | 135 |
| • Wrist Extension | 40 | |
| • Wrist Flexion | 60 | |

*STG Achieve by Aug 31, 2007.*

| **Range of Motion Improvements to: Elbow:** | **Right AROM** | **Right PROM** |
|---|---|---|
| • Extension | -20 | -20 |
| • Flexion | 135 | 140 |
| • Wrist Extension | 60 | |
| • Wrist Flexion | 60 | |

*LTG Achieve by Sep 14, 2007.*

| **Range of Motion Improvements to: Elbow:** | **Right AROM** |
|---|---|
| • Extension | -10 |
| • Flexion | 140 |

*Goal Achieved Aug 17, 2007.*

**Client Education:**
- Independent Home Exercise/Self Care Program.

*Problem #2*  **Observations: Swelling: Severity: Moderate.**
*STG Achieve by Aug 17, 2007.*
**Girth Normalization:**

---

### Please sign and return

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

**Comments/Revisions**

_____

**Physician Signature**                    **Date**

---


- Decreasing Swelling/Effusion to: Min levels

***Problem #3*** **Integument: Wounds/Incisions: Type: incision appears approximated**

*Goal Achieved Aug 17, 2007.*

**Wound Care:**
- Prevent Contamination. Promote Epithelialization/Granulation Tissue.

***Problem #4*** **Integument: Scars: Characteristics.**                    **Right**
- Pliability                                                                                        Mild

*LTG Achieve by Sep 14, 2007.*

**Improve scar mobility to mild restrictions**

# Plan

**Frequency and Duration:**
- It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**
- Client Education. Home Exercise Program. Passive Range of Motion Activities. Manual Range of Motion Activities. Active Assistive Range of Motion Activities. Active Range of Motion Activities. Soft Tissue Mobilization Techniques.
- Additional:
  - Edema Management. Scar Management. Wound Management.

Michelle Purdy, OT, OT(TX Lic: 106584)

**Select** Physical Therapy
*a Select Medical company*

2000 South IH35 Suite L-1
Austin, TX USA 78681
Phone: (512) 238-6200
Fax: (512) 238-6700

| | |
|---|---|
| Physician: | GERARD GABEL |
| Clinician: | Michelle Purdy, OT |
| Case Mgr: | |
| Inj. Date: | May 10, 2007 |
| Surg. Date: | May 16, 2007 |
| Visits: | 19 |
| Cxl/Ns: | 0 |

| | |
|---|---|
| Visit Date: | **Aug 17, 2007** |
| DOB: | Jun 18, 1958 |
| SSN: | XXX-XX-XXXX |
| FSC: | BCBS |
| Payor: | BCBS |
| Pol/Claim#: | |
| Name of Insured: | |
| Employer: | Student |

# Re-Evaluation *Progress Report (No Re-eval Charge)*

## Diagnoses   Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**
• Rehabilitative Program                                    Additional Detail: per MD orders dated 08/02/07, Component 1:
                                                            AROM/PROM elbow

## Subjective Examination

**Chief Complaint:**
• Unable to use right U/E for ADLs in usual fashion  Abnormal Sensation:       Numbness in RF,SF persists
**Daily Comments:**
• Stiffness has: Decreased: With exercise activity.
**Medical Management:**
• Surgery: S/P subcutaneous ulnar nerve transposition, triceps tenolysis nd capsular release, DOS 08/01/07

## Objective Examination

**Integument:**
• Wounds/Incisions: Type: incision appears approximated

| Integument: Scars: Characteristics: | **Right** |
|---|---|
| • Pliability | Mild |

**Observations:**
• Swelling: Severity: Moderate.

| | **Aug 03, 2007** | | **Aug 17, 2007** | |
|---|---|---|---|---|
| **Range of Motion:** | R. Act. | Pas. | R. Act. | Pas. |
| • Extension | -30 | -30 | -30 | -20 |
| • Flexion(post tx) | 115 | 130 | 125 | 135 |
| • Wrist Extension | 40 | | 40 | |
| • Wris: Flexion | 60 | | 60 | |

## Treatments

**Exercise Activities: Range of Motion:**
• ROM Activity 1(This visit)                        Did Not Perform: This visit
• ROM Activity 2(This visit)                        Did Not Perform: This visit

---


**Manual Interventions: Soft Tissue:**
* Soft Tissue Mobilization 1

Time Elapsed: 10 Minutes, Tx Depth: Moderate, Technique: Lymph Drainage; retrograde, Description: retrograde massage to reduce edema, scar mob.

**Manual Interventions: Range of Motion:**
* Manual ROM 2

Time Elapsed: 30 Minutes, Additional Detail: forearm neutral, Description: A/AAROM/PROM flex/ext

**Wound Management:**
* Suture/Staple Removal

Time Elapsed: 4 Minutes, Topical Agent: None, Dressing: None.

## Assessment

In my professional opinion, this client requires skilled rehabilitative therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.

**Impairments Identified:**
* Swelling. Range of Motion. Flexibility.

# Problems & Goals

*Problem #1*   **Range of Motion.**
   *STG Achieve by Aug 31, 2007.*

| Range of Motion Improvements to: Elbow: | Right AROM | Right PROM |
|---|---|---|
| * Extension | -20 | -20 |
| * Flexion | 135 | 140 |
| * Wrist Extension | 60 | |
| * Wrist Flexion | 60 | |

   *LTG Achieve by Sep 14, 2007.*

| Range of Motion Improvements to: Elbow: | Right AROM |
|---|---|
| * Extension | -10 |
| * Flexion | 140 |

   *Goal Achieved Aug 17, 2007.*
   **Client Education:**
   * Independent Home Exercise/Self Care Program.

*Problem #2*   **Observations: Swelling: Severity: Moderate.**
   *STG Achieve by Aug 17, 2007.*
   **Girth Normalization:**
   * Decreasing Swelling/Effusion to: Min levels

*Problem #3*   **Integument: Wounds/Incisions: Type: incision appears approximated**
   *Goal Achieved Aug 17, 2007.*
   **Wound Care:**
   * Prevent Contamination. Promote Epithelialization/Granulation Tissue.

*Problem #4*   **Integument: Scars: Characteristics.**



*LTG Achieve by Sep 14, 2007.*
   **Improve scar mobility to mild restrictions**

# Plan

**Frequency and Duration:**
- It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**
- Client Education. Home Exercise Program. Passive Range of Motion Activities. Manual Range of Motion Activities. Active Assistive Range of Motion Activities. Active Range of Motion Activities. Soft Tissue Mobilization Techniques.
- Additional:
  - Edema Management. Scar Management. Wound Management.



Michelle Purdy, OT, OT(TX Lic: 106584)



| **Select** Physical Therapy | Address: 00150520712 |
|---|---|
| 2000 South IH35 Suite L-1 | Physician: GERARD GABEL |
| Austin, TX USA 78681 | Clinician: Michelle Purdy, OT |
| Phone: (512) 238-6200 | Case Mgr: |
| Fax: (512) 238-6700 | Inj. Date: May 10, 2007 |
| *a Select Medical company* | Surg. Date: May 16, 2007 |

(header block)

Address: 00150520712
Physician: GERARD GABEL
Clinician: Michelle Purdy, OT
Case Mgr:
Inj. Date: May 10, 2007
Surg. Date: May 16, 2007
Visits: 18
Cxl/Ns: 0

Visit Date: **Aug 15, 2007**
DOB: Jun 18, 1958
SSN: XXX-XX-XXXX
FSC: BCBS
Payor: BCBS
Pol/Claim#:
Name of Insured:
Employer: Student

# Daily Note

**Diagnoses**   Right Elbow   72760   NONTRAUM TENDON RUPT NOS
81305   FX RADIUS HEAD-CLOSED
81322   FX ULNA SHAFT-CLOSED

## General Information

**Treatment Guidelines:**
- Rehabilitative Program    Additional Detail: per MD orders dated 08/02/07, Component 1 AROM/PROM elbow.

## Subjective Examination

**Chief Complaint:**
- Unable to use right U/E for ADLs in usual fashion  Abnormal Sensation:    Numbness in RF,SF persists

**Daily Comments:**
- Overall Condition is: Improving.

**Medical Management:**
- Surgery: S/P subcutaneous ulnar nerve transposition, triceps tenolysis nd capsular release, DOS 08/01/07

## Objective Examination

**Integument:**
- Wounds/Incisions: Type: Surgical Incision.

**Observations:**
- Swelling: Severity: Moderate.

**Range of Motion:**

| | Right AROM | Right PROM |
|---|---|---|
| - Extension | -30 | -20 |
| - Flexion(post tx) | 125 | 135 |
| - Wrist Extension | 40 | |
| - Wrist Flexion | 60 | |

## Treatments

**Exercise Activities: Range of Motion:**
- ROM Activity 1(This visit)    Did Not Perform: This visit
- ROM Activity 2(This visit)    Did Not Perform: This visit

**Manual Interventions: Soft Tissue:**

---

Document ID: 07701E38.030
Michelle Purdy, OT,OT(TX Lic: 106584)

Status: Signed off (secure electronic signature)

Page 1 of 2


| * Soft Tissue Mobilization 1 | Time Elapsed: 10 Minutes, Tx Depth: Moderate, Technique: Lymph Drainage; retrograde, Description: retrograde massage to reduce edema, scar mob. |

**Manual Interventions: Range of Motion:**

| * Manual ROM 2 | Time Elapsed: 30 Minutes, Additional Detail: forearm neutral, Description: A/AAROM/PROM flex/ext |

# Assessment

**Presentation:**
* appears to be maintaining gains in mobility made between tx sessions

# Plan

**Daily Plan:**
* remove sutures next session

Michelle Purdy, OT, OT(TX Lic: 106584)


Select
Physical Therapy
*a Select Medical company*

2000 South IH35 Suite L-1
Austin, TX USA 78681
Phone: (512) 238-6200
Fax: (512) 238-6700

| Physician: GERARD GABEL | Visit Date: | **Aug 13, 2007** |
| Clinician: Michelle Purdy, OT | DOB: | Jun 18, 1958 |
| Case Mgr: | SSN: | XXX-XX-XXXX |
| In. Date: May 10, 2007 | FSC: | BCBS |
| Surg. Date:May 16, 2007 | Payor: | BCBS |
| Visits: 17 | Pol/Claim#: | |
| Cxl/Ns: 0 | Name of Insured: | |
| | Employer: | Student |

# Daily Note

**Diagnoses**   Right Elbow

| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**
• Rehabilitative Program                                Additional Detail: per MD orders dated 08/02/07, Component 1
                                                         AROM/PROM elbow.

## Subjective Examination

**Chief Complaint:**
• Unable to use right U/E for ADLs in usual fashion  Abnormal Sensation:      Numbness in RF,SF persists
**Daily Comments:**
• "I can routinely get the flexion to 130 with the splint"
**Medical Management:**
• Surgery: S/P subcutaneous ulnar nerve transposition, triceps tenolysis nd capsular release, DOS 08/01/07

## Objective Examination

**Integument:**
• Wounds/Incisions: Type: Surgical Incision.
**Observations:**
• Swelling: Severity: Moderate.

**Range of Motion:**

| | Right AROM | Right PROM |
|---|---|---|
| • Extension | -30 | -20 |
| • Flexion(post tx) | 125 | 135 |
| • Wrist Extension | 40 | |
| • Wrist Flexion | 60 | |

## Treatments

**Exercise Activities: Range of Motion:**
• ROM Activity 1(Home Program Component)          Time Elapsed: 10 Minutes, Technique: Active, Description: Elbow
                                                   flex/ext with wrist supported in VF.
• ROM Activity 2(Home Program Component)          Time Elapsed: 5 Minutes, Side: right, Technique: Active,
                                                   Description: VF/DF with elbow supported in flex.

**Manual Interventions: Soft Tissue:**


| | |
|---|---|
| ▪ Soft Tissue Mobilization 1 | Time Elapsed: 10 Minutes, Tx Depth: Moderate, Technique: Lymph Drainage: retrograde, Description: retrograde massage to reduce edema, scar mob. |

**Manual Interventions: Range of Motion:**

| | |
|---|---|
| ▪ Manual ROM 2 | Time Elapsed: 30 Minutes, Additional Detail: forearm neutral, Description: Passive elbow flex to tol, passive ext to tol |

# Assessment

**Presentation:**
▪ Demo improved active and passive mobility in flex/ext

**Treatment Emphasis to focus on:**
▪ improving flex and ext and flexibility in transitional movements

# Plan

**Recommendations:**
▪ Continue with current program.

Michelle Purdy, OT, OT(TX Lic: 106584)



**Select**
Physical Therapy
*a Select Medical company*

3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275
Fax: (512) 462-0005

Physician: GERARD GABEL
Clinician: Michelle Purdy, OT
Case Mgr:
Inj. Date:  May 10, 2007
Surg. Date: May 16, 2007
Visits:      16
Cxl/Ns:    0

Visit Date:   **Aug 09, 2007**
DOB:          Jun 18, 1958
SSN:          XXX-XX-XXXX
FSC:          BCBS
Payor:        BCBS
Pol/Claim#:
Name of Insured:
Employer:     Student

# Daily Note

## Diagnoses    Right Elbow

| | | |
|---|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**
• Rehabilitative Program                                        Additional Detail: per MD orders dated 08/02/07, Component 1:
                                                                              AROM/PROM elbow.

## Subjective Examination

**Chief Complaint:**
• Unable to use right U/E for ADLs in usual fashion. Abnormal Sensation:      Numbness in RF, SF persists
**Medical Management:**
• Surgery: S/P subcutaneous ulnar nerve transposition, triceps tenolysis nd capsular release, DOS 08/01/07

## Objective Examination

**PROM elbow flex pre-tx: 110, PROM post- tx: 130**
**Integument:**
• Wounds/Incisions: Type: Surgical Incision.
**Observations:**
• Swelling: Severity: Moderate.

| Range of Motion: | Right AROM | Right PROM |
|---|---|---|
| • Extension | -30 | -30 |
| • Flexion(post tx) | 115 | 130 |
| • Wrist Extension | 40 | |
| • Wrist Flexion | 60 | |

# Treatments

**Exercise Activities: Range of Motion:**
• ROM Activity 1(Home Program Component)            Time Elapsed: 10 Minutes, Technique: Active, Description: Elbow
                                                                         flex/ext with wrist supported in VF.
• ROM Activity 2(Home Program Component)            Time Elapsed: 5 Minutes, Side: right, Technique: Active,
                                                                         Description: VF/DF with elbow supported in flex.

**Manual Interventions: Soft Tissue:**

 
| | |
|---|---|
| • Soft Tissue Mobilization 1 | Time Elapsed: 10 Minutes, Tx Depth: Moderate, Technique: Lymph Drainage; retrograde, Description: retrograde massage to reduce edema, scar mob. |
| **Manual Interventions: Range of Motion:** | |
| • Manual ROM 2 | Time Elapsed: 30 Minutes, Additional Detail: forearm neutral, Description: Passive elbow flex to tol, passive ext to tol |
| **Wound Management:** | |
| • Wound Management 1(Home Program Component) | Time Elapsed: 5 Minutes, Description: incision site care, dressing change, Topical Agent: antibiotic. |

# Assessment

**Reviewed goals, progress and HEP with client.**
**Presentation:**
• Moderate Improvements In: PROM post tx

# Plan

**Daily Plan:**
• pt to transfer to Round Rock clinic to continue tx 3x a week

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L


Select
Physical Therapy
a Select Medical company

3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275
Fax: (512) 462-0005

Physician: GERARD GABEL
Clinician: Michelle Purdy, OT
Case Mgr:
Inj. Date: May 10, 2007
Surg. Date: May 16, 2007
Visits:    15
Cxl/Ns:    0

Visit Date:    **Aug 07, 2007**
DOB:    Jun 18, 1958
SSN:    XXX-XX-XXXX
FSC:    BCBS
Payor:    BCBS
Pol/Claim#:
Name of Insured:
Employer:    Student

# Daily Note

**Diagnoses**    Right Elbow    72760    NONTRAUM TENDON RUPT NOS
81305    FX RADIUS HEAD-CLOSED
81322    FX ULNA SHAFT-CLOSED

## General Information

**Treatment Guidelines:**
• Rehabilitative Program                    Additional Detail: per MD orders dated 08/02/07, Component 1
AROM/PROM elbow.

## Subjective Examination

**Chief Complaint:**
• Unable to use right U/E for ADLs in usual fashion  Abnormal Sensation:    Numbness in RF,SF persists
**Daily Comments:**
• No New Complaints.
**Medical Management:**
• Surgery: S/P subcutaneous ulnar nerve transposition, triceps tenolysis nd capsular release, DOS 08/01/07

## Objective Examination

**Integument:**
• Wounds/Incisions: Type: Surgical Incision.
**Observations:**
• Swelling: Severity: Moderate.
**Range of Motion:**

|  | Right AROM | Right PROM |
|---|---|---|
| • Extension | -30 | -30 |
| • Flexion(post tx) | 115 | 130 |
| • Wrist Extension | 40 |  |
| • Wrist Flexion | 60 |  |

## Treatments

**Exercise Activities: Range of Motion:**
• ROM Activity 1(Home Program Component)        Time Elapsed: 10 Minutes, Technique: Active, Description: Elbow
flex/ext with wrist supported in VF.
• ROM Activity 2(Home Program Component)        Time Elapsed: 5 Minutes, Side: right, Technique: Active,
Description: VF/DF with elbow supported in flex.

**Manual Interventions: Soft Tissue:**





Visit Date:   **Aug 07, 2007**

| | |
|---|---|
| · Soft Tissue Mobilization 1 | Time Elapsed: 10 Minutes, Tx Depth: Moderate, Technique: Lymph Drainage; retrograde, Description: retrograde massage to reduce edema, scar mob. |
| **Manual Interventions: Range of Motion:** | |
| · Manual ROM 2 | Time Elapsed: 30 Minutes, Additional Detail: forearm neutral, Description: Passive elbow flex to tol, passive ext to tol |
| **Wound Management:** | |
| · Wound Management 1(Home Program Component) | Time Elapsed: 5 Minutes, Description: incision site care, dressing change. Topical Agent: antibiotic. |

## Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**
**Initiated:**
· massage for edema mgmt
**Treatment Emphasis to focus on:**
· Range of Motion/Mobility Improvements.

## Plan

**Recommendations:**
· Continue with current program.

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L



**Select**
Physical Therapy
*a Select Medical company*

3200 Red River St.
Suite 101
Austin, TX USA 78705
Phone: (512) 476-8857
Fax: (512) 482-8199

| | |
|---|---|
| Physician: GERARD GABEL | Visit Date: **Aug 03, 2007** |
| Clinician: Michelle Purdy, OT | DOB: Jun 18, 1958 |
| Case Mgr: | SSN: XXX-XX-XXXX |
| Inj. Date: May 10, 2007 | FSC: BCBS |
| Surg. Date: May 16, 2007 | Payor: BCBS |
| Visits: 14 | Pol/Claim#: |
| Cxl/Ns: 0 | Name of Insured: |
| | Employer: Student |

# Plan of Care

## Diagnoses   Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty. In my professional opinion, this client requires skilled rehabilitative therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**
**Impairments Identified:**
  • Range of Motion. Flexibility. Swelling. Integumentary Status.
**Treatment Emphasis to focus on:**
  • Range of Motion/Mobility Improvements. Controlling and Normalizing: Swelling/Edema.

## Problems & Goals

*Problem #1*   **Range of Motion.**

| | Right AROM | Right PROM |
|---|---|---|
| • Extension | -30 | -30 |
| • Flexion(post tx) | 115 | 130 |
| • Wrist Extension | 40 | |
| • Wrist Flexion | 60 | |

*STG Achieve by Aug 17, 2007.*
  **Client Education:**
    • Independent Home Exercise/Self Care Program.

| **Range of Motion Improvements to: Elbow:** | Right AROM | Right PROM |
|---|---|---|
| • Extension | -20 | -20 |
| • Flexion | 130 | 140 |
| • Wrist Extension | 60 | |
| • Wrist Flexion | 60 | |

*Problem #2*   **Observations: Swelling: Severity: Moderate.**
  *STG Achieve by Aug 17, 2007.*
    **Girth Normalization:**
      • Decreasing Swelling/Effusion to: Min levels

*Problem #3*   **Integument: Wounds/Incisions: Type: Surgical Incision.**

---

### Please sign and return

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need.
Comments and/or revisions to this Plan of Care are noted below.

**Comments/Revisions**

_____     _____

**Physician Signature**                      **Date**

---


*STG Achieve by Aug 17, 2007.*
> **Wound Care:**
> > • Prevent Contamination. Promote Epithelialization/Granulation Tissue.

# Plan

**Frequency and Duration:**

- It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 2 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Passive Range of Motion Activities. Manual Range of Motion Activities. Active Assistive Range of Motion Activities. Active Range of Motion Activities. Soft Tissue Mobilization Techniques. Modalities:   PRN
- Additional:
    - Edema Management. Scar Management. Wound Management.



Michelle Purdy, OT, OT(TX Lic: 106584)



**Select**
Physical Therapy
*a Select Medical company*

3200 Red River St.
Suite 101
Austin, TX USA 78705
Phone: (512) 476-8857
Fax: (512) 482-8199

Physician: GERARD GABEL
Clinician: Michelle Purdy, OT
Case Mgr:
Inj. Date: May 10, 2007
Surg. Date: May 16, 2007
Visits:      14
Cxl/Ns:     0

Visit Date:        Aug 03, 2007
DOB:               Jun 18, 1958
SSN:               XXX-XX-XXXX
FSC:               BCBS
Payor:             BCBS
Pol/Claim#:
Name of Insured:
Employer:          Student

# Re-Evaluation *Progress Report (No Re-eval Charge)*

## Diagnoses   Right Elbow

72760   NONTRAUM TENDON RUPT NOS
81305   FX RADIUS HEAD-CLOSED
81322   FX ULNA SHAFT-CLOSED

## General Information

**Treatment Guidelines:**
- Rehabilitative Program

Additional Detail: per MD orders dated 08/02/07, Component 1
AROM/PROM elbow.

## Subjective Examination

**Chief Complaint:**
- Unable to use right U/E for ADLs in usual fashion. Abnormal Sensation:    Numbness in RF,SF persists

**Daily Comments:**
- "The pain is a lot better since the surgery; I am supposed to wear the flexion splint about 2/3 of the time and the extension brace about 1/3"

**Medical Management:**
- Surgery: S/P subcutaneous ulnar nerve transposition, triceps tenolysis nd capsular release, DOS 08/01/07

## Objective Examination

**Integument:**
- Wounds/Incisions: Type: Surgical Incision.

**Observations:**
- Swelling: Severity: Moderate.

| Range of Motion: | Aug 03, 2007 | |
| --- | --- | --- |
| | R. Act. | Pas. |
| Extension | -30 | -30 |
| Flexion(post tx) | 115 | 130 |
| Wrist Extension | 40 | |
| Wrist Flexion | 60 | |

# Treatments

**Exercise Activities: Range of Motion:**
- ROM Activity 1(Home Program Component)

Time Elapsed: 10 Minutes, Technique: Active, Description: Elbow flex/ext with wrist supported in VF.


| • ROM Activity 2(Home Program Component) | Time Elapsed: 5 Minutes, Side: right, Technique: Active, Description: VF/DF with elbow supported in flex. |
|---|---|
| **Manual Interventions: Soft Tissue:** | |
| • Soft Tissue Mobilization 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Range of Motion:** | |
| • Manual ROM 2 | Time Elapsed: 30 Minutes, Additional Detail: forearm neutral, Description: Passive elbow flex to tol, passive ext to tol |
| **Wound Management:** | |
| • Wound Management 1(Home Program Component) | Time Elapsed: 5 Minutes, Description: incision site care, dressing change, Topical Agent: antibiotic. |

## Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty. In my professional opinion, this client requires skilled rehabilitative therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**
**Impairments Identified:**
• Range of Motion. Flexibility. Swelling. Integumentary Status.
**Treatment Emphasis to focus on:**
• Range of Motion/Mobility Improvements. Controlling and Normalizing: Swelling/Edema.

## Problems & Goals

*Problem #1*   **Range of Motion.**
   *STG Achieve by Aug 17, 2007.*
         **Client Education:**
         • Independent Home Exercise/Self Care Program.

| Range of Motion Improvements to: Elbow: | Right AROM | Right PROM |
|---|---|---|
| • Extension | -20 | -20 |
| • Flexion | 130 | 140 |
| • Wrist Extension | 60 | |
| • Wrist Flexion | 60 | |

*Problem #2*   **Observations: Swelling: Severity: Moderate.**
   *STG Achieve by Aug 17, 2007.*
         **Girth Normalization:**
         • Decreasing Swelling/Effusion to: Min levels

*Problem #3*   **Integument: Wounds/Incisions: Type: Surgical Incision.**
   *STG Achieve by Aug 17, 2007.*
         **Wound Care:**
         • Prevent Contamination. Promote Epithelialization/Granulation Tissue.

## Plan


**Frequency and Duration:**

- It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 2 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Passive Range of Motion Activities. Manual Range of Motion Activities. Active Assistive Range of Motion Activities. Active Range of Motion Activities. Soft Tissue Mobilization Techniques. Modalities:    PRN
- Additional:
  - Edema Management. Scar Management. Wound Management.



Michelle Purdy, OT, OT(TX Lic: 106584)

| | | |
|---|---|---|
| **Select** Physical Therapy<br>*a Select Medical company* | 3901 South Lamar Blvd<br>Suite 140<br>Austin, TX USA 78704<br>Phone: (512) 462-3275<br>Fax: (512) 462-0005 | Account#: 032407520285<br>Physician: GERARD GABEL<br>Clinician: Michelle Purdy, OT<br>Case Mgr:<br>Inj. Date: May 10, 2007<br>Surg. Date: May 16, 2007<br>Visits: 13<br>Cxl/Ns: 0 | Visit Date: **Jul 26, 2007**<br>DOB: Jun 18, 1958<br>SSN: XXX-XX-XXXX<br>FSC: BCBS<br>Payor: BCBS<br>Pol/Claim#:<br>Name of Insured:<br>Employer: Student |

# Daily Note

**Diagnoses**   Right Elbow

72760    NONTRAUM TENDON RUPT NOS
81305    FX RADIUS HEAD-CLOSED
81322    FX ULNA SHAFT-CLOSED

## General Information

**Treatment Guidelines:**

* Rehabilitative Program

Additional Detail: v/p per Dr. Gabel on 06/21/07,cont with PROM, Component 1: with goal of elbow 120 flex, -30 ext, Component 2: specific instructions for elbow flex splint (will, Component 3: obtain design info from therapist in Houston), Component 4: Dynasplint for elbow ext.

## Subjective Examination

**Chief Complaint:**
* Unable to use right U/E for ADLs in usual fashion

**Daily Comments:**
* Pt reports numbness in RF,SF persists

## Objective Examination

**PROM elbow flex post tx: 100**

| **Integument: Scars: Characteristics:** | **Right** | |
|---|---|---|
| * Pliability | Improving mobility | |

**Observations:**
* Swelling: Severity: Appears to be decreasing to min

| **Range of Motion:** | **Right AROM** | **Right PROM** |
|---|---|---|
| * Extension | -70 | -30 |
| * Flexion(post tx) | 90 | 100 |
| * Pronation | | 75 |
| * Supination | | 75 |

## Treatments

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| * Elbow Extension ROM(This visit) | Did Not Perform: This visit |
| * Elbow Flexion ROM(This visit) | Did Not Perform: This visit |

**Manual Interventions: Soft Tissue:**

---


| | |
|---|---|
| • Soft Tissue Mobilization 1 | Time Elapsed: 10 Minutes, Tx Depth: Moderate, Technique: strumming, multidirectional, Additional Detail: elbow/forearm in protected position, Description: retrograde massage to reduce edema, scar mob, # of people in group: also STM triceps/biceps. |
| **Manual Interventions: Range of Motion:** | |
| • Manual ROM 1(This visit) | Did Not Perform: This visit |
| • Manual ROM 2 | Time Elapsed: 20 Minutes, Additional Detail: forearm neutral, Description: Passive elbow flex to tol, passive ext to tol. |
| **Manual Interventions: Neural Glides:** | |
| • Ulnar Nerve(This visit) | Did Not Perform: This visit |
| **Modalities:** | |
| • Electric Stim, Unattended(This visit) | Did Not Perform: This visit |
| • Moist Hot Pack | Time Elapsed: 15 Minutes, Location: Anterior/Posterior, Clinical Use: Pre Activity. |
| **Orthotics/Prosthetics: Modifications:** | |
| • Adjust Thermoplastic(This visit) | Did Not Perform: This visit |

# Assessment

**Presentation:**
• Achieved 100 elbow flex post tx, pt reported difficulty tolerating beyond this point due to pain in elbow

# Plan

**Daily Plan:**
• Pt has follow-up with Dr. Gabel next week, pending possible sx

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L

**Select** Physical Therapy
a Select Medical company
3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275
Fax: (512) 462-0005

Acct#: 032407520285
Physician: GERARD GABEL
Clinician: Michelle Purdy, OT
Case Mgr:
Init. Date: May 10, 2007
Surg. Date: May 16, 2007
Visits:       12
Cxl/Ns:    0

Visit Date:     **Jul 24, 2007**
DOB:             Jun 18, 1958
SSN:             XXX-XX-XXXX
FSC:             BCBS
Payor:
Pol/Claim#:
Name of Insured:
Employer:

# Daily Note

## Diagnoses   Right Elbow

| | | |
|---|---|---|
| | 72760 | NONTRAUM TENDON RUPT NOS |
| | 81305 | FX RADIUS HEAD-CLOSED |
| | 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**

• Rehabilitative Program

Additional Detail: v/p per Dr. Gabel on 06/21/07, cont with PROM, Component 1: with goal of elbow 120 flex, -30 ext, Component 2: specific instructions for elbow flex splint (will, Component 3: obtain design info from therapist in Houston), Component 4: Dynasplint for elbow ext.

## Subjective Examination

**Chief Complaint:**

• Unable to use right U/E for ADLs in usual fashion

**Daily Comments:**

• "My fingers have been numb since last week","I talked to Dr. Gabel, he may do an ulnar nerve transposition if this keeps up, I have an appt with him on Friday"

## Objective Examination

**PROM elbow flex post tx: 100**

| Integument: Scars: Characteristics: | Right |
|---|---|
| • Pliability | Improving mobility |

**Observations:**

• Swelling: Severity: Appears to be decreasing to min

| Range of Motion: | Right AROM | Right PROM |
|---|---|---|
| • Extension | -70 | -30 |
| • Flexion(post tx) | 90 | 100 |
| • Pronation | | 75 |
| • Supination | | 75 |

## Treatments

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Elbow Extension ROM(Home Program Component) | Time Elapsed: 4 Minutes, Type: Active. |
| • Elbow Flexion ROM(Home Program Component) | Time Elapsed: 4 Minutes, Type: Active. |



**Manual Interventions: Soft Tissue:**

| | |
|---|---|
| ▪ Soft Tissue Mobilization 1 | Time Elapsed: 15 Minutes, Tx Depth: Moderate, Technique: strumming, multidirectional, Additional Detail: elbow/forearm in protected position, Description: retrograde massage to reduce edema, scar mob, # of people in group: also STM triceps/biceps. |

**Manual Interventions: Range of Motion:**

| | |
|---|---|
| ▪ Manual ROM 1(This visit) | Did Not Perform: This visit |
| ▪ Manual ROM 2 | Time Elapsed: 30 Minutes, Additional Detail: forearm neutral, Description: Passive elbow flex to tol, passive ext to tol. |

**Manual Interventions: Neural Glides:**

| | |
|---|---|
| ▪ Ulnar Nerve | Time Elapsed: 5 Minutes, Technique: Moblize & Elongate. |

**Modalities:**

| | |
|---|---|
| ▪ Electric Stim, Unattended(This visit) | Did Not Perform: This visit |
| ▪ Moist Hot Pack | Time Elapsed: 15 Minutes, Location: Anterior/Posterior, Clinical Use: Pre Activity. |

**Orthotics/Prosthetics: Modifications:**

| | |
|---|---|
| ▪ Adjust Thermoplastic(This visit) | Did Not Perform: This visit |

# Assessment

**adjusted padding on splint again to help relieve any possible pressure on ulnar nerve**

**Tolerance:**
 ▪ pt reports some relief with ulnar nerve glides

# Plan

**Daily Plan:**
 ▪ continue tx focusing on improving elbow motion while preventing aggravation of ulnar nerve sensitivity

Michelle Purdy, OT, OTR/L(TX Lic: 106584),OT



Select
Physical Therapy
a Select Medical company

3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275
Fax: (512) 462-0005

Acct #: 032407520285
Physician: GERARD GABEL
Clinician: Michelle Purdy, OT
Case Mgr:
Inj. Date: May 10, 2007
Surg. Date: May 16, 2007
Visits: 11
Cxl/Ns: 0

Patient: Albert Eggers
Visit Date: **Jul 19, 2007**
DOB: Jun 18, 1958
SSN: XXX-XX-XXXX
FSC: BCBS
Payor:
Pol/Claim#:
Name of Insured:
Employer:

# Daily Note

## Diagnoses    Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**

- Rehabilitative Program

Additional Detail: w/p per Dr. Gabel on 06/21/07, cont with PROM, Component 1: with goal of elbow 120 flex, -30 ext, Component 2: specific instructions for elbow flex splint (will, Component 3: obtain design info from therapist in Houston), Component 4: Dynasplint for elbow ext.

## Subjective Examination

**Chief Complaint:**
- Unable to use right U/E for ADLs in usual fashion

**Daily Comments:**
- Ocassional numbness in RF,SF

## Objective Examination

**PROM elbow flex post tx: 100**

**Integument: Scars: Characteristics:**                                      **Right**
- Pliability                                                                  Improving mobility

**Observations:**
- Swelling: Severity: Appears to be decreasing to min

| Range of Motion: | Right AROM | Right PROM |
|---|---|---|
| Extension | -70 | -30 |
| Flexion(post tx) | 90 | 100 |
| Pronation | | 75 |
| Supination | | 75 |

# Treatments

**Exercise Activities: Range of Motion:**

- Elbow Extension ROM(Home Program Component)    Time Elapsed: 2 Minutes, Type: Active.
- Elbow Flexion ROM(Home Program Component)      Time Elapsed: 2 Minutes, Type: Active.

**Manual Interventions: Soft Tissue:**


| | |
|---|---|
| • Soft Tissue Mobilization 1 | Time Elapsed: 15 Minutes, Tx Depth: Moderate, Technique: strumming, multidirectional, Additional Detail: elbow/forearm in protected position, Description: retrograde massage to reduce edema, scar mob, # of people in group: also STM triceps/biceps. |

**Manual Interventions: Range of Motion:**

| | |
|---|---|
| • Manual ROM 1(This visit) | Did Not Perform: This visit |
| • Manual ROM 2 | Time Elapsed: 30 Minutes, Additional Detail: forearm neutral, Description: Passive elbow flex to tol, passive ext to tol. |

**Modalities:**

| | |
|---|---|
| • Electric Stim, Unattended(This visit) | Did Not Perform: This visit |
| • Moist Hot Pack | Time Elapsed: 15 Minutes, Location: Anterior/Posterior, Clinical Use: Pre Activity. |

**Orthotics/Prosthetics: Modifications:**

| | |
|---|---|
| • Adjust Thermoplastic | Time Elapsed: 15 Minutes, Component 1: modified ulnar gutter portion of splint, Component 2: to hep relieve any pressure areas at wrist, Thickness: and ulnar forearm. |

# Assessment

**Spoke with Dr. Gabel, ok to begin AROM, continue focus on improving elbow flex**

**The client tolerated today's treatment/therapeutic activity with mild complaints of pain and difficulty.**

# Plan

**Daily Plan:**

- monitor numbness/paraesthesias along ulnar nerve distribution, continue focus on improving elbow flex



Michelle Purdy, OT, OTR/L(TX Lic: 106584),OT


**Select**
*Physical Therapy*
*a Select Medical company*

Select Physical Therapy
3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275
Fax: (512) 462-0005

Physician: GERARD GABEL
Clinician: Michelle Purdy, OT
Case Mgr:
Inj. Date: May 10, 2007
Surg. Date: May 16, 2007
Visits: 10
Cxl/Ns: 0

Visit Date: **Jul 10, 2007**
DOB: Jun 18, 1958
SSN: XXX-XX-XXXX
FSC: BCBS
Payor:
Pol/Claim#:
Name of Insured:
Employer:

# Daily Note

**Diagnoses**  Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**
- Rehabilitative Program

Additional Detail: s/p per Dr. Gabel on 06/21/07, cont with PROM, Component 1: with goal of elbow 120 flex, -30 ext. Component 2: specific instructions for elbow flex splint (will, Component 3: obtain design info from therapist in Houston), Component 4: Dynasplint for elbow ext.

## Subjective Examination

**Chief Complaint:**
- Unable to use right U/E for ADLs in usual fashion

**Daily Comments:**
- "I made some modifications to my splint"

## Objective Examination

**PROM elbow flex post tx: 100**

| Integument: Scars: Characteristics: | Right |
|---|---|
| - Pliability | Improving mobility |

**Observations:**
- Swelling: Severity: Appears to be decreasing to min

| Range of Motion: | Right PROM |
|---|---|
| - Extension | -30 |
| - Flexion(post tx) | 100 |
| - Pronation | 75 |
| - Supination | 75 |

**Splint/Orthosis Check: Splint Condition:**
- Non-Professionally Altered. splint appears modified at shoulder component with football pads for base and fishing reel for mechanism of tightening tension in line; however, appears to demo appropriate line of pull for elbow flexion and appears to be performing desired result; advised pt to check with physician at follow-up on 07/12/07 and if ok to wear

## Treatments




**Manual Interventions: Soft Tissue:**

| | |
|---|---|
| ▪ Soft Tissue Mobilization 1 | Time Elapsed: 15 Minutes, Tx Depth: Moderate, Technique: strumming, multidirectional, Additional Detail: elbow/forearm in protected position, Description: retrograde massage to reduce edema, scar mob, # of people in group, also STM triceps/biceps. |

**Manual Interventions: Range of Motion:**

| | |
|---|---|
| ▪ Manual ROM 1 | Time Elapsed: 8 Minutes, Additional Detail: to tolerance, Description: Gentle passive pro/sup with elbow support 90 flex. |
| ▪ Manual ROM 2 | Time Elapsed: 30 Minutes, Additional Detail: forearm neutral, Description: Passive elbow flex to tol, passive ext to tol. |

**Modalities:**

| | |
|---|---|
| ▪ Electric Stim, Unattended | Time Elapsed: 15 Minutes, PPS: 30, Location: posterior elbow/triceps, Mode: Continuous, Type: Interferential, Additional Detail: during PROM flex, Clinical Use: Post Activity |
| ▪ Moist Hot Pack | Time Elapsed: 15 Minutes, Location: Anterior/Posterior, Clinical Use: Pre Activity. |

# Assessment

called Dr. Gabel's office to discuss when to initiate AROM and splint modifications, office closed (after business hours), left message an voice mail directed for Edwin, his assistant

**Initiated:**
▪ IFC to help relieve pain and improve tolerance to PROM; pt demo mild improvement to PROM and reported decreased pain during this ex with application of IFC demo improved PROM pro/sup

# Plan

**Daily Plan:**
▪ pt has follow-up with Dr. Gabel on 07/12/07

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L


**Select**
Physical Therapy
*a Select Medical company*

3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275
Fax: (512) 462-0005

Acc #: 0024075-0285
Physician: GERARD GABEL
Clinician: Michelle Purdy, OT
Case Mgr:
Inj. Date: May 10, 2007
Surg. Date: May 16, 2007
Visits:     9
Cxl/Ns:     0

Visit Date:   **Jul 05, 2007**
DOB:          Jun 18, 1958
SSN:
FSC:          BCBS
Payor:
Pol/Claim#:
Name of Insured:
Employer:

# Daily Note

**Diagnoses**   Right Elbow

72760   NONTRAUM TENDON RUPT NOS
81305   FX RADIUS HEAD-CLOSED
81322   FX ULNA SHAFT-CLOSED

## General Information

**Treatment Guidelines:**

| • Rehabilitative Program | Additional Detail: v/p per Dr. Gabel on 06/21/07,cont with PROM, Component 1: with goal of elbow 120 flex, -30 ext, Component 2: specific instructions for elbow flex splint (will: Component 3: obtain design info from therapist in Houston), Component 4: Dynasplint for elbow ext |
|---|---|

## Subjective Examination

**Chief Complaint:**
• Unable to use right U/E for ADLs in usual fashion

**Daily Comments:**
• "The extension splint seems to be working well , I just can't wear it for as many hours as she told me to." pt reports wearing flex splint 1-2 x a day for an hour or so due to school schedule

## Objective Examination

**PROM elbow flex post tx: 100**

**Integument: Scars: Characteristics:**                                          **Right**

| • Pliability | Improving mobility |
|---|---|

**Observations:**
• Swelling: Severity: Appears to be decreasing to min

**Range of Motion:**                                                            **Right PROM**

| • Extension | -30 |
|---|---|
| • Flexion(post tx) | 100 |
| • Pronation | 60 |
| • Supination | 60 |

## Treatments

**Manual Interventions: Soft Tissue:**

| • Soft Tissue Mobilization 1 | Time Elapsed: 15 Minutes, Tx Depth: Moderate, Technique: strumming, multidirectional, Additional Detail: elbow/forearm in protected position, Description: retrograde massage to reduce edema, scar mob, # of people in group: also STM triceps/biceps. |
|---|---|

**Manual Interventions: Range of Motion:**

| • Manual ROM 1 | Time Elapsed: 8 Minutes, Additional Detail: to tolerance, Description: Gentle passive pro/sup with elbow support 90 flex |
|---|---|



| • Manual ROM 2 | Time Elapsed: 30 Minutes, Additional Detail: forearm neutral, Description: Passive elbow flex to tol, passive ext to tol. |

**Modalities:**

| • Moist Hot Pack | Time Elapsed: 15 Minutes, Location: Anterior/Posterior, Clinical Use: Pre Activity |

# Assessment

**Reviewed goals, progress and HEP with client.**

**Advised pt to increase wear time and frequency of wear with elbow flex splint to at least 4-6 hours/day however pt reported difficulty with wear time due to school schedule and need to write with right hand; Reinforced importance of splint and brace wear and consistency of wear time, increasing tension to tolerance in order to increase gains in elbow flex particularly**

**Tolerance:**
- Tried to gradual progressive tension/pressue with passive flexion and sustained hold at EROM but still appears limited at approx 100 elbow flex due to c/o pain and pt not able to tolerate greater than 100 flex at this time, demo guarding beyond this point

# Plan

**Recommendations:**
- continue focus on improving elbow flex

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L



**Select** Physical Therapy
*a Select Medical company*
3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275
Fax: (512) 462-0005

Physician: GERARD GABEL
Clinician: Michelle Purdy, OT
Case Mgr:
Inj. Date:  May 10, 2007
Surg. Date: May 16, 2007
Visits:        8
Cxl/Ns:       0

Note Date:        **Jul 03, 2007**
DOB:               Jun 18, 1958
SSN:
FSC:               BCBS
Payor:
Pol/Claim#:
Name of Insured:
Employer:

# Administrative  *Additional Comments*

**Diagnoses**   Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Communication With:**

- Patient.  Stacy, Dynasplint rep, attended session and fit pt with static progressive elbow ext brace

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L

# HEALTHSOUTH.

Austin- Red River
3200 Red River St.
Suite 101
Austin, TX USA 78705
Phone: (512) 476-8857 Fax: (512) 482-8199

| | |
|---|---|
| Physician: GERARD GABEL | Visit Date: **Jun 29, 2007** |
| Clinician: Michelle Purdy, OT | DOB: Jun 18, 1958 |
| Case Mgr: | SSN: |
| In . Date: May 10, 2007 | FSC: BCBS |
| Surg. Date:May 16, 2007 | Payor: |
| Visits: 8 | Pol/Claim#: |
| Cxl/Ns: 0 | Name of Insured: |
| | Employer: |

# Daily Note

## Diagnoses   Right Elbow

| | | |
|---|---|---|
| | 72760 | NONTRAUM TENDON RUPT NOS |
| | 81305 | FX RADIUS HEAD-CLOSED |
| | 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**

| | |
|---|---|
| • Rehabilitative Program | Additional Detail: v/p per Dr. Gabel on 06/21/07,cont with PROM, Component 1: with goal of elbow 120 flex, -30 ext, Component 2: specific instructions for elbow flex splint (will, Component 3: obtain design info from therapist in Houston), Component 4: Dynasplint for elbow ext. |

## Subjective Examination

**Chief Complaint:**
* Unable to use right U/E for ADLs in usual fashion

**Daily Comments:**
* "the splint seems to be helping, I feel I can bend my elbow a little more"

## Objective Examination

**PROM elbow flex post tx: 95**

**Integument: Scars: Characteristics:**                                          **Right**
* Pliability                                                                     Improving mobility

**Observations:**
* Swelling: Severity: Appears to be decreasing to min

**Range of Motion:**                                                            **Right PROM**
* Extension                                                                      -30
* Flexion(post tx)                                                               100
* Pronation                                                                      60
* Supination                                                                     60

**Splint/Orthosis Check:**
* Added Merritt component and line to elbow flex splint (in place of theratube)

## Treatments

**Manual Interventions: Soft Tissue:**

| | |
|---|---|
| • Soft Tissue Mobilization 1 | Time Elapsed: 15 Minutes, Tx Depth: Moderate, Technique: strumming, multidirectional, Additional Detail: elbow/forearm in protected position, Description: retrograde massage to reduce edema, scar mob |

**Manual Interventions: Range of Motion:**

| | |
|---|---|
| • Manual ROM 1(This visit) | Did Not Perform: This visit |

---


- Manual ROM 2

Time Elapsed: 25 Minutes, Additional Detail: to tolerance, Description: Gentle passive elbow flex/ext w/ FA/wrist neutral.

**Modalities:**

- Moist Hot Pack

Time Elapsed: 15 Minutes, Location: Anterior/Posterior, Clinical Use: Pre Activity

# Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

**Reviewed goals, progress and HEP with client.**

**Presentation:**

- Demo improved passive elbow ext to -30 and passive flex to 100 post tx

# Plan

**Daily Plan:**

- Dynasplint rep to attend next session and fit pt with elbow ext splint

_Michelle Purdy, OT, OT(TX Lic: 106584)_

**HEALTHSOUTH.**®

South Lamar
3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275 Fax: (512) 462-0005

| | |
|---|---|
| Physician: GERARD GABEL | Visit Date: **Jun 26, 2007** |
| Clinician: Michelle Purdy, OT | DOB: Jun 18, 1958 |
| Case Mgr: | SSN: |
| Inj. Date: May 10, 2007 | FSC: BCBS |
| Surg. Date: May 16, 2007 | Payor: |
| Visits: 7 | Pol/Claim#: |
| Cxl/Ns: 0 | Name of Insured: |
| | Employer: |

# Plan of Care

**Diagnoses**   Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## Assessment

In my professional opinion, this client requires skilled rehabilitative therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.

**Impairments Identified:**
• Range of Motion. Flexibility. Soft Tissue Mobility.

**Treatment Emphasis to focus on:**
• Range of Motion/Mobility Improvements.

## Problems & Goals

*Problem #1*   **Medical Management: Surgery: S/P ORIF with plate for ulna, triceps repair; DOS 05/16/07**
   *Goal Achieved May 31, 2007.*
      **Splint fabrication for immobilization and protection post-op repair**
      **Client Education:**
         • Understands Contraindications/Precautions.
   *Goal Achieved Jun 21, 2007.*
      **Client Education:**
         • Donning-Doffing/Use-Care and Wear of Orthosis.
      **Modify splint PRN for continued wear**

*Problem #2*   **Observations: Swelling: Severity: Appears to be decreasing to min**
   *LTG Achieve by Jun 28, 2007. Some progress.*
      **Girth Normalization:**
         • Decreasing Swelling/Effusion to: Mild Levels.

*Problem #3*   **Integument: Scars: Characteristics.**
   *LTG Achieve by Jun 28, 2007. Some progress.*
      **Improve mobility to mild restrictions**

*Problem #4*   **Range of Motion.**
   *STG Achieve by Jul 05, 2007.*

| Range of Motion Improvements to: Elbow: | Right PROM |
|---|---|
| • Extension | -30 |
| • Flexion | 115 |
| • Pronation | 60 |
| • Supination | 60 |

   *LTG Achieve by Jul 19, 2007.*

| Range of Motion Improvements to: Elbow: | Right PROM |
|---|---|

| | | |
|---|---|---|
| **Please sign and return** | | |
| I certify that the above rehabilitation services are required and approved by me. This patient is under my care and this plan of care will be reviewed every 30 days. | | |
| | **Physician Signature** | **Date** |


| | | |
|---|---|---|
| • Flexion | | 120 |
| • Pronation | | 80 |
| • Supination | | 80 |

# Plan

**The goals and plan were discussed with the client and/or family and they concur. Instructions included to call regarding problems or questions. It is recommended that the client attend rehabilitative therapy twice weekly. Expected rehabilitation duration, under the current prescription, is four weeks. Interventions during this course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.**

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Passive Range of Motion Activities. Manual Range of Motion Activities. AROM when approved by physician Modalities: Moist Hot Pack. Soft Tissue Mobilization Techniques.
- Additional:
    - Scar Management. orthoplast dynamic elbow flex splint; Dynasplint for elbow extension

_____

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L

# HEALTHSOUTH.

South Lamar
3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275 Fax: (512) 462-0005

| | | | |
|---|---|---|---|
| Physician: GERARD GABEL | | Visit Date: | **Jun 26, 2007** |
| Clinician: Michelle Purdy, OT | | DOB: | Jun 18, 1958 |
| Case Mgr: | | SSN: | |
| In. Date: May 10, 2007 | | FSC: | BCBS |
| Surg. Date:May 16, 2007 | | Payor: | |
| Visits: 7 | | Pol/Claim#: | |
| Cxl/Ns: 0 | | Name of Insured: | |
| | | Employer: | |

# Re-Evaluation *Progress Report (No Re-eval Charge)*

## Diagnoses   Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**
* Rehabilitative Program

Additional Detail: v/p per Dr. Gabel on 06/21/07,cont with PROM, Component 1: with goal of elbow 120 flex, -30 ext, Component 2: specific instructions for elbow flex splint (will, Component 3: obtain design info from therapist in Houston), Component 4: Dynasplint for elbow ext.

## Subjective Examination

**Chief Complaint:**
* Unable to use right U/E for ADLs in usual fashion

**Medical Management:**
* Surgery: S/P ORIF with plate for ulna, triceps repair; DOS 05/16/07

## Objective Examination

**PROM elbow flex post tx: 95**

| **Integument: Scars: Characteristics:** | | **Right** | |
|---|---|---|---|
| * Pliability | | Improving mobility | |

**Observations:**
* Swelling: Severity: Appears to be decreasing to min

| | **May 31, 2007** | | **Jun 26, 2007** | |
|---|---|---|---|---|
| **Range of Motion:** | **R. Pas.** | | | **R. Pas.** |
| * Extension | -60 | | | -40 |
| * Flexion(post tx) | 90 | | | 95 |
| * Pronation | 30 | | | 60 |
| * Supination | 30 | | | 60 |

## Treatments

**Manual Interventions: Soft Tissue:**
* Soft Tissue Mobilization 1(This visit)    Did Not Perform: This visit

**Manual Interventions: Range of Motion:**
* Manual ROM 1(This visit)    Did Not Perform: This visit
* Manual ROM 2(This visit)    Did Not Perform: This visit

**Modalities:**
* Moist Hot Pack(This visit)    Did Not Perform: This visit

**Orthotics/Prosthetics: Modifications:**
* Adjust Thermoplastic(This visit)    Did Not Perform: This visit

---

**Orthotics/Prosthetics: Elbow:**
- Orthotic Fitting/Fabrication | Additional Detail: fabricated dynamic elbow flex splint, Time (Fitting/Fabrication): 15, Break In: Instructed, Care/Use: Instructed, Donning/Doffing: Instructed, Proper Fit: Instructed.

# Assessment

In my professional opinion, this client requires skilled rehabilitative therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.

**Impairments Identified:**
- Range of Motion. Flexibility. Soft Tissue Mobility.

**Treatment Emphasis to focus on:**
- Range of Motion/Mobility Improvements.

# Problems & Goals

**Problem #1   Medical Management: Surgery: S/P ORIF with plate for ulna, triceps repair; DOS 05/16/07**
*Goal Achieved May 31, 2007.*
   **Splint fabrication for immobilization and protection post-op repair**
   **Client Education:**
   - Understands Contraindications/Precautions.
*Goal Achieved Jun 21, 2007.*
   **Client Education:**
   - Donning-Doffing/Use-Care and Wear of Orthosis.
   **Modify splint PRN for continued wear**

**Problem #2   Observations: Swelling: Severity: Appears to be decreasing to min**
*LTG Achieve by Jun 28, 2007. Some progress.*
   **Girth Normalization:**
   - Decreasing Swelling/Effusion to: Mild Levels.

**Problem #3   Integument: Scars: Characteristics.**
*LTG Achieve by Jun 28, 2007. Some progress.*
   **Improve mobility to mild restrictions**

**Problem #4   Range of Motion.**
*STG Achieve by Jul 05, 2007.*

| Range of Motion Improvements to: Elbow: | Right PROM |
|---|---|
| • Extension | -30 |
| • Flexion | 115 |
| • Pronation | 60 |
| • Supination | 60 |

*LTG Achieve by Jul 19, 2007.*

| Range of Motion Improvements to: Elbow: | Right PROM |
|---|---|
| • Flexion | 120 |
| • Pronation | 80 |
| • Supination | 80 |

# Plan

The goals and plan were discussed with the client and/or family and they concur. Instructions included to call regarding problems

or questions. It is recommended that the client attend rehabilitative therapy twice weekly. **Expected rehabilitation duration, under the current prescription, is four weeks. Interventions during this course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.**

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Passive Range of Motion Activities. Manual Range of Motion Activities. AROM when approved by physician Modalities: Moist Hot Pack. Soft Tissue Mobilization Techniques.
- Additional:
  - Scar Management. orthoplast dynamic elbow flex splint; Dynasplint for elbow extension

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L

# HEALTHSOUTH®

|  |  |  |  |
|---|---|---|---|
| | Physician: GERARD GABEL | Visit Date: | **Jun 22, 2007** |
| | Clinician: Michelle Purdy, OT | DOB: | Jun 18, 1958 |
| | Case Mgr: | SSN: | |
| Austin-Hand Center | Inj. Date: May 10, 2007 | FSC: | BCBS |
| 3705 Medical Parkway Suite 515 | Surg. Date: May 16, 2007 | Payor: | |
| Austin, TX USA 78705 | Visits: 6 | Pol/Claim#: | |
| Phone: (512) 452-6475 Fax: (512) 371-7051 | Cxl/Ns: 0 | Name of Insured: | |
| | | Employer: | |

# Daily Note

## Diagnoses    Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**
- Rehabilitative Program

Additional Detail: s/p per Dr. Gabel on 06/21/07, cont with PROM, Component 1: with goal of elbow 120 flex, -30 ext, Component 2: specific instructions for elbow flex splint (will, Component 3: obtain design info from therapist in Houston), Component 4: Dynasplint for elbow ext.

## Subjective Examination

**Chief Complaint:**
- Unable to use right U/E for ADLs in usual fashion

**Daily Comments:**
- Pt brought in new orders to continue therapy and for orthoplast elbow flex splint and dynasplint ext brace

**Medical Management:**
- Surgery: S/P ORIF with plate for ulna, triceps repair; DOS 05/16/07

## Objective Examination

**PROM elbow flex post tx: 95**

| Integument: Scars: Characteristics: | Right |
|---|---|
| • Pliability | Mild |

**Observations:**
- Swelling: Severity: Moderate.

| Range of Motion: | Right PROM |
|---|---|
| • Extension | -40 |
| • Flexion | 90 |
| • Pronation | 60 |
| • Supination | 60 |

## Treatments

**Manual Interventions: Soft Tissue:**
- Soft Tissue Mobilization 1

Time Elapsed: 15 Minutes, Tx Depth: Moderate, Technique: strumming, multidirectional, Additional Detail: elbow/forearm in protected position, Description: retrograde massage to reduce edema, scar mob.

**Manual Interventions: Range of Motion:**
- Manual ROM 1

Time Elapsed: 15 Minutes, Additional Detail: to tolerance, Description: Gentle passive pro/sup with elbow support 90 flex.

* Manual ROM 2

Time Elapsed: 15 Minutes, Additional Detail: to tolerance, Description: Gentle passive elbow flex/ext w/ FA/wrist neutral.

**Modalities:**

* Moist Hot Pack

Time Elapsed: 15 Minutes, Location: Anterior/Posterior, Clinical Use: Pre Activity

**Orthotics/Prosthetics: Modifications:**

* Adjust Thermoplastic(This visit)

Did Not Perform: This visit

# Assessment

**called Dynasplint and sent required info to order elbow ext brace**

**The client tolerated today's treatment/therapeutic activity with mild complaints of pain and difficulty.**

**Presentation:**

* Able to achieve approx 95 degrees flex in elbow post tx

**Treatment Emphasis to focus on:**

* Range of Motion/Mobility Improvements.

# Plan

**Daily Plan:**

* Fabricated elbow flex splint next session

Michelle Purdy, OT, OT(TX Lic: 106584)

**HEALTHSOUTH.**

| | |
|---|---|
| | Acct/Case #: 032407520285 |
| | Physician: GERARD GABEL |
| | Clinician: Michelle Purdy, OT |
| | Case Mgr: |
| South Lamar | In. Date: May 10, 2007 |
| 3901 South Lamar Blvd | Surg. Date: May 16, 2007 |
| Suite 140 | Visits:    5 |
| Austin, TX USA 78704 | Cxl/Ns:    0 |
| Phone: (512) 462-3275 Fax: (512) 462-0005 | |

| | |
|---|---|
| Patient: Mitch Eggers |
| Visit Date:    **Jun 19, 2007** |
| DOB:    Jun 18, 1958 |
| SSN: |
| FSC:    BCBS |
| Payor: |
| Pol/Claim#: |
| Name of Insured: |
| Employer: |

# Daily Note

## Diagnoses   Right Elbow

| | | |
|---|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**

| | |
|---|---|
| • Rehabilitative Program | Additional Detail: w/o per Dr. Gabel, fabricate poster or elbow. Component 1: splint with elbow 90 flex, FA neutral/slight sup, Component 2: begin gentle PROM for elbow with FA neutral, Component 3: gentle PROM FA with elbow at 90 flex |

## Subjective Examination

**Chief Complaint:**
- Unable to use right U/E for ADLs in usual fashion

**Daily Comments:**
- Pt reports splint continuing to fit well

**Medical Management:**
- Surgery: S/P ORIF with plate for ulna, triceps repair; DOS 05/16/07

## Objective Examination

**Integument: Scars: Characteristics:**

| | **Right** |
|---|---|
| • Pliability | Mild |

**Observations:**
- Swelling: Severity: Moderate.

**Range of Motion:**

| | **Right PROM** |
|---|---|
| • Extension | -40 |
| • Flexion | 90 |
| • Pronation | 60 |
| • Supination | 60 |

## Treatments

**Manual Interventions: Soft Tissue:**

| | |
|---|---|
| • Soft Tissue Mobilization 1 | Time Elapsed: 15 Minutes, Tx Depth: Moderate, Technique: strumming, multidirectional, Additional Detail: elbow/forearm in protected position, Description: retrograde massage to reduce edema, scar mob. |

**Manual Interventions: Range of Motion:**

| | |
|---|---|
| • Manual ROM 1 | Time Elapsed: 15 Minutes, Additional Detail: to tolerance, Description: Gentle passive pro/sup with elbow support 90 flex |
| • Manual ROM 2 | Time Elapsed: 15 Minutes, Additional Detail: to tolerance, Description: Gentle passive elbow flex/ext w/ FA/wrist neutral. |


**Modalities:**
- Moist Hot Pack                                    Time Elapsed: 15 Minutes, Location: Anterior/Posterior, Clinical
                                                     Use: Pre Activity

**Orthotics/Prosthetics: Modifications:**
- Adjust Thermoplastic(This visit)                 Did Not Perform: This visit

# Assessment

**Presentation:**
- Elbow flex passively continues to be limited by pt reports of pain, unable to progress past 90 flex without eliciting guarded response

# Plan

**Daily Plan:**
- Pt has follow-up with Dr. Gabel on 06/21/07

_____

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L

# HEALTHSOUTH.

South Lamar
3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275 Fax: (512) 462-0005

| | |
|---|---|
| Physician: GERARD GABEL | Visit Date: **Jun 12, 2007** |
| Clinician: Michelle Purdy, OT | DOB: Jun 18, 1958 |
| Case Mgr: | SSN: |
| Inj. Date: May 10, 2007 | FSC: BCBS |
| Surg. Date:May 16, 2007 | Payor: |
| Visits: 4 | Pol/Claim#: |
| Cxl/Ns: 0 | Name of Insured: |
| | Employer: |

# Daily Note

**Diagnoses**   Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**
- Rehabilitative Program

Additional Detail: w/o per Dr. Gabel, fabricate poster or elbow,
Component 1: splint with elbow 90 flex, FA neutral/slight sup,
Component 2: begin gentle PROM for elbow with FA neutral,
Component 3: gentle PROM FA with elbow at 90 flex.

## Subjective Examination

**Chief Complaint:**
- Unable to use right U/E for ADLs in usual fashion

**Daily Comments:**
- "The splint is fine during the day but it bothers me at night I am not sure why, so I cut out the part around my wrist and that helped"

**Medical Management:**
- Surgery: S/P ORIF with plate for ulna, triceps repair; DOS 05/16/07

## Objective Examination

| Integument: Scars: Characteristics: | **Right** |
|---|---|
| • Pliability | Mild |

**Integument:**
- Demo mild rash/skin irritation possibly due to heat and/or sweating in splint

**Observations:**
- Swelling: Severity: Moderate.

| Range of Motion: | **Right PROM** |
|---|---|
| • Extension | -40 |
| • Flexion | 90 |
| • Pronation | 60 |
| • Supination | 60 |

**Splint/Orthosis Check: Splint Condition:**
- Non-Professionally Altered.  portion around ulnar styloid has been cut out; pt reports he did this because at night has some discomfort in that area but ok during the day

## Treatments

**Manual Interventions: Soft Tissue:**
- Soft Tissue Mobilization 1

Time Elapsed: 15 Minutes, Tx Depth: Moderate, Technique: strumming, multidirectional, Additional Detail: elbow/forearm in protected position, Description: retrograde massage to reduce edema, scar mob.



**Manual Interventions: Range of Motion:**
| | |
|---|---|
| • Manual ROM 1 | Time Elapsed: 15 Minutes, Additional Detail: to tolerance, Description: Gentle passive pro/sup with elbow support 90 flex |
| • Manual ROM 2 | Time Elapsed: 15 Minutes, Additional Detail: to tolerance, Description: Gentle passive elbow flex/ext w/ FA/wrist neutral. |

**Modalities:**
| | |
|---|---|
| • Moist Hot Pack | Time Elapsed: 15 Minutes, Location: Anterior/Posterior, Clinical Use: Pre Activity |

**Orthotics/Prosthetics: Modifications:**
| | |
|---|---|
| • Adjust Thermoplastic | Time Elapsed: 15 Minutes, Component 1: remolded splint for fit/coomfort and skin cond, Component 2: holes for aeration. |

# Assessment

**Pt reported good comfortable fit of splint post remolding; advsised pt again that if he as any discmfort to let therapist know and will modify splint instead of alterating on his own--pt acknowledged good understanding**
**Presentation:**
• Pt demo AROM in sup/pro with no c/o pain, elbow flex limited by reports of discomfort/pain in posterior elbow

# Plan

**Daily Plan:**
• Pt is going out of town on vacation, will see upon return; monitor skin condition and splint

_[signature]_

_____

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L

**HEALTHSOUTH.**

**HEALTHSOUTH.**

South Lamar
3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275 Fax: (512) 462-0005

Acct #: 032407520285
Physician: GERARD GABEL
Clinician: Michelle Purdy, OT
Case Mgr:
Int. Date: May 10, 2007
Surg. Date: May 16, 2007
Visits:     3
Cxl/Ns:   0

Visit Date:     **Jun 07, 2007**
DOB:            Jun 18, 1958
SSN:
FSC:            BCBS
Payor:
Pol/Claim#:
Name of Insured:
Employer:

# Daily Note

**Diagnoses**   Right Elbow

| | | |
|---|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**

- Rehabilitative Program

Additional Detail: w/o per Dr. Gabel, fabricate poster.or elbow, Component 1: splint with elbow 90 flex, FA neutral/slight sup, Component 2: begin gentle PROM for elbow with FA neutral;, Component 3: gentle PROM FA with elbow at 90 flex

## Subjective Examination

**Chief Complaint:**
- Unable to use right U/E for ADLs in usual fashion

**Daily Comments:**
- "The splint is fitting well, it's a little uncomfortable around this area of the wrist (ulnar styloid)"

**Medical Management:**
- Surgery: S/P ORIF with plate for ulna, triceps repair; DOS 05/16/07

## Objective Examination

**Performed minor adjustment (domed area to relieve any pressure) in region of ulnar styloid**

| Integument: Scars: Characteristics: | Right |
|---|---|
| - Pliability | Mild |

**Observations:**
- Swelling: Severity: Moderate.

| Range of Motion: | Right PROM |
|---|---|
| - Extension | -40 |
| - Flexion | 90 |
| - Pronation | 60 |
| - Supination | 60 |

## Treatments

**Manual Interventions: Soft Tissue:**

- Soft Tissue Mobilization 1

Time Elapsed: 15 Minutes, Tx Depth: Moderate, Technique: strumming, multidirectional, Additional Detail: elbow/forearm in protected position, Description: retrograde massage to reduce edema, scar mob.

**Manual Interventions: Range of Motion:**

- Manual ROM 1

Time Elapsed: 15 Minutes, Additional Detail: to tolerance, Description: Gentle passive pro/sup with elbow support 90 flex.

- Manual ROM 2

Time Elapsed: 15 Minutes, Additional Detail: to tolerance,
Description: Gentle passive elbow flex/ext w/ FA/wrist neutral.

## Assessment

**pt reported improved comfort of splint at wrist post minor adjustment**
**Presentation:**
- Moderate Improvements In: Range of Motion due to: Decreased Stiffness. Demo improved passive ROM in elbow ext and pro/sup with no c/ pain, passive flex performed to pt tol and limited by discomfort

## Plan

**Recommendations:**
- Continue with current program.

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L

**HEALTHSOUTH®**

South Lamar
3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275 Fax: (512) 462-0005

| | |
|---|---|
| Physician: GERARD GABEL | Visit Date: **Jun 05, 2007** |
| Clinician: Michelle Purdy, OT | DOB: Jun 18, 1958 |
| Case Mgr: | SSN: |
| Inj. Date: May 10, 2007 | FSC: BCBS |
| Surg. Date: May 16, 2007 | Payor: |
| Visits: 2 | Pol/Claim#: |
| Cxl/Ns: 0 | Name of Insured: |
| | Employer: |

# Daily Note

**Diagnoses**  Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**

* Rehabilitative Program

Additional Detail: v/o per Dr. Gabel, fabricate poster or elbow,
Component 1: splint with elbow 90 flex, FA neutral/slight sup,
Component 2: begin gentle PROM for elbow with FA neutral,
Component 3: gentle PROM FA with elbow at 90 flex.

## Subjective Examination

**Chief Complaint:**
* Unable to use right U/E for ADLs in usual fashion

**Medical Management:**
* Surgery: S/P ORIF with plate for ulna, triceps repair; DOS 05/16/07

## Objective Examination

| **Integument: Scars: Characteristics:** | **Right** |
|---|---|
| * Pliability | Mild |

**Observations:**
* Swelling: Severity: Moderate.

| **Range of Motion:** | **Right PROM** |
|---|---|
| * Extension | -60 |
| * Flexion | 90 |
| * Pronation | 30 |
| * Supination | 30 |

**Splint/Orthosis Check:**
* Fit: performed adjustment to improve comfort; per pt report he had drummelled holes for aeration due to sweating in splint

## Treatments

| **Manual Interventions: Soft Tissue:** | |
|---|---|
| * Soft Tissue Mobilization 1 | Time Elapsed: 10 Minutes, Tx Depth: Moderate, Technique: strumming, multidirectional, Additional Detail: elbow/forearm in protected position, Description: retrograde massage to reduce edema, scar mob. |

| **Manual Interventions: Range of Motion:** | |
|---|---|
| * Manual ROM 1 | Time Elapsed: 10 Minutes, Additional Detail: to tolerance, Description: Gentle passive pro/sup with elbow support 90 flex. |
| * Manual ROM 2 | Time Elapsed: 10 Minutes, Additional Detail: to tolerance, Description: Gentle passive elbow flex/ext w/ FA/wrist neutral. |

## Assessment

**Tolerance:**
- pt tolerated ex very well with no c/o pain

## Plan

**Recommendations:**
- Continue with current program.

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L

# HEALTHSOUTH.

South Lamar
3901 South Lamar Blvd
Suite 140
Austin, TX USA 78704
Phone: (512) 462-3275 Fax: (512) 462-0005

| | |
|---|---|
| Acct #: 082407520285 | |
| Physician: GERARD GABEL | Visit Date: **May 31, 2007** |
| Clinician: Michelle Purdy, OT | DOB: Jun 18, 1958 |
| Case Mgr: | SSN: |
| Inj. Date: May 10, 2007 | FSC: BCBS |
| Surg. Date: May 16, 2007 | Payor: |
| Visits: 1 | Pol/Claim#: |
| Cxl/Ns: 0 | Name of Insured: |
| | Employer: |

# Plan of Care

**Diagnoses**  Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## Assessment

In my professional opinion, this client requires skilled rehabilitative therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.

**Impairments Identified:**
- Range of Motion. Swelling. Integumentary Status.

**Treatment Emphasis to focus on:**
- Splinting for protection and improving mobility per physician orders

## Problems & Goals

*Problem #1*  **Medical Management: Surgery: S/P ORIF with plate for ulna, triceps repair; DOS 05/16/07**
  *STG Achieve by May 31, 2007.*
    **Splint fabrication for immobilization and protection post-op repair**
    **Client Education:**
    - Understands Contraindications/Precautions.
  *STG Achieve by Jun 14, 2007.*
    **Client Education:**
    - Donning-Doffing/Use-Care and Wear of Orthosis.
  *LTG Achieve by Jun 28, 2007.*
    **Modify splint PRN for continued wear**

*Problem #2*  **Observations: Swelling: Severity: Moderate.**
  *LTG Achieve by Jun 28, 2007.*
    **Girth Normalization:**
    - Decreasing Swelling/Effusion to: Mild Levels.

*Problem #3*  **Integument: Scars: Characteristics.**
  *LTG Achieve by Jun 28, 2007.*
    **Improve mobility to mild restrictions**

*Problem #4*  **Range of Motion.**
  *LTG Achieve by Jun 21, 2007.*
    **Range of Motion Improvements to: Elbow:**

| | **Right PROM** |
|---|---|
| - Extension | -30 |
| - Flexion | 115 |
| - Pronation | 60 |
| - Supination | 60 |

**Please sign and return**
I certify that the above rehabiliation services are required and approved by me. This patient is under my care and this plan of care will be reviewed every 30 days.

| Physician Signature | Date |
|---|---|

# Plan

**The goals and plan were discussed with the client and/or family and they concur. Instructions included to call regarding problems or questions. It is recommended that the client attend rehabilitative therapy three times a week. Expected rehabilitation duration, under the current prescription, is four weeks. Interventions during this course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.**

**Pt may be able to attend therapy twice a week secondary to his schedule**

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Passive Range of Motion Activities.
- Modalities:
    - PRN Moist Hot Pack.
- Additional:
    - Edema Management. Scar Management. Brace/Tape/Splint: Static.

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L

Mitch Eggers

# HEALTHSOUTH®

| | | |
|---|---|---|
| | Physician: GERARD GABEL | Visit Date: **May 31, 2007** |
| | Clinician: Michelle Purdy, OT | DOB: Jun 18, 1958 |
| | Case Mgr: | SSN: |
| South Lamar | Inj. Date: May 10, 2007 | FSC: BCBS |
| 3901 South Lamar Blvd | Surg. Date: May 16, 2007 | Payor: |
| Suite 140 | Visits: 1 | Pol/Claim#: |
| Austin, TX USA 78704 | Cxl/Ns: 0 | Name of Insured: |
| Phone: (512) 462-3275 Fax: (512) 462-0005 | | Employer: |

# Initial Evaluation

## Diagnoses    Right Elbow

| | |
|---|---|
| 72760 | NONTRAUM TENDON RUPT NOS |
| 81305 | FX RADIUS HEAD-CLOSED |
| 81322 | FX ULNA SHAFT-CLOSED |

## General Information

**Treatment Guidelines:**

- Rehabilitative Program

Additional Detail: w/o per Dr. Gabel, fabricate poster.or elbow, Component 1: splint with elbow 90 flex, FA neutral/slight sup, Component 2: begin gentle PROM for elbow with FA neutral, Component 3: gentle PROM FA with elbow at 90 flex.

## Subjective Examination

**The medical history questionaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file. The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.**

**Chief Complaint:**

- Unable to use right U/E for ADLs in usual fashion

**Extremity Dominance:**

- Right.

**Functional Capability:**

- Pt currently taking courses at UT; has note taker for courses and modifications with computer PRN for exams, etc.

**Mechanism of Injury:**

- Primary Episode: Traumatic: Wound Inducing: cycling accident in which pt reports flipped over handlebars landing on elbow

**Medical Management:**

- Surgery: S/P ORIF with plate for ulna, triceps repair; DOS 05/16/07

**Rehabilitation Expectations/Goals:**

- Normalize: Loss of Motion/Stiffness. Return to ADL Performance: Unrestricted/Symptom Free.

## Objective Examination

| Integument: Wounds/Incisions: Characteristics: | Right |
|---|---|
| • Tissue Integrity | Healed well |

**Integument:**

- Wounds/Incisions: Type: Surgical Incision.

| Integument: Scars: Characteristics: | Right |
|---|---|
| • Pliability | Mild |

**Observations:**

- Swelling: Severity: Moderate.

| Range of Motion: | Right PROM |
|---|---|
| • Extension | -60 |
| • Flexion | 90 |
| • Pronation | 30 |

---

" Supination                                                                30

## Treatments

The client was instructed as to the purpose of the splint, appropriate precautions and contraindications to its use.  Correct donning and doffing procedures, along with proper care and use of the splint were reviewed and performed.  Acknowledgement of all instructions related to the orthosis was obtained.  Good cognitive recognition of these instructions and capacity for performing active procedures related to the orthosis was exhibited.  The above prescribed orthosis is medically necessary as part of the appropriate treatment for this client.  Its use falls within accepted standards of treatment for this client's condition and has not been prescribed as "convenience equipment."

**Orthotics/Prosthetics: Wearing and Education: Schedule:**

| " Orthosis Usage | General Parameters: 24 Hours/Day, Additional Detail: remove for HEP as directed |
|---|---|

**Orthotics/Prosthetics: Elbow:**

| " Orthotic Fitting/Fabrication | Instruction: , Time (Fitting/Fabrication): 15, Break In: Instructed, Care/Use: Instructed, Proper Fit: Instructed |
|---|---|

**Treatment Guidelines:**

| " Rehabilitative Program | Additional Detail: pt instructed in the following for HEP, Component 1: gentle short arc PROM FA with elbow support at 90, Component 2: gentle short arc PROM elbow flex/ext w/ FA neutral, Component 3: precautions, splint wear |
|---|---|

## Assessment

In my professional opinion, this client requires skilled rehabilitative therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below.  Overall rehabilitation potential is good.  The patient and/or family were educated regarding their diagnosis, prognosis and related pathology.  The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.

**Impairments Identified:**
" Range of Motion.  Swelling.  Integumentary Status.

**Treatment Emphasis to focus on:**
" Splinting for protection and improving mobility per physician orders

## Problems & Goals

*Problem #1*   **Medical Management: Surgery: S/P ORIF with plate for ulna, triceps repair; DOS 05/16/07**
  *STG Achieve by May 31, 2007.*
          **Splint fabrication for immobilization and protection post-op repair**
          **Client Education:**
              " Understands Contraindications/Precautions.
  *STG Achieve by Jun 14, 2007.*
          **Client Education:**
              " Donning-Doffing/Use-Care and Wear of Orthosis.
  *LTG Achieve by Jun 28, 2007.*
          **Modify splint PRN for continued wear**

*Problem #2*   **Observations: Swelling: Severity: Moderate.**
  *LTG Achieve by Jun 28, 2007.*
          **Girth Normalization:**
              " Decreasing Swelling/Effusion to: Mild Levels.

*Problem #3*   **Integument: Scars: Characteristics.**
  *LTG Achieve by Jun 28, 2007.*

Improve mobility to mild restrictions

*Problem #4   Range of Motion.*
*LTG Achieve by Jun 21, 2007.*

| Range of Motion Improvements to: Elbow: | Right PROM |
|---|---|
| • Extension | -30 |
| • Flexion | 115 |
| • Pronation | 60 |
| • Supination | 60 |

# Plan

**The goals and plan were discussed with the client and/or family and they concur.  Instructions included to call regarding problems or questions.  It is recommended that the client attend rehabilitative therapy three times a week.  Expected rehabilitation duration, under the current prescription, is four weeks.  Interventions during this course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.**

**Pt may be able to attend therapy twice a week secondary to his schedule**

**Therapeutic Contents:**

• Client Education.  Home Exercise Program.  Passive Range of Motion Activities.
• Modalities:
    • PRN  Moist Hot Pack.
• Additional:
    • Edema Management.  Scar Management.  Brace/Tape/Splint: Static.

_____

Michelle Purdy, OT, OT(TX Lic: 106584),OTR/L

**REALTHSOUTH**

Charge Ticket #:

## CUSTOM ORTHOSIS MANUAL CHARGE TICKET
### (Codes not available in HCAP (EFF 7/1/08))

Date of Service: 6/24/7

| Item #<br>(Cost Ctr 273) | HCPCS<br>Code | Description | Units | Unit Price | Total Price |
|---|---|---|---|---|---|
| | | ** IMPORTANT ** | | | |
| | | Pt must be scheduled and registered in HCAP, "L" code must be specified in HCAP and all other treatment including<br>patient education on splint wear, care and purpose should be documented and billed out through HCAP. This<br>manual charge ticket should be used only to bill for the custom splints listed below that are currently not available in<br>HCAP. Document modifiers in "Splint Description & Rational" section of charge ticket. | | | |
| 39331 | L3933 A | STATIC Finger Orthosis A | | $72.00 | |
| 39332 | L3933 B | STATIC Finger Orthosis B | | $113.00 | |
| 39333 | L3933 C | STATIC Finger Orthosis C | | $130.00 | |
| 39334 | L3933 D | Silver Ring Splint | | $153.00 | |
| 39191 | L3919 A | STATIC Hand Orthosis A | | $94.00 | |
| 39192 | L3919 B | STATIC Hand Orthosis B | | $131.00 | |
| 39193 | L3919 C | STATIC Hand Orthosis C | | $159.00 | |
| 39131 | L3913 A | STATIC Hand-Finger Orthosis A | | $129.00 | |
| 39132 | L3913 B | STATIC Hand-Finger Orthosis B | | $166.00 | |
| 39133 | L3913 C | STATIC Hand-Finger Orthosis C | | $194.00 | |
| 37021 | L3702 A | STATIC Elbow Orthosis A | | $138.00 | |
| 37022 | L3702 B | STATIC Elbow Orthosis B | | $230.00 | |
| 37023 | L3702 C | STATIC Elbow Orthosis C | | $265.00 | |
| 37631 | L3763 A | STATIC Elbow-Wrist-Hand Orthosis A | | $206.00 | |
| 37632 | L3763 B | STATIC Elbow-Wrist-Hand Orthosis B | | $261.00 | |
| 37633 | L3763 C | STATIC Elbow-Wrist-Hand Orthosis C | | $316.00 | |
| 37651 | L3765 A | STATIC Elbow-Wrist-Hand-Finger Orthosis A | | $253.00 | |
| 37652 | L3765 B | STATIC Elbow-Wrist-Hand-Finger Orthosis B | | $310.00 | |
| 37653 | L3765 C | STATIC Elbow-Wrist-Hand-Finger Orthosis C | | $359.00 | |
| 36710 | L3671 | STATIC Shoulder Orthosis Cap Design | | $213.00 | |
| 36720 | L3672 | STATIC Shoulder Orthosis Airplane Design | | $288.00 | |
| 39610 | L3961 | STATIC SEWH Orthosis Cap Design | | $338.00 | |
| 39670 | L3967 | STATIC SEWH Orthosis Airplane Design | | $455.00 | |
| 39750 | L3975 | STATIC SEWHF Orthosis Cap Design | | $405.00 | |
| 39760 | L3976 | STATIC SEWHF Orthosis Airplane Design | | $500.00 | |
| 39351 | L3935 A | DYNAMIC Finger Based Splint A | | $93.00 | |
| 39352 | L3935 B | DYNAMIC Finger Based Splint B | | $134.00 | |
| 39353 | L3935 C | DYNAMIC Finger Based Splint C | | $159.00 | |
| 39211 | L3921 A | DYNAMIC Hand-Finger Orthosis A | | $152.00 | |
| 39212 | L3921 B | DYNAMIC Hand-Finger Orthosis B | | $198.00 | |
| 39213 | L3921 C | DYNAMIC Hand-Finger Orthosis C | | $239.00 | |
| 39051 | L3905 A | DYNAMIC Wrist-Hand Orthosis A | | $206.00 | |
| 39052 | L3905 B | DYNAMIC Wrist-Hand Orthosis B | | $256.00 | |
| 39053 | L3905 C | DYNAMIC Wrist-Hand Orthosis C | | $325.00 | |
| 37641 | L3764 A | DYNAMIC Elbow-Wrist-Hand Orthosis A | | $284.00 | |
| 37642 | L3764 B | DYNAMIC Elbow-Wrist-Hand Orthosis B | 1 | $344.00 | |
| 37643 | L3764 C | DYNAMIC Elbow-Wrist-Hand Orthosis C | | $398.00 | |
| 37661 | L3766 A | DYNAMIC Elbow-Wrist-Hand-Finger Orthosis A | | $319.00 | |
| 37662 | L3766 B | DYNAMIC Elbow-Wrist-Hand-Finger Orthosis B | | $368.00 | |
| 37663 | L3766 C | DYNAMIC Elbow-Wrist-Hand-Finger Orthosis C | | $425.00 | |
| 39710 | L3971 | DYNAMIC SEWH Orthosis Cap Design | | $475.00 | |
| 39730 | L3973 | DYNAMIC SEWH Orthosis Airplane Design | | $563.00 | |
| 39770 | L3977 | DYNAMIC SEWHF Orthosis Cap Design | | $544.00 | |
| 39780 | L3978 | DYNAMIC SEWHF Orthosis Airplane Design | | $631.00 | |
| | | | Totals | $344.00 | |

PATIENT NAME : Mitch Eggers

ACCT # : 3245702 0285

DIAGNOSIS:

PHYSICIAN: Alexand Grabel

THERAPIST # & NAME: Purdy

Splint Description & Rationale

Clinician Signature:

**CUSTOM ORTHOSIS MANUAL CHARGE TICKET**
(Codes not available in HCAP (EFF 7/1/08))

Charge Ticket #:

Date of Service: 05/31/07

| Item #<br>(Cost Ctr 273) | HCPCS<br>Code | Description | Units | Unit Price | Total Price |
|---|---|---|---|---|---|
| \*\* IMPORTANT \*\*<br>Pt must be scheduled and registered in HCAP. "L" code must be specified in HCAP and all other treatment including patient education on splint wear, care and purpose should be documented and billed out through HCAP. This manual charge ticket should be used only to bill for the custom splints listed below that are currently not available in HCAP. Document modifiers in "Splint Description & Rationale" section of charge ticket. | | | | | |
| 39331 | L3833 A | STATIC Finger Orthosis A | | $72.00 | |
| 39332 | L3933 B | STATIC Finger Orthosis B | | $113.00 | |
| 39333 | L3833 C | STATIC Finger Orthosis C | | $130.00 | |
| 39334 | L3933 D | Silver Ring Splint | | $163.00 | |
| 39191 | L3919 A | STATIC Hand Orthosis A | | $94.00 | |
| 39192 | L3919 B | STATIC Hand Orthosis B | | $151.00 | |
| 39193 | L3919 C | STATIC Hand Orthosis C | | $159.00 | |
| 39131 | L3913 A | STATIC Hand-Finger Orthosis A | | $129.00 | |
| 39132 | L3913 B | STATIC Hand-Finger Orthosis B | | $166.00 | |
| 39133 | L3913 C | STATIC Hand-Finger Orthosis C | | $194.00 | |
| 37021 | L3702 A | STATIC Elbow Orthosis A | | $158.00 | |
| 37022 | L3702 B | STATIC Elbow Orthosis B | | $230.00 | |
| 37023 | L3702 C | STATIC Elbow Orthosis C | | $265.00 | |
| 37631 | L3763 A | STATIC Elbow-Wrist-Hand Orthosis A | | $206.00 | |
| 37632 | L3763 B | STATIC Elbow-Wrist-Hand Orthosis B | | $261.00 | |
| 37633 | L3763 C | STATIC Elbow-Wrist-Hand Orthosis C | | $316.00 | |
| 37651 | L3765 A | STATIC Elbow-Wrist-Hand-Finger Orthosis A | | $253.00 | |
| 37652 | L3765 B | STATIC Elbow-Wrist-Hand-Finger Orthosis B | | $310.00 | |
| 37653 | L3765 C | STATIC Elbow-Wrist-Hand-Finger Orthosis C | | $355.00 | |
| 38710 | L3671 | STATIC Shoulder Orthosis Cap Design | | $213.00 | |
| 38720 | L3672 | STATIC Shoulder Orthosis Airplane Design | | $288.00 | |
| 39610 | L3961 | STATIC SEWH Orthosis Cap Design | | $338.00 | |
| 39670 | L3967 | STATIC SEWH Orthosis Airplane Design | | $455.00 | |
| 39750 | L3975 | STATIC SEWHF Orthosis Cap Design | | $406.00 | |
| 39760 | L3976 | STATIC SEWHF Orthosis Airplane Design | | $500.00 | |
| 39351 | L3935 A | DYNAMIC Finger Based Splint A | | $93.00 | |
| 39352 | L3935 B | DYNAMIC Finger Based Splint B | | $134.00 | |
| 39353 | L3935 C | DYNAMIC Finger Based Splint C | | $169.00 | |
| 39211 | L3921 A | DYNAMIC Hand-Finger Orthosis A | | $152.00 | |
| 39212 | L3921 B | DYNAMIC Hand-Finger Orthosis B | | $198.00 | |
| 39213 | L3921 C | DYNAMIC Hand-Finger Orthosis C | | $239.00 | |
| 39051 | L3905 A | DYNAMIC Wrist-Hand Orthosis A | | $208.00 | |
| 39052 | L3905 B | DYNAMIC Wrist-Hand Orthosis B | | $256.00 | |
| 39053 | L3905 C | DYNAMIC Wrist-Hand Orthosis C | | $325.00 | |
| 37641 | L3764 A | DYNAMIC Elbow-Wrist-Hand Orthosis A | | $284.00 | |
| 37642 | L3764 B | DYNAMIC Elbow-Wrist-Hand Orthosis B | | $344.00 | |
| 37643 | L3764 C | DYNAMIC Elbow-Wrist-Hand Orthosis C | | $398.00 | |
| 37661 | L3766 A | DYNAMIC Elbow-Wrist-Hand-Finger Orthosis A | | $319.00 | |
| 37662 | L3766 B | DYNAMIC Elbow-Wrist-Hand-Finger Orthosis B | | $366.00 | |
| 37663 | L3766 C | DYNAMIC Elbow-Wrist-Hand-Finger Orthosis C | | $425.00 | |
| 39710 | L3971 | DYNAMIC SEWH Orthosis Cap Design | | $475.00 | |
| 39730 | L3973 | DYNAMIC SEWH Orthosis Airplane Design | | $563.00 | |
| 39770 | L3977 | DYNAMIC SEWHF Orthosis Cap Design | | $544.00 | |
| 39780 | L3978 | DYNAMIC SEWHF Orthosis Airplane Design | | $631.00 | |
| | | **Totals** | 1 | 261.00 | |

PATIENT NAME: Mitch Eggers

ACCT #: 3140702020S

DIAGNOSIS:

PHYSICIAN: Etabel Gienard

THERAPIST # & NAME: 97 McPurdy

**Splint Description & Rationale**

Posterior elbow splint
elbow to flex
forearm supination

Clinician Signature:

**HEALTHSOUTH.**

CUSTOM ORTHOSIS MAN    CHARGE TICKET
(Codes not available in HCAP (Eff 7/1/05))

Charge Ticket #:

Date of Service: 04/24/

*** IMPORTANT ***

Pt must be scheduled and registered in HCAP. "L" code must be specified in HCAP and all other treatment including patient education on splint wear, care and purpose should be documented and filled out through HCAP. This manual charge ticket should be used only to bill for the custom splints listed below that are currently not available in HCAP. Document modifiers in "Splint Description & Rationale" section of charge ticket.

PATIENT NAME: Mitch Ezers

ACCT#: 3245702 0285

DIAGNOSIS:

PHYSICIAN: Alexand Gabel

THERAPIST # & NAME: Murphy

| Item # (Cost Ctr 273) | HCPCS Code | Description | Units | Unit Price | Total Price |
|---|---|---|---|---|---|
| 39531 | L3933 A | STATIC Finger Orthosis A | | $72.00 | |
| 39532 | L3933 B | STATIC Finger Orthosis B | | $113.00 | |
| 39533 | L3933 C | STATIC Finger Orthosis C | | $130.00 | |
| 39534 | L3933 D | Silver Ring Splint | | $163.00 | |
| 39191 | L3919 A | STATIC Hand Orthosis A | | $94.00 | |
| 39192 | L3919 B | STATIC Hand Orthosis B | | $131.00 | |
| 39193 | L3919 C | STATIC Hand Orthosis C | | $159.00 | |
| 39131 | L3913 A | STATIC Hand-Finger Orthosis A | | $129.00 | |
| 39132 | L3913 B | STATIC Hand-Finger Orthosis B | | $168.00 | |
| 39133 | L3913 C | STATIC Hand-Finger Orthosis C | | $194.00 | |
| 37021 | L3702 A | STATIC Elbow Orthosis A | | $138.00 | |
| 37022 | L3702 B | STATIC Elbow Orthosis B | | $280.00 | |
| 37023 | L3702 C | STATIC Elbow Orthosis C | | $205.00 | |
| 37631 | L3763 A | STATIC Elbow-Wrist-Hand Orthosis A | | $205.00 | |
| 37632 | L3763 B | STATIC Elbow-Wrist-Hand Orthosis B | | $261.00 | |
| 37633 | L3763 C | STATIC Elbow-Wrist-Hand Orthosis C | | $319.00 | |
| 37651 | L3765 A | STATIC Elbow-Wrist-Hand-Finger Orthosis | | $253.00 | |
| 37652 | L3765 B | STATIC Elbow-Wrist-Hand-Finger Orthosis | | $310.00 | |
| 37653 | L3765 C | STATIC Elbow-Wrist-Hand-Finger Orthosis | | $358.00 | |
| 36710 | L3671 | STATIC Shoulder Orthosis Cap Design | | $213.00 | |
| 38720 | L3672 | STATIC Shoulder Orthosis Airplane Design | | $288.00 | |
| 39810 | L3961 | STATIC SEWH Orthosis Cap Design | | $358.00 | |
| 39670 | L3967 | STATIC SEWH Orthosis Airplane Design | | $456.00 | |
| 39750 | L3975 | STATIC SEWHF Orthosis Cap Design | | $408.00 | |
| 39760 | L3978 | STATIC SEWHF Orthosis Airplane Design | | $550.00 | |
| 39351 | L3935 A | DYNAMIC Finger Based Splint A | | $93.00 | |
| 39352 | L3935 B | DYNAMIC Finger Based Splint B | | $134.00 | |
| 39353 | L3935 C | DYNAMIC Finger Based Splint C | | $159.00 | |
| 39211 | L3921 A | DYNAMIC Hand-Finger Orthosis A | | $152.00 | |
| 39212 | L3921 B | DYNAMIC Hand-Finger Orthosis B | | $198.00 | |
| 39213 | L3921 C | DYNAMIC Hand-Finger Orthosis C | | $239.00 | |
| 39051 | L3905 A | DYNAMIC Wrist-Hand Orthosis A | | $206.00 | |
| 39052 | L3905 B | DYNAMIC Wrist-Hand Orthosis B | | $256.00 | |
| 39053 | L3905 C | DYNAMIC Wrist-Hand Orthosis C | | $325.00 | |
| 37641 | L3764 A | DYNAMIC Elbow-Wrist-Hand Orthosis A | | $264.00 | |
| 37642 | L3764 B | DYNAMIC Elbow-Wrist-Hand Orthosis B | | $344.00 | |
| 37643 | L3764 C | DYNAMIC Elbow-Wrist-Hand Orthosis C | | $399.00 | |
| 37661 | L3766 A | DYNAMIC Elbow-Wrist-Hand-Finger Orthosis | | $319.00 | |
| 37662 | L3766 B | DYNAMIC Elbow-Wrist-Hand-Finger Orthosis | | $386.00 | |
| 37663 | L3766 C | DYNAMIC Elbow-Wrist-Hand-Finger Orthosis | | $425.00 | |
| 39710 | L3971 | DYNAMIC SEWH Orthosis Cap Design | | $475.00 | |
| 39730 | L3973 | DYNAMIC SEWH Orthosis Airplane Design | | $563.00 | |
| 39770 | L3977 | DYNAMIC SEWHF Orthosis Cap Design | | $546.00 | |
| 39780 | L3978 | DYNAMIC SEWHF Orthosis Airplane Design | | $631.00 | |
| | | Totals | | | |

Splint Description & Rationale

Clinician Signature:

## CUSTOM ORTHOSIS MANU___ CHARGE TICKET
### (Codes not available in HCAP (EFF 7/1/05))

**Date of Service:** 05/31/07

** IMPORTANT **

PI must be scheduled and registered in HCAP. "L" code must be specified in HC__ and all other treatment including patient education on splint wear, care and purpose should be documented and billed out through HCAP. This manual charge ticket should be used only to bill for the custom splints listed below that are currently not available in HCAP. Document modifiers in "Splint Description & Rational" section of charge ticket.

| Item # (Cost Ctr 273) | HCPCS Code | Description | Units | Unit Price | Total Price |
|---|---|---|---|---|---|
| 39331 | L3933 A | STATIC Finger Orthosis A | | $72.00 | |
| 39332 | L3933 B | STATIC Finger Orthosis B | | $113.00 | |
| 39333 | L3933 C | STATIC Finger Orthosis C | | $190.00 | |
| 39334 | L3933 D | Silver Ring Splint | | $163.00 | |
| 39191 | L3919 A | STATIC Hand Orthosis A | | $34.00 | |
| 39192 | L3919 B | STATIC Hand Orthosis B | | $131.00 | |
| 39193 | L3919 C | STATIC Hand Orthosis C | | $159.00 | |
| 39131 | L3913 A | STATIC Hand-Finger Orthosis A | | $129.00 | |
| 39132 | L3913 B | STATIC Hand-Finger Orthosis B | | $165.00 | |
| 39133 | L3913 C | STATIC Hand-Finger Orthosis C | | $194.00 | |
| 37021 | L3702 A | STATIC Elbow Orthosis A | | $136.00 | |
| 37022 | L3702 B | STATIC Elbow Orthosis B | | $280.00 | |
| 37023 | L3702 C | STATIC Elbow Orthosis C | | $285.00 | |
| 37631 | L3763 A | STATIC Elbow-Wrist-Hand Orthosis A | | $206.00 | |
| 37632 | L3763 B | STATIC Elbow-Wrist-Hand Orthosis B | | $251.00 | |
| 37633 | L3763 C | STATIC Elbow-Wrist-Hand Orthosis C | | $316.00 | |
| 37651 | L3765 A | STATIC Elbow-Wrist-Hand-Finger Orthosis A | | $253.00 | |
| 37652 | L3765 B | STATIC Elbow-Wrist-Hand-Finger Orthosis B | | $310.00 | |
| 37653 | L3765 C | STATIC Elbow-Wrist-Hand-Finger Orthosis C | | $356.00 | |
| 36710 | L3671 | STATIC Shoulder Orthosis Cap Design | | $213.00 | |
| 36720 | L3672 | STATIC Shoulder Orthosis Airplane Design | | $266.00 | |
| 36910 | L3651 | STATIC SEWH Orthosis Cap Design | | $338.00 | |
| 39670 | L3967 | STATIC SEWH Orthosis Airplane Design | | $456.00 | |
| 39750 | L3975 | STATIC SEWHF Orthosis Cap Design | | $405.00 | |
| 39760 | L3976 | STATIC SEWHF Orthosis Airplane Design | | $500.00 | |
| 39351 | L3935 A | DYNAMIC Finger Based Splint A | | $93.00 | |
| 39352 | L3935 B | DYNAMIC Finger Based Splint B | | $134.00 | |
| 39353 | L3935 C | DYNAMIC Finger Based Splint C | | $159.00 | |
| 39211 | L3921 A | DYNAMIC Hand-Finger Orthosis A | | $152.00 | |
| 39212 | L3921 B | DYNAMIC Hand-Finger Orthosis B | | $198.00 | |
| 39213 | L3921 C | DYNAMIC Hand-Finger Orthosis C | | $239.00 | |
| 39051 | L3905 A | DYNAMIC Wrist-Hand Orthosis A | | $208.00 | |
| 39052 | L3905 B | DYNAMIC Wrist-Hand Orthosis B | | $256.00 | |
| 39053 | L3905 C | DYNAMIC Wrist-Hand Orthosis C | | $325.00 | |
| 37641 | L3764 A | DYNAMIC Elbow-Wrist-Hand Orthosis A | | $286.00 | |
| 37642 | L3764 B | DYNAMIC Elbow-Wrist-Hand Orthosis B | | $344.00 | |
| 37643 | L3764 C | DYNAMIC Elbow-Wrist-Hand Orthosis C | | $598.00 | |
| 37661 | L3766 A | DYNAMIC Elbow-Wrist-Hand-Finger Orthosis A | | $519.00 | |
| 37662 | L3766 B | DYNAMIC Elbow-Wrist-Hand-Finger Orthosis B | | $356.00 | |
| 37663 | L3766 C | DYNAMIC Elbow-Wrist-Hand-Finger Orthosis C | | $426.00 | |
| 39710 | L3971 | DYNAMIC SEWH Orthosis Cap Design | | $476.00 | |
| 39730 | L3973 | DYNAMIC SEWH Orthosis Airplane Design | | $563.00 | |
| 39770 | L3977 | DYNAMIC SEWHF Orthosis Cap Design | | $564.00 | |
| 39780 | L3978 | DYNAMIC SEWHF Orthosis Airplane Design | | $631.00 | |
| | | | Totals | 261.00 | |

**PATIENT NAME:** Mitch Eggers

**ACC#:** 324010202285

**DIAGNOSIS:**

**PHYSICIAN:** Gabriel Gerard

**THERAPIST # & NAME:** 97 McCarthy

**Splint Description & Rationale:** Posterior elbow splint, elbow 90° flex, forearm supination

**Clinician Signature:**

# (H) HEALTHSOUTH.

South Lamar

### Social / Vocational Service Patient Questionnaire

Name: ___Mitch Eggers___     Acct#: _032400020 05_     PT/OT/Speech: _MMurphy_

Phone Number: _760) 809-1390_     Diagnosis: _____     Sex: ☑ Male  ☐ Female

Date of Birth: _3/9/58_     Primary language: _Engl._     Marital Status: _M_

HealthSouth provides for special qualified staff to:
- evaluate social and vocational facts
- counsel and advise on the social or vocational problems that arise from your particular illness or injury
- make appropriate referrals for needed services (e.g., community resources, transportation, assistance at home, supportive counseling, and assistance with work related issues).
- Please complete and sign this form to assist us in meeting your needs.

1. Has your current injury or illness caused you to require assistance with any of the following:
   Please check those which apply:

   Transportation ☐                Meals ☐
   Shopping/Errands ☐              Personal Care ☐
   Domestic Chores ☑              Work ☐
   Other: _____

2. Do you have someone to assist you with household or daily tasks?  ☑ Yes ☐ No
   List the people or groups that you feel support you (e.g., spouse, church) _____

   Do you need further assistance?  ☐ Yes ☑ No
   If so, describe _____

3. Since the onset of your current injury or illness, have you experienced any of the following (select all that apply)?
   Financial Stress ☐              Appetite Changes ☐
   Anger ☑                         Difficulty Concentrating ☐
   Sadness ☑                       Fatigue/Loss of Energy ☑
   Family Problems ☐

4. Have you been diagnosed with depression?  ☐ Yes ☑ No
   If yes, are you in treatment?  ☐ Yes ☐ No  ☐ Currently Coping on Own

Based on your answers above, a HealthSouth Social/Vocational Worker may contact you. Social/Vocational consultation is provided at no additional charge to you. A Social/Vocation Worker may make referrals to assist with community resources, transportation, assistance at home, support, counseling, and assistance with work related issues.

The best time of day to contact: _____     Phone Number at that Time: _____

Patient Signature: _____     Date: _____

I have reviewed this document for completeness:

Therapist Signature: _____     Date: _5/2/07_

Based on the applicable provided information:

☐ The patient does require social/vocational service intervention at this time.

☑ The patient does not require social/vocational service intervention at this time.

☐ More information is required to determine social/vocational service needs.

Comments/Action Taken: _6/11/07  called @ 6:12p left Mssg @_
_6/13/07- spoke w/ pt, does not need further svc_

Consultant signature: _____     Date: _6/13/07_

Mitchell Purdue fap sic 462
512-445-46 8/512-462-682
3245

# HEALTHSOUTH®

## HAND THERAPY SERVICES

**Shepherd Plaza - PT and Hand**
2158 Portsmouth
Houston, TX 77098
713-529-4990 • Fax 713 523-2452

**Pasadena - PT and Hand**
3800 Spencer Highway
Pasadena, TX 77504
713 943-8573 • Fax 713 943-8593

**Clear Lake - PT and Hand**
711 Bay Area Blvd., Suite 608
Webster, TX 77598
281 338-1273 • Fax 281 332-3939

**Hedwig - PT and Hand**
(formerly Town & Country)
9055 Katy Freeway, Suite 440
Houston, TX 77024
713-464-8357 • Fax 713 464-0564

**Sugar Land - PT and Hand**
4945 Sweetwater Blvd.
Sugar Land, TX 77479
281 277-1330 • Fax 281 277-0360

**Cypresswood - PT and Hand**
8111 Cypresswood Drive, Suite 102
Spring, TX 77379
281 376-3900 • Fax 281 376-7019

**Cy Fair - PT and Hand**
17396 Northwest Freeway
Houston, TX 77040
713 849-2253 • Fax 713 849-3103

Name **Mitchell Eggert** Date **8-2-7**

Diagnosis Code **64718** Diagnosis **MP SQ TUNE TRICEPS**

Worker's Compensation Patient ☐ Yes ☒ No **CAPSULAR RELEASE**

Employer: _____

I have assessed this patient. They do [  ]. or do not [  ] require social or vocational services for this current injury, illness or diagnosis.

Frequency **3** Duration **2** Return to MD _____

### EVALUATIONS
___ Evaluate and Treat

### THERAPEUTIC EXERCISE
___ Passive/Active
___ General Conditioning
___ Mobilization
___ Stretch and Strengthening
___ Global Strengthening
___ Home Program

### ORTHOTIC INSTRUCTIONS
_____
_____
_____
_____
_____
_____

### MODALITIES AND PROCEDURES
___ Moist Heat
___ Cold Packs/Ice Massage
___ Ultrasound
___ Massage
___ Electrical Muscle Stimulation
___ Whirlpool
___ Contrast Bath
___ TENS Rental/Setup
___ MENS
___ Iontophoresis Phonophoresis
___ Joint Mobilization
___ Soft Tissue Mobilization
___ Paraffin
___ Fluidotherapy
___ Desensitization
___ Wound Care
___ HVPGS

### AREA TO BE TREATED _____

### SPECIFIC INSTRUCTIONS AND PRECAUTIONS _____

AROM/PROM
Elbow
↑ elbow
Flexion/Extension
Start on 8-2-7

| ICD-9 Codes: | |
|---|---|
| Adhesive Capsulitis, Shldr | 726 0 |
| Bicep Tendon Rupture Shldr | 727.62 |
| Bursitis, Shldr | 726 10 |
| Calcific Tendonitis, Shldr | 726.11 |
| CRPS/Causalgia | 354.4 |
| Impingement Shldr | 726.19 |
| Int Derangement, Shldr | 718.91 |
| Thoracic Outlet Syndrome | 353.0 |
| Ulnar Nerve Lesion, Elbow | 354 2 |
| Medial Epicon, Elbow | 726.31 |
| Lateral Epicon, Elbow | 726.32 |
| FX, Radial Head | 813.05 |
| FX, Olecranon | 813.01 |
| OA-NOS | 715.90 |
| Rheumatoid Arthritis | 714.3 |
| Carpal Tunnel Syndrome | 354.0 |
| Tenosynov Hand/Wrist | 727.05 |
| Dequervain's | 727.04 |
| Ganglion Cyst | 727 41 |
| Intern Derang Wrist | 718.02 |
| FX, Distal Radius | 813.42 |
| FX, Carpal Bone | 814.0 |
| FX, Scaphoid | 814.01 |
| Laceration, Hand | 892.0 |
| Amputation Finger | 886.0 |
| Amputation Thumb | 885.0 |
| Crush Injury, Hand | 927.30 |
| Cellulitis, Hand | 682.4 |
| Contracted Palmar Fascia | 728.6 |
| FX, Metacarpal | 815.03 |
| FX, Mid/Distal Phalanx | 816.07 |
| FX, Proximal Phalanx | 816.02 |
| Joint Pain, Hand | 719.44 |
| Mallet Finger | 736.1 |
| Tendon Rupt. Flexor | 727.64 |
| Tendon Rupt. Exten | 727.63 |
| Tendon Avuls'on, Traum | 879.8 |
| Trigger Finger | 727.03 |
| Wrist Sprain/Strain | 842.0 |

In my opinion, in accordance with medical practice standards, that above named patient requires rehabilitation services for the problems diagnosed. This prescription is valid for one month from the above date unless otherwise indicated.

PHYSICIAN'S SIGNATURE _____     UPIN NUMBER _____

PHONE (    ) _____     FAX (    ) _____

ISM-101  (06/05)

AUG 01 '07 20:58

Mitchell
Perdy

# HEALTHSOUTH ®

___ THERAPY SERVICES

Name **Mitchell Egger** Date 5-25-7

ICD-9 Codes:

**Shepherd Plaza - PT and Hand**
2158 Portsmouth
Houston, TX 77098
713 529-4390 • Fax 713 523-2452

**Pasadena - PT and Hand**
3800 Spencer Highway
Pasadena, TX 77504
713 943-8573 • Fax 713 943-8593

**Clear Lake - PT and Hand**
711 Bay Area Blvd., Suite 608
Webster, TX 77598
281 338-1273 • Fax 281 332-3939

**Hedwig - PT and Hand**
(formerly Town & Country)
9055 Katy Freeway, Suite 440
Houston, TX 77024
713 464-8357 • Fax 713 464-0564

**Sugar Land - PT and Hand**
4945 Sweetwater Blvd.
Sugar Land, TX 77479
281 277-1330 • Fax 281 277-0360

**Cypresswood - PT and Hand**
Cypresswood Drive, Suite 102
Spring, TX 77379
281 376-3900 • Fax 281 376-7019

**Cy Fair - PT and Hand**
17396 Northwest Freeway
Houston, TX 77040
713 849-2253 • Fax 713 849-3103

Diagnosis Code __ __ __ __ Diagnosis 727.60, 813.05, 813.22

Worker's Compensation Patient ☐ Yes ☐ No

Employer: _____

I have assessed this patient. They do [ ], or do not [ ] require social or vocational services for this current injury, illness or diagnosis.

Frequency 3 Duration 4 Return to MD _____

**EVALUATIONS**
__ Evaluate and Treat

**THERAPEUTIC EXERCISE**
__ Passive/Active
__ General Conditioning
__ Mobilization
__ Stretch and Strengthening
__ Global Strengthening
__ Home Program

**ORTHOTIC INSTRUCTIONS**
_____
_____
_____
_____
_____

**MODALITIES AND PROCEDURES**
__ Moist Heat
__ Cold Packs/Ice Massage
__ Ultrasound
__ Massage
__ Electrical Muscle Stimulation
__ Whirlpool
__ Contrast Bath
__ TENS Rental/Setup
__ MENS
__ Iontophoresis Phonophoresis
__ Joint Mobilization
__ Soft Tissue Mobilization
__ Paraffin
__ Fluidotherapy
__ Desensitization
__ Wound Care
__ HVPGS

**AREA TO BE TREATED** _____

**SPECIFIC INSTRUCTIONS AND PRECAUTIONS** _____

1) long arm posterior
   Splint

2) gentle PROM FA
   elbow

Start 6/17

| | |
|---|---|
| Adhesive Capsulitis, Shldr | 726.0 |
| Bicep Tendon Rupture Shldr | 727.62 |
| Bursitis, Shldr | 726.10 |
| Calcific Tendonitis, Shldr | 726.11 |
| CRPS/Causalgia | 354.4 |
| Impingement Shldr | 726.19 |
| Int Derangement, Shldr | 718.91 |
| Thoracic Outlet Syndrome | 353.0 |
| Ulnar Nerve Lesion, Elbow | 354.2 |
| Medial Epicon. Elbow | 726.31 |
| Lateral Epicon. Elbow | 726.32 |
| FX. Radial Head | 813.05 |
| FX. Olecranon | 813.01 |
| OA-NOS | 715.90 |
| Rheumatoid Arthritis | 714.0 |
| Carpal Tunnel Syndrome | 354.0 |
| Tenosynov Hand/Wrist | 727.05 |
| Dequervain's | 727.04 |
| Ganglion Cyst | 727.41 |
| Intern Derang Wrist | 718.02 |
| FX, Distal Radius | 813.42 |
| FX, Carpal Bone | 814.0 |
| FX, Scaphoid | 814.01 |
| Laceration, Hand | 882.0 |
| Amputation Finger | 886.0 |
| Amputation Thumb | 885.0 |
| Crush Injury, Hand | 927.30 |
| Cellulitis, Hand | 682.4 |
| Contracted Palmar Fascia | 728.6 |
| FX, Metacarpal | 815.03 |
| FX, Mid/Distal Phalanx | 816.01 |
| FX, Proximal Phalanx | 816.02 |
| Joint Pain, Hand | 719.44 |
| Mallet Finger | 736.1 |
| Tendon Rupt., Flexor | 727.64 |
| Tendon Rupt., Exten | 727.63 |
| Tendon Avulsion, Traum | 879.3 |
| Trigger Finger | 727.03 |
| Wrist Sprain/Strain | 842.0 |

*In my opinion, in accordance with medical practice standards, that above named patient requires rehabilitation services for the problems diagnosed. This prescription is valid for one month from the above date unless otherwise indicated.*

PHYSICIAN'S SIGNATURE _____  UPIN NUMBER _____

PHONE ( ) _____  FAX ( ) _____

HSM-101 (06/05)

# HEALTHSOUTH ®

**HAND THERAPY SERVICES**

Name _Mitchell Eggers_ Date _8-10-7_

Diagnosis Code _841_ Diagnosis _____

Worker's Compensation Patient ☐ Yes   ☐ No

Employer: _____

I have assessed this patient. They do [  ], or do not [  ] require social or vocational services for this current injury, illness or diagnosis.

Frequency _3_ Duration _4_ Return to MD _____

**Shepherd Plaza – PT and Hand**
2158 Portsmouth
Houston, TX 77098
713 529-4990 • Fax 713 523-2452

**Pasadena – PT and Hand**
3800 Spencer Highway
Pasadena, TX 77504
713 943-8573 • Fax 713 943-8593

**Clear Lake – PT and Hand**
711 Bay Area Blvd., Suite 608
Webster, TX 77598
281 338-1273 • Fax 281 332-3939

**Hedwig – PT and Hand**
(formerly Town & Country)
9055 Katy Freeway, Suite 440
Houston, TX 77024
713 464-8357 • Fax 713 464-0564

**Sugar Land – PT and Hand**
4945 Sweetwater Blvd.
Sugar Land, TX 77479
281 277-1330 • Fax 281 277-0360

**Cypresswood – PT and Hand**
8111 Cypresswood Drive, Suite 102
Spring, TX 77379
281 376-3900 • Fax 281 376-7019

**Cy Fair – PT and Hand**
17396 Northwest Freeway
Houston, TX 77040
713 849-2253 • Fax 713 849-3103

**EVALUATIONS**
__ Evaluate and Treat

**THERAPEUTIC EXERCISE**
__ Passive/Active
__ General Conditioning
__ Mobilization
__ Stretch and Strengthening
__ Global Strengthening
✓ Home Program

**ORTHOTIC INSTRUCTIONS**
_____
_____
_____
_____
_____
_____

**MODALITIES AND PROCEDURES**
__ Moist Heat
__ Cold Packs/Ice Massage
__ Ultrasound
__ Massage
__ Electrical Muscle Stimulation
__ Whirlpool
__ Contrast Bath
__ TENS Rental/Setup
__ MENS
__ Iontophoresis Phonophoresis
__ Joint Mobilization
__ Soft Tissue Mobilization
__ Paraffin
__ Fluidotherapy
__ Desensitization
__ Wound Care
__ HVPGS

**AREA TO BE TREATED** _____

**SPECIFIC INSTRUCTIONS AND PRECAUTIONS** _____

1) A PROM PROM Elbow Flexion/Ext
2) Remove sutures in 1 week

| ICD-9 Codes: | |
|---|---|
| Adhesive Capsulitis. Shldr | 726.0 |
| Bicep Tendon Rupture Shldr | 727.62 |
| Bursitis. Shldr | 726.10 |
| Calcific Tendoritis. Shldr | 726.11 |
| CRPS/Causalgia | 354.4 |
| Impingement Shldr | 726.19 |
| Int Derangement, Shldr | 718.91 |
| Thoracic Outlet Syndrome | 353.0 |
| Ulnar Nerve Lesion, Elbow | 354.2 |
| Medial Epicon, Elbow | 726.31 |
| Lateral Epicon, Elbow | 726.32 |
| FX, Radial Head | 813.05 |
| FX, Olecranon | 813.01 |
| OA-NOS | 715.90 |
| Rheumatoid Arthritis | 714.0 |
| Carpal Tunnel Syndrome | 354.0 |
| Tenosynov Hand/Wrist | 727.05 |
| Dequervain's | 727.04 |
| Ganglion Cyst | 727.41 |
| Intern Derang Wrist | 718.02 |
| FX, Distal Radius | 813.42 |
| FX, Carpal Bone | 814.0 |
| FX, Scaphoid | 814.0 |
| Laceration, Hand | 882.0 |
| Amputation Finger | 886.0 |
| Amputation Thumb | 885.0 |
| Crush Injury, Hand | 927.30 |
| Cellulitis, Hand | 682.4 |
| Contracted Palmar Fascia | 728.6 |
| FX, Metacarpal | 815.03 |
| FX, Mid/Distal Phalanx | 816.01 |
| FX, Proximal Phalanx | 816.02 |
| Joint Pain, Hand | 719.44 |
| Mallet Finger | 736.1 |
| Tendon Rupt., Flexor | 727.64 |
| Tendon Rupt., Exter | 727.63 |
| Tendon Avulsion, Traum | 879.8 |
| Trigger Finger | 727.03 |
| Wrist Sprain/Strain | 842.0 |

*In my opinion, in accordance with medical practice standards, that above named patient requires rehabilitation services for the problems diagnosed. This prescription is valid for one month from the above date unless otherwise indicated.*

PHYSICIAN'S SIGNATURE _____ UPIN NUMBER _____

PHONE ( ) _____ FAX ( ) _____

HSM-101  06/05)

TO: 2395700    P.01/08

MITCHELL PIERCE FAX 512-462-3000

512-775-7658/512-462-3000
3275

# HEALTHSOUTH®

**HAND THERAPY SERVICES**

**Shepherd Plaza - PT and Hand**
2156 Portsmouth
Houston, TX 77098
713 529-4990 • Fax 713 523-2452

**Pasadena - PT and Hand**
3800 Spencer Highway
Pasadena, TX 77504
713 943-8573 • Fax 713 943-8593

**Clear Lake - PT and Hand**
711 Bay Area Blvd., Suite 608
Webster, TX 77598
281 338-1273 • Fax 281 332-3939

**Hedwig - PT and Hand**
(formerly Town & Country)
9055 Katy Freeway, Suite 440
Houston, TX 77024
713 464-8357 • Fax 713 464-0564

**Sugar Land - PT and Hand**
4945 Sweetwater Blvd.
Sugar Land, TX 77479
281 277-1330 • Fax 281 277-0360

**Cypresswood - PT and Hand**
8111 Cypresswood Drive, Suite 102
Spring, TX 77379
281 376-3900 • Fax 281 376-7019

**Cy Fair - PT and Hand**
17396 Northwest Freeway
Houston, TX 77040
713 849-2253 • Fax 713 849-3103

Name _MACHELL EGGERT_ Date _8-2-7_

Diagnosis Code _G 7718_ Diagnosis _W2 SCTUVE, TRICER CAPSULAR RELEASE_

Worker's Compensation Patient ☐ Yes ☒ No

Employer: _____

I have assessed this patient. They do [ ] or do not [ ] require social or vocational services for this current injury, illness or diagnosis.

Frequency _3_ Duration _2_ Return to MD _____

**EVALUATIONS**
___ Evaluate and Treat

**THERAPEUTIC EXERCISE**
___ Passive/Active
___ General Conditioning
___ Mobilization
___ Stretch and Strengthening
___ Global Strengthening
___ Home Program

**ORTHOTIC INSTRUCTIONS**
_____
_____
_____
_____

**MODALITIES AND PROCEDURES**
___ Moist Heat
___ Cold Packs/Ice Massage
___ Ultrasound
___ Massage
___ Electrical Muscle Stimulation
___ Whirlpool
___ Contrast Bath
___ TENS Rental/Setup
___ MENS
___ Iontophoresis Phorophoresis
___ Joint Mobilization
___ Soft Tissue Mobilization
___ Paraffin
___ Fluidotherapy
___ Desensitization
___ Wound Care
___ HVPGS

**AREA TO BE TREATED** _____

**SPECIFIC INSTRUCTIONS AND PRECAUTIONS** _____

AROM | PROM
Elbow
3 A Elbow
Flexion/Extension
Start on 8-2-7

| ICD-9 Codes: | |
|---|---|
| **Tendolitis** | |
| Adhesive Capsulitis, Shldr | 726.0 |
| Bicep Tendon Rupture Shldr | 727.62 |
| Bursitis, Shldr | 726.10 |
| Calcific Tendonitis, Shldr | 726.11 |
| CRPS/Causalgia | 354.4 |
| Impingement Shldr | 726.19 |
| Int Derangement, Shldr | 718.91 |
| Thoracic Outlet Syndrome | 353.0 |
| Ulnar Nerve Lesion, Elbow | 354.2 |
| Medial Epicon, Elbow | 726.31 |
| Lateral Epicon, Elbow | 726.32 |
| FX, Radial Head | 813.05 |
| FX, Olecranon | 813.01 |
| OA-NOS | 715.90 |
| Rheumatoid Arthritis | 714.0 |
| Carpal Tunnel Syndrome | 354.0 |
| Tenosynov Hand/Wrist | 727.05 |
| Dequervain's | 727.04 |
| Ganglion Cyst | 727.41 |
| Intern Derang Wrist | 718.03 |
| FX, Distal Radius | 813.42 |
| FX, Carpal Bone | 814.0 |
| FX, Scaphoid | 814.01 |
| Laceration, Hand | 882.0 |
| Amputation Finger | 886.0 |
| Amputation Thumb | 885.0 |
| Crush Injury, Hand | 927.30 |
| Cellulitis, Hand | 682.4 |
| Contracted Palmar Fascia | 728.6 |
| FX, Metacarpal | 815.03 |
| FX, Mid/Distal Phalanx | 816.01 |
| FX, Proximal Phalanx | 816.02 |
| Joint Pain, Hand | 719.44 |
| Mallet Finger | 736.1 |
| Tendon Rupt., Flexor | 727.64 |
| Tendon Rupt., Exten | 727.63 |
| Tendon Avulsion, Traum | 879.8 |
| Trigger Finger | 727.03 |
| Wrist Sprain/Strain | 842.0 |

In my opinion, in accordance with medical practice standards, that above named patient requires rehabilitation services for the problems diagnosed. This prescription is good for one month from the above date unless otherwise indicated.

**PHYSICIAN'S SIGNATURE** _____    **UPIN NUMBER** _____

**PHONE ( )** _____    **FAX ( )** _____

PAGE. 01

AUG 01 '07 20:58

## HEALTHSOUTH®

**HAND THERAPY SERVICES**

*Shepherd Plaza - PT and Hand*
2158 Portsmouth
Houston, TX 77098
713 529-4990 • Fax 713 523-2452

*Pasadena - PT and Hand*
3800 Spencer Highway
Pasadena, TX 77504
713 943-8573 • Fax 713 943-8593

*Clear Lake - PT and Hand*
711 Bay Area Blvd., Suite 608
Webster, TX 77598
281 338-1275 • Fax 281 332-3939

*Hedwig - PT and Hand*
*(formerly Town & Country)*
9055 Katy Freeway, Suite 440
Houston, TX 77024
713 464-8352 • Fax 713 464-0564

*Sugar Land - PT and Hand*
4945 Sweetwater Blvd.
Sugar Land, TX 77479
281 277-1330 • Fax 281 277-0360

*Cypresswood - PT and Hand*
8111 Cypresswood Drive, Suite 102
Spring, TX 77379
281 376-3900 • Fax 281 376-7019

*Cy Fair - PT and Hand*
17396 Northwest Freeway
Houston, TX 77040
713 849-2253 • Fax 713 849-3103

Name _____ Date _____

Diagnosis Code _____ Diagnosis _____

Worker's Compensation Patient ☐ Yes ☐ No

Employer: _____

I have assessed this patient. They do [ ], or do not [ ] require social or vocational services for their current injury, illness or diagnosis.

Frequency _____ Duration _____ Return to MD _____

**EVALUATIONS**
___ Evaluate and Treat

**THERAPEUTIC EXERCISE**
___ Passive/Active
___ General Conditioning
___ Mobilization
___ Stretch and Strengthening
___ Global Strengthening
___ Home Program

**ORTHOTIC INSTRUCTION**
_____
_____
_____
_____

**MODALITIES AND PROCEDURES**
___ Moist Heat
___ Cold Packs/Ice Massage
___ Ultrasound
___ Massage
___ Electrical Muscle Stimulation
___ Whirlpool
___ Contrast Bath
___ TENS Rental/Setup
___ MENS
___ Iontophoresis Phonophoresis
___ Joint Mobilization
___ Soft Tissue Mobilization
___ Paraffin
___ Fluidotherapy
___ Desensitization
___ Wound Care
___ HVPGS

**AREA TO BE TREATED** _____

**SPECIFIC INSTRUCTIONS AND PRECAUTIONS** _____

**ICD-9 Codes:**

| | |
|---|---|
| Adhesive Capsulitis, Shldr | 726.0 |
| Bicep Tendon Rupture Shldr | 727.62 |
| Bursitis, Shldr | 726.10 |
| Calcific Tendonitis, Shldr | 726.11 |
| CRPS/Causalgia | 354.4 |
| Impingement Shldr | 726.19 |
| Int Derangement, Shldr | 718.91 |
| Thoracic Outlet Syndrome | 353.0 |
| Ulnar Nerve Lesion, Elbow | 354.2 |
| Medial Epicon, Elbow | 726.31 |
| Lateral Epicon, Elbow | 726.32 |
| FX, Radial Head | 813.05 |
| FX, Olecranon | 813.01 |
| OA-KOS | 715.90 |
| Rheumatoid Arthritis | 714.0 |
| Carpal Tunnel Syndrome | 354.0 |
| Tenosynov Hand/Wrist | 727.05 |
| Dequervain's | 727.04 |
| Ganglion Cyst | 727.41 |
| Intern Derang Wrist | 718.02 |
| FX, Distal Radius | 813.42 |
| FX, Carpal Bone | 814.0 |
| FX, Scaphoid | 814.01 |
| Laceration, Hand | 882.0 |
| Amputation Finger | 886.0 |
| Amputation Thumb | 885.0 |
| Crush Injury, Hand | 927.30 |
| Cellulitis, Hand | 682.4 |
| Contracted Palmar Fascia | 728.6 |
| FX, Metacarpal | 815.03 |
| FX, Mid/Distal Phalanx | 816.01 |
| FX, Proximal Phalanx | 816.02 |
| Joint Pain, Hand | 719.44 |
| Mallet Finger | 736.1 |
| Tendon Rupt., Flexor | 727.64 |
| Tendon Rupt., Exten | 727.63 |
| Tendon Avulsion, Traum | 879.8 |
| Trigger Finger | 727.03 |
| Wrist Sprain/Strain | 842.0 |

In my opinion in accordance with accepted standards that above named patient requires rehabilitation therapy for the problems diagnosed. This prescription valid for one month from the above date unless otherwise indicated.

PHYSICIAN'S SIGNATURE _____    UPIN NUMBER _____

PHONE ( ) _____  FAX ( ) _____

HSM-10* (7/05)

AUG 12 '07 22:57:18                    TO 2385700                 P.01/03

Mitchell
Pendy

# HEALTHSOUTH ®

**ICD-9 Codes:**

Name __Mitchell Egger__ Date __5-25-7__

Diagnosis Code ___ ___ Diagnosis __727.60, 813.05, 813.22__

Worker's Compensation Patient ☐ Yes ☐ No

Employer: _____

I have assessed this patient. They do [  ] or do not [  ] require social or vocational services for this current injury, illness or diagnosis.

Frequency ( 3 ) Duration ( 4 ) Return to MD ____

## HealthSouth Therapy Services

**Shepherd Plaza - PT and Hand**
2158 Portsmouth
Houston, TX 77098
713 529-4990 • Fax 713 523-2452

**Pasadena - PT and Hand**
3800 Spencer Highway
Pasadena, TX 77504
713 943-8573 • Fax 713 943-8593

**Clear Lake - PT and Hand**
711 Bay Area Blvd., Suite 608
Webster, TX 77598
281 338-1273 • Fax 281 332-3939

**Hedwig - PT and Hand**
(formerly Town & Country)
9055 Katy Freeway, Suite 440
Houston, TX 77024
713 464-8357 • Fax 713 464-0564

**Sugar Land - PT and Hand**
4945 Sweetwater Blvd.
Sugar Land, TX 77479
281 277-1330 • Fax 281 277-0360

**Cypresswood - PT and Hand**
Cypresswood Drive, Suite 102
Spring, TX 77379
281 376-390C • Fax 281 376-7019

**Cy Fair - PT and Hand**
17396 Northwest Freeway
Houston, TX 77040
713 849-2253 • Fax 713 849-3103

| ICD-9 Codes | |
|---|---|
| Adhesive Capsulitis, Shldr | 726.0 |
| Bicep Tendon Rupture Shldr | 727.62 |
| Bursitis, Shldr | 726.10 |
| Calcific Tendonitis, Shldr | 726.11 |
| CRPS/Causalgia | 354.4 |
| Impingement Shldr | 726.19 |
| Int Derangement, Shldr | 718.91; |
| Thoracic Outlet Syndrome | 353.0 |
| Ulnar Nerve Lesion, Elbow | 354.2 |
| Medial Epicon, Elbow | 726.31 |
| Lateral Epicon, Elbow | 726.32 |
| FX, Radial Head | 813.05 |
| FX, Olecranon | 813.01 |
| OA-NOS | 715.90 |
| Rheumatoid Arthritis | 714.0 |
| Carpal Tunnel Syndrome | 354.0 |
| Tenosynov Hand/Wrist | 727.05 |
| Dequervain's | 727.04 |
| Ganglion Cyst | 727.41 |
| Intern Derang Wrist | 718.02 |
| FX, Distal Radius | 813.42 |
| FX, Carpal Bone | 814.0 |
| FX, Scaphoid | 814.01 |
| Laceration, Hand | 882.0 |
| Amputation Finger | 886.0 |
| Amputation Thumb | 885.0 |
| Crush Injury, Hand | 927.30 |
| Cellulitis, Hand | 882.4 |
| Contracted Palmar Fascia | 728.5 |
| FX, Metacarpal | 815.03 |
| FX, Mid/Distal Phalanx | 816.01 |
| FX, Proximal Phalanx | 816.02 |
| Joint Pain, Hand | 719.44 |
| Mallet Finger | 736.1 |
| Tendon Rupt., Flexor | 727.64 |
| Tendon Rupt., Exten | 727.63 |
| Tendon Avulsion, Traum | 879.8 |
| Trigger Finger | 727.03 |
| Wrist Sprain/Strain | 842.0 |

**EVALUATIONS**
___ Evaluate and Treat

**THERAPEUTIC EXERCISE**
___ Passive/Active
___ General Conditioning
___ Mobilization
___ Stretch and Strengthening
___ Global Strengthening
___ Home Program

**ORTHOTIC INSTRUCTIONS**
_____
_____
_____
_____

**MODALITIES AND PROCEDURES**
___ Moist Heat
___ Cold Pack and/or Massage
___ Ultrasound
___ Massage
___ Electrical Muscle Stimulation
___ Whirlpool
___ Contrast Bath
___ TENS Rental/Setup
___ MENS
___ Iontophoresis Phonophoresis
___ Joint Mobilization
___ Soft Tissue Mobilization
___ Paraffin
___ Fluidotherapy
___ Desensitization
___ Wound Care
___ HVPGS

**AREA TO BE TREATED** _____

**SPECIFIC INSTRUCTIONS AND PRECAUTIONS** _____

Start
6/1/7

In my opinion, in accordance with medical practice standards, that above named patient requires rehabilitation services for the problems diagnosed. This prescription valid for one month from the above date unless otherwise indicated.

PHYSICIAN'S SIGNATURE _____  UPIN NUMBER _____

PHONE (   ) _____  FAX (   ) _____

HSRX 101  (06/05)

*HEALTHSOUTH*
*Street*
*City, State*

## ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES*

*\*You may refuse to sign this acknowledgement\**

*HealthSouth will use and disclose your personal health information to treat you.*
*To receive payment for the care we provide, and for other health care operations.*
*Healthcare operations generally include those activities we perform to improve the quality of care.*
*We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies about your personal health information.*
*The terms of the notice may change with time and we will always post the current notice at our facilities, on our website, and have copies available for distribution.*

I, _____ (please print name), **have received a copy of this facility's Notice of Privacy Practices.**

_____
Signature


_____
Date



#### For Office Use Only

We attempted to obtain written acknowledgement of receipt of our Notice of Privacy Practices, but the acknowledgement could not be obtained because:

- ☐ Individual refused to sign
- ☐ Communications barriers prohibited obtaining the acknowledgement
- ☐ An emergency situation prevented us from obtaining acknowledgement
- ☐ Other (Please Specify)_____
_____
_____


**YOU ARE ENTITLED TO A COPY OF THIS CONSENT AFTER YOU SIGN IT**
Include completed consent in the patient's Medical Record

AUG 12 07 22:52 FR

**HEALTHSOUTH**          PATIENT DATA INTAKE SHEET                    Revised 9/26/06

---

**- FOR OFFICE USE ONLY -**
Location: SL   RX Date: 05/25/07   # of visits prescribed: 24   Therapist #/Name: Wendy   1st Intst Date: 05/31/07   Appt Time: 515pm   Source of Admit: 21
Referring MD #/Name: Grabel, Miechael   MD Ph: (   )   MD Fx: (   )

**PATIENT'S INFORMATION:** Social Security #: _____   Acct #: 301010840186   00350109072

Pt's Name: Last: Eagers   Suf.:   First: Mitch   M.I.:
Address: 4306 Avenue D   City: Austin   State: TX   Zip: 78751
Hm Ph: (760)909-6320   Wk Ph: (   )   ext.   D.O.B. 3/8/58   Emp Ind: R/S/E/U   Marital Status: M/S/D/W
Sex: M/F   Employer #/Name: Student   Address:
Emergency Contact Name/Ph: Anita Eager   (760)822-1158   Patient Cell # (760)809-6320
**Employment Indicator – R-Retired / S-Student / E-Employed / U-Unemploy   **Marital Status – M-Married / S-Single / D-Divorced / W-Widowed

**INSURED'S INFORMATION:** Patient's Relation to Insured: Self / Spouse / Child / Other   Is the insured also the Responsible Party for Patient portion of bill? Y/N
Insured's Name (as it appears on the card): Anita Eagers
Address: Same   City:   State:   Zip:
Hm Ph: (760)822-1158   Wk Ph: (   )   ext.   D.O.B. 11/15/57   Sex M/F   Emp Ind: R/S/E/U
Employer #/Name: Self

**RESPONSIBLE for Patient Portion of Bill:** Patient's Relation to Responsible Party: Self / Spouse / Child / Other   (If Self or Insured, skip to Accident Information section)
Name:   Address:
Hm Ph: (   )   Wk Ph: (   )   ext.   D.O.B. /   /   Marital Status: M/S/D/W   Sex: M/F   Emp Ind: R/S/E/U

**ACCIDENT INFORMATION:** Accident Type: Name / Auto / Work / Other   Date of Accident/Inj / Onset: 05/10/07   Surgery for this Injury? Y/N
Surgery Date: 5/16/07   State of accident:   Accident Details/Reason for visit: Rt knee underwent flex-op w/ op   Body Part: Knee
Is there a potential liable party? Y/N   Name of individuals that you allow us to discuss your billing and appointments with: Anita

**Patient, Please initial here if the above information is complete and correct: _____   Date: /   /

---

**- FOR OFFICE USE ONLY -**
**PRIMARY INSURANCE:** BCBS   Plan Type: PPO   Repricing Network:
Ph: (800)451-0287   Fx: (   )   Policy #: 740812141118   Group #: 000940
Verifying: PT/OT/SP/WH/FCE   FSC Code: 01   Diagnosis: 27600, 81305, 81322   Service Class: 50   PAR Code: 324
Ins Rep/Case Mgr/Adj Name: Patricia   Ph: (800)451-0287   Fax: (   )
Effective Date: 02/15/07   Deductible: $1500   Met: Remain   OOP: $3000   Co-Pay: 0   Co-%: 20   % DME: Same, new
Max Visits/$ Allowed: $1000 per calyr   Lifetime Visits/Amount: 5 initl   Primary Care Ref Req'd? Y/N   Benefits Exhausted? Y/N   Pre Cert Req? Y/N
Auth #: not req   Auth Date: _____   # Visits Auth: _____   Auth Exp Date: _____   Exclusions:
Comments:   PO Box 660044   City: Dallas   State: TX   Zip: 75266-0044

**SECONDARY INSURANCE:** N/A   Address:
City:   State:   Zip:   D.O.B. /   /   Ins Rep Name:
Ph: (   )   Fax: (   )   Policy #:
Insured Name:   BY   Group #:   Auth #:
Auth Date: /   /   # Visits Auth:   Auth Exp Date:   Deductible:   OOP:   Co-Pay:   Co-%:
Max Visits/$ Allowed:   Lifetime Visits/Amount:   Primary Care Ref Req'd? Y/N   Benefits Exhausted? Y/N   Pre Cert Req? Y/N
Comments:

Intake Taken By: _____   Insurance Verified By: _____   Date: 06/01/07

# Patient Health Questionnaire    **HEALTHSOUTH.**

Name: MITCH ROGERS    Date: 5/31/07

Date of Birth: 9/9/58    Patient Acct#: _____

Referring Physician: GABEL    Family Physician: _____

Date of 1st doctor visit for this injury/condition: 5/4/07

Are you aware of what your diagnosis is? ① Yes ② No

What are your rehabilitation expectations or goals? FULL FUNCTION

Have you had Surgery for this injury? ① Yes ② No _____

Type of Surgery: PLATE & 12 SCREWS    Approx date(s) of surgery: 5/16

**1. Your chief complaint:** LACK OF MOTION

Date of onset of symptoms or injury: 5/10/07

**2. How often do you experience your symptoms?**
① Constantly (76-100% of the day)
② Frequently (51-75% of the day)
③ Occasionally (26-50% of the day)
④ Intermittently (0-25% of the day)

**3. What describes the nature of your symptoms? (Choose all that apply)**
① Sharp ② Dull ache ③ Numb ④ Shooting ⑤ Burning ⑥ Tingling

**4. How are our symptoms changing?** ① Getting better ② Not changing ③ Getting worse

**5. During the past 4 weeks:**

a. Indicate the average intensity of your symptoms:
None ⓪ ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ Unbearable

b. How much pain interfered with your normal work
(including both work outside the home, and housework)?
① Not at all ② A little bit ③ Moderately ④ Quite a bit ⑤ Extremely

**6. During the past 4 weeks how much of the time has your condition interfered with your social activities?** (like visiting with friends, relatives, etc.)
① All of the time ③ Some of the time ⑤ None of the time
② Most of the time ④ A little of the time

**7. In general, would you say your overall health right now is....**
① Excellent ② Very good ③ Good ④ Fair ⑤ Poor

**8. Who have you seen for your symptoms? (Choose all that apply)**
① No One ③ Medical Doctor ⑤ Other ⑦ Occupational Therapist
② Chiropractor ④ Physical Therapist ⑥ Orthopedist

a. What treatment did you receive and when? SURGERY

b. What tests have you had for your symptoms and when were they performed?
① Xrays ② MRI ③ CT Scan ④ Other _____

**9. Have you had similar symptoms in the past?** ① Yes ② No
a. If you have received treatment in the past for the same or similar symptoms, who did you see?
① No One ③ Medical Doctor ⑤ Other ⑦ Occupational Therapist
② Chiropractor ④ Physical Therapist ⑥ Orthopedist

**10. What is your occupation?**
① Professional/Executive ④ Laborer ⑦ Retired
② White Collar/Secretarial ⑤ Homemaker ⑧ Other
③ Tradesperson ⑨ FT Student

a. If you are not retired, a homemaker, or a student, what is your current work status?
① Full-time ② Part-time ③ Self-employed ④ Unemployed ⑤ Off work ⑥ Other

Patient/Guardian Signature: _____ Date: _____

I have reviewed and discussed this patient medical information with the patient
Clinician Signature: _____ Date: _____

Please circle Y (yes) or N (no) if you have, or have had... Circle M (medications) if you are taking medications...

| Constitutional | | | |
|---|---|---|---|
| Good general health | Y | N | M |
| Recent weight changes | Y | N | M |
| Fatigue | Y | N | M |
| Night sweats / fevers | Y | N | M |
| **Cardiovascular** | | | |
| Angina / chest pain | Y | N | M |
| Coronary artery disease | Y | N | M |
| Heart surgery | Y | N | M |
| Pacemaker | Y | N | M |
| **Musculoskeletal** | | | |
| Muscle pains or cramps | Y | N | M |
| Stiffness / swelling in joints | Y | N | M |
| Joint pain | Y | N | M |
| Osteoporosis | Y | N | M |
| **Endocrine** | | | |
| Excessive thirst / urination | Y | N | M |
| Thyroid disease | Y | N | M |
| Hormone problem(s) | Y | N | M |
| **Ear/Nose/Throat/Mouth** | | | |
| Hearing loss/ringing in ears | Y | N | M |
| Sinus problems | Y | N | M |
| Nose bleeds | Y | N | M |
| Sore throat | Y | N | M |
| Voice changes | Y | N | M |
| **Respiratory** | | | |
| Shortness of Breath | Y | N | M |
| Excessive coughing | Y | N | M |
| Asthma | Y | N | M |
| Bronchitis | Y | N | M |
| Emphysema | Y | N | M |
| **Neurological** | | | |
| Frequent headaches | Y | N | M |
| Seizures / Epilepsy | Y | N | M |
| Numbness / tingling | Y | N | M |
| Dizziness | Y | N | M |
| Weakness | Y | N | M |
| Stroke / TIA | Y | N | M |
| **Hematologic/Lymphatic** | | | |
| Bruise easily | Y | N | M |
| Slow to heal | Y | N | M |
| Enlarged glands | Y | N | M |
| **Eyes** | | | |
| Wear glasses / contacts | Y | N | M |
| Blurred / double vision | Y | N | M |
| Eye disease or injury | Y | N | M |
| Glaucoma | Y | N | M |
| **Allergies** | | | |
| Food | Y | N | M |
| Medicine | Y | N | M |
| **Gastrointestinal** | | | |
| Nausea / Vomiting | Y | N | M |
| Abdominal pain | Y | N | M |
| Rectal bleeding | Y | N | M |
| Blood in urine | Y | N | M |
| Kidney stones | Y | N | M |
| **Other** | | | |
| Changes in hair or nails | Y | N | M |
| Rashes or itching | Y | N | M |
| Breast lump | Y | N | M |
| Breast pain or discharge | Y | N | M |
| Change in menstrual cycle | Y | N | M |
| Tuberculosis | Y | N | M |
| Cancer | Y | N | M |
| Chemotherapy or radiation | Y | N | M |
| HIV / AIDS | Y | N | M |
| Diabetes | Y | N | M |
| Blood clots | Y | N | M |
| Depression | Y | N | M |
| Insomnia | Y | N | M |
| Confusion or memory loss | Y | N | M |
| Do you smoke | Y | N | M |
| Use tobacco products | Y | N | M |
| Are you pregnant | Y | N | M |

**TO THE INSURED**

In-Network coverage is available through Blue Choice Network Provider. Out-of-Network services will be covered at a lower level.

If Rx copays are shown on reverse side, use:
Prior to 01/01/05 - AdvancePCS: RxBIN 004336 RxPCN 1: TX
01/01/05 and after - Prime Therapeutics: RxBIN 011552 R: CN 8: .
For Customer Service information call the claims or custo... service telephone listed below.

**Some services must be precertified before you receive** from Your individual contract has more Information. To precertify services call toll-free: 1-800-441-9188.

**For Claims or Customer Service information, call toll-fr: 1-800-697-0683.**
**For claims filing address, refer to your benefits guide.**

A Division of Health Care Service Corporation, a Mutual Legal Reserve Comp... an Independent Licensee of the Blue Cross and Blue Shield Assoc...



BlueCross BlueShield · *Select*
of Texas

www.bcbstx.com

Eggers, Juanita M
Identification No. 000 40    ZGP893144118
Group No. 000940    BC Plan Code 400    BS Plan Code 900
Effective Date: 02/ 5/0

Office Copay:                    $25
Rx Generic Copay:            $10
Network No. PTXO    Rx B and Copay:       $3( /$45

PPO  TDI

**HEALTHSOUTH.**

## CONSENT FOR CARE & TREATMENT

I, the undersigned, do hereby agree and give my consent for **HEALTHSOUTH** to furnish medical care and treatment to _____ considered necessary and proper in diagnosing or treating his/her physical and mental condition.

Patient/Guardian/Responsible Party _____    Date 5/3/07

### BENEFIT ASSIGNMENT/RELEASE OF INFORMATION

I hereby assign all medical benefits to include major medical benefits to which I am entitled, including Medicare, Medicaid, private insurance, and third party payors to **HEALTHSOUTH** for services provided by **HEALTHSOUTH**. A photocopy of this assignment is to be considered as valid as the original. I hereby authorize said assignee to release all information necessary, including medical records, to secure payment.

Patient/Guardian/Responsible Party _____    Date 5/3/07

### FINANCIAL POLICY STATEMENT

We verify your insurance benefits as a courtesy to you. However, **HEALTHSOUTH** does not accept responsibility for any incorrect information given by your insurance carrier regarding your insurance benefits or benefit plans. We require that any co-pays that are due be paid at each visit. Once your insurance carrier processes your claim we will bill you for any remaining patient responsibility deemed by your insurance carrier. If your insurance carrier does not remit payment within 60 days, the balance will be due in full from you. If any payment is made directly to you for services billed by us, you recognize an obligation to promptly submit same to **HEALTHSOUTH**.

The above may not apply for those patients that are considered Worker's Compensation, Medicare Primary or who have benefits with a balance billing contract, such as an HMO. However, be advised if you claim Worker's Compensation benefits and are subsequently denied such benefits, you may be held responsible for the total amount of charges for services rendered to you.

When you pay by check, you expressly authorize **HEALTHSOUTH,** if your check is dishonored or returned for any reason, to electronically debit your account for the amount of the check plus a processing fee of up to the state maximum legal limit (plus any applicable sales tax). Please note: the above language authorizes an electronic debit to your account for the state-allowed recovery fee. In accordance with the rules of the National Automated Clearing House Association, you may call (888) 235-4635 to revoke the authorization for the electronic transaction. This does not, however, mean that **HEALTHSOUTH** cannot collect a returned check fee by other methods.

I understand and agree that if I fail to make any of the payments for which I am responsible in a timely manner, I will be responsible for all costs of collecting monies owed, including court costs, collection agency fees, and attorney fees.

**I UNDERSTAND MY RESPONSIBILITY FOR THE PAYMENT OF MY ACCOUNT.**

_____    Date 5/3/07
Patient/Guardian/Responsible Party

_____    Date 5/3/07
Facility Representative

Revised 10/13/06

