## CITY OF AUSTIN / TRAVIS COUNTY EMS BILLING FORM

**SIGNATURE FOR MEDICARE / MEDICAID / PRIVATE HEALTH INSURANCE**

I authorize payment of medical benefits to the undersigned physician or supplier for the services described above. I hereby authorize any hospital, doctor, or health care provider that has attended or examined me to release to the Austin EMS Department, any or all information regarding any illness or medical history. A photostatic copy of this authorization is considered as valid and effective as the original. I hereby assign to Austin EMS any insurance or other third-party benefits covering this service, up to the full amount owed. I understand that my third-party insurance or any other health insuring agent determines the medical necessity of the services or items that I request and receive. I also understand that I am responsible for payment of the services or items I request and receive, if these services or items are determined by the Third party agent not to be reasonable and medically necessary for my care.

I understand that, in the opinion of Austin EMS, the services or items that I have requested to be provided to me on __5/10/07__ (date) may not be covered under the Texas Medical Assistance Program as being reasonable and medically necessary for my care. I understand that the Texas Department of Human Services or its health insuring agent determines the medical necessity of the services or items that I request and receive. I also understand that I am responsible for payment of the services or items I request and receive if these services or items are determined not to be reasonable and medically necessary for my care.

X _____  Date Signed: __5/10/07__  Print name of person signing form: _____
Signature of Patient / Guardian / Legal Representative

Address: __SAS__  Relationship: __SELF__

☒ Received Privacy Notice  ☒ Patient unable to sign (must explain why): __Arm Injury + Fentynol given__

EMS Paramedic Signature: _____  Employee ID number: __1997__  Date Signed: __5/10/07__

### Patient / Incident Demographics

Initial EMS patient contact at: __1258__ (military time)  Incident Date: __5/10/07__  Incident Number: __153__
Full Name (first / MI / last): __Mitch Eggars__  Age: __49__  DOB: __3/9/58__
SSN: __-UNK-__  Sex: ☒ Male ☐ Female  Driver's License #: _____  State: ____
Street Address: __4306 Ave D__  City: __Austin__  State: __TX__  Zip code: __78751__
County of Residence: __Austin__  Patient Phone: __760-809-6390__  Patient # __1__ of __1__ (if multiple patients in unit)
Guardian / Next of Kin: __SELF__

**Primary Insurance**

MEDICARE  
MEDICAID  
MAP  
Insured: _____

Company: __BCBS__  
Address _____  
Address _____  
City _____  
State _____ Zip _____  
Policy _____  
Group # _____  
Insured _____

☐ On The Job Injury (if checked, must complete information below)
☐ City of Austin Employee  If checked, Department _____
Employer: _____
Company Name (if different from above): _____
Physical Street Address: _____
City: _____ State: _____ Zip: _____
Phone: _____ Supervisor: _____

(margin note: Other, WO/known or given)

Incident Zipcode: __78751__ (if unknown use CAD zipcode)  Hospital Chart Number: _____
Incident Address Location: __53rd / Duval__  ☒ City of Austin ☐ In County ☐ Out of County
Incident Location Type: ☐ Hospital ☐ Nursing Home ☐ Residence / Apartment ☒ Scene type (hwy, business etc.) __roadway__
Transported To: ☐ BRACK ☐ HHOA ☐ NAMC ☐ RRMC ☐ SAH ☒ SMC ☐ SSW ☐ STDH ☐ SNW ☐ Other _____
Transported By: ☒ EMS Ground ☐ EMS Air ☒ In County ☐ Out County ☐ Other: _____
Transport Code: ☐ Basic (BLS) ☒ Advanced (ALS)
EMS Requested By: ☐ Family ☒ Law ☐ Third Party Caller ☐ Patient ☐ Other EMS agency ☐ Other _____
Transport Due To: ☐ Doctor Preference ☐ Patient Preference ☐ Trauma Guidelines ☒ Hospital Location ☐ Hospital Bypass
☐ SOC Specific Protocol ☐ Public Safety Assist (STAR Flight) ☐ Ground vs. Air Transport Time ☐ System Availability

## CITY OF AUSTIN / TRAVIS COUNTY EMS BILLING FORM

**Complaint Code(s)**       **Reason For Transport Required**  (Brief Description Only)
1. 118   Accident-Bicycle
2. 320   Elbow Injury
3. 440   Hip Pain
4. 458   Knee Abrasion
5. ___

### PROCEDURES / MEDICATIONS (check all that apply)

| # | Procedures / Intervention | Specifics | Size / Other | Amounts Used |
|---|---|---|---|---|
| 1. | ☐ AIRWAY | ☐ ET ☐ NG ☐ NPA ☐ OPA / ☐ LMA ☐ Combitube | Size Used ___ / Size Used ___ | |
| 2. | ☒ BANDAGING | | | 1 |
| 3. | ☒ CAPNOGRAPHY (ETCO$_2$) | ☒ Adult ☐ Pediatric | | |
| 4. | ☐ CHEST DART | | | |
| 5. | ☐ CPR | | | |
| 6. | ☐ CRYOTHERAPY (ICE PAK) | | | |
| 7. | ☐ CRICOTHYROTOMY | ☐ Needle ☐ Surgical | ET Tube: (size) ___ | |
| 8. | ☐ DEFIB / CARDIOVERSION | ☐ AED ☐ LIFEPAK 10 / 11 / 12 | PADS: ☐ Adult ☐ Pediatric | |
| 9. | ☒ ELECTROCARDIOGRAM (EKG) | ☒ 4-Lead ECG ☐ 12-Lead ECG | | 1 |
| 10. | ☐ DEXTROTEST (Blood Glucose) | | | |
| 11. | ☐ OBSTETRICAL KIT | | | |
| 12. | ☒ OXYGEN ADMINISTRATION | ☒ Cannula ☐ NRB ☐ Nebulizer | BVM: ☐ Adult ☐ Pediatric | 1 |
| 13. | ☐ PACING (Transcutaneous pacing) | ☐ Adult ☐ Pediatric | PADS: ☐ Adult ☐ Pediatric | |
| 14. | ☒ PULSE OXIMETRY (SPO$_2$) | ☒ Reusable sensor ☐ Disposable Sensor | | 1 |
| 15. | ☐ SPINAL IMMOBILIZATION | | | |
| 16. | ☒ SPLINTING (Fx immobilization) | ☐ Board ☐ Traction ☐ OSS / KED / ☐ Pedi-Pak ☐ KTD ☐ Vacuum | | |
| 17. | ☐ STRETCHER | | | |
| 18. | ☐ SUCTIONING | ☐ Endotracheal ☐ Oral ☐ Nasal | Fr. Catheter (size): ___ | |
| 19. | ☒ INTRAVENOUS FLUID THERAPY: | ☒ Peripheral ☐ External Jugular / ☐ IO ☐ Saline Lock | IV Catheter (size): 18 | 1 |
|  | ☒ IV FLUID | ☐ Sodium Chloride (# 1) | ☐ 50 mL ☐ 250 mL ☒ 1000 mL | 1 |
|  | ☐ IV FLUID | ☐ Sodium Chloride (# 2) | ☐ 50 mL ☐ 250 mL ☐ 1000 mL | |
|  | ☐ IV FLUID | ☐ Lactated Ringers (# 1) | ☐ 1000 mL | |
|  | ☐ IV FLUID | ☐ Lactated Ringers (# 2) | ☐ 1000 mL | |

☐ **RESCUE:** ☐ Hazardous materials ☐ Helicopter ☐ High-Angle ☐ Trench ☐ Vehicle ☐ Water
☐ **STARFLIGHT:** ☐ Intravenous Package (IV pump tubing) ☐ Airway (RSI medications/equipment)

| Code | MEDICATIONS | Amounts | Code | MEDICATIONS | |
|---|---|---|---|---|---|
| 1. | ☐ ACETAMINOPHEN LIQUID | ___ bottle(s) | | ☐ LIDOCAINE 2% IV BOLUS | ___ bristo-ject(s) |
| 2. | ☐ ADENOSINE 6 mg | ___ vial(s) | 42. | ☐ LIDOCAINE INFUS. 1 gm/250 mL | ___ bag(s) |
| 3. | ☐ ALBUTEROL 2.5 mg | ___ unit dose(s) | 23. | ☐ LIDOCAINE 2% JELLY | ___ tube(s) |
| 4. | ☐ AMIODARONE 50 mg/mL | ___ ampule(s) | 24. | ☐ MAGNESIUM SULFATE | ___ vial(s) |
| 5. | ☐ ASPIRIN 81 mg tablets | ___ tablet(s) | 43. | ☐ METHYLPREDNISOLONE 125 mg | ___ vial(s) |
| 41. | ☐ ATROPINE 1:1000 | ___ vial(s) | 25. | ☐ METHYLPREDNISOLONE 1 gram | ___ vial(s) |
| 6. | ☐ ATROPINE 1:10,000 | ___ bristo-ject(s) | 26. | ☐ MIDAZOLAM | ___ vial(s) |
| 7. | ☐ ATROPINE 8 mg / 20 mL | ___ vial(s) | 27. | ☐ MORPHINE SULFATE | ___ vial(s) |
| 9. | ☐ CALCIUM GLUCONATE 10% | ___ vial(s) | 28. | ☐ NALOXONE | ___ vial(s) |
| 11. | ☐ DEXTROSE 50% | ___ bristo-ject(s) | 29. | ☐ NIFEDIPINE | ___ capsule(s) |
| 12. | ☐ DIAZEPAM | ___ ampule(s) | 30. | ☐ NITROGLYCERIN PASTE | ___ inch(es) |
| 13. | ☐ DILTIAZEM | ___ bristo-ject(s) | 31. | ☐ NITROGLYCERIN 0.4 mg TABS | ___ tablet(s) |
| 15. | ☐ DIPHENHYDRAMINE PO 25 mg | ___ capsule(s) | | ☐ NITROUS OXIDE | ___ bottle(s) |
| 16. | ☐ DIPHENHYDRAMINE 50 mg/mL | ___ vial(s) | 32. | ☐ ORAL GLUCOSE 40% | ___ tube(s) |
| | ☐ DOLASETRON | ___ ampule(s) | | ☐ PHENYLEPHRINE SPRAY | ___ bottle(s) |
| 14. | ☐ DOPAMINE | ___ vial(s) | 34. | ☐ PROCAINAMIDE | ___ vial(s) |
| 17. | ☐ EPINEPHRINE 1:1000 | ___ ampule(s) | 35. | ☒ PROMETHAZINE | 1 ampule(s) |
| 18. | ☐ EPINEPHRINE 1:10,000 | ___ bristo-ject(s) | 36. | ☐ SODIUM BICARBONATE | ___ bristo-ject(s) |
| 19. | ☐ EPINEPHRINE 30 mg / 30 mL | ___ vial(s) | 37. | ☐ SUCCINYLCHOLINE | ___ vial(s) |
| | ☐ ETOMIDATE | ___ vial(s) | 38. | ☐ THIAMINE | ___ vial(s) |
| 20. | ☐ FUROSEMIDE | ___ vial(s) | 40. | ☐ VECURONIUM | ___ vial(s) |
| 21. | ☐ IPRATROPIUM BROMIDE | ___ unit dose(s) | | OTHER: Fentynl 1 | 2 Bristo-Jects |

**PROVIDER NAMES** (Print legibly)    **EMPLOYEE ID**    **RESPONDING / TRANSPORT UNIT**  (transporting unit is to be listed in line # 1)    **FLIGHT NUMBER / NAUTICAL MILEAGE**

1. Watkins    1992    Medic 301 Rescue ___ STAR Flight ___ Other ___
2. Hardy    2246    Medic 307 Rescue ___ STAR Flight ___ Other ___
3. ___     ___    Medic ___ Rescue ___ STAR Flight ___ Other ___
4. ___     ___    Medic ___ Rescue ___ STAR Flight ___ Other ___    Nautical Miles: ___

**ODOMETER BEGIN:** 388    **ODOMETER END:** 390    **TOTAL MILES:** ___    ☐ PATIENT NOT TRANSPORTED

N/A

EMS Billing Form Ver. 1.0  03/01

**AUSTIN/TRAVIS COUNTY EMERGENCY MEDICAL SERVICES SYSTEM – CONFIDENTIAL PATIENT CARE RECORD**

- ☐ Cat 1 Trauma  ☐ Chemical Restraint  ☐ DNAR
- Vehicle Extrication Required ☐ Yes ☒ No
- Patient ___1___ of ___1___

**Incident Location:** Dysart X 33 ?
**Incident Zip:** 78781
**Incident Date:** 5/10/0?
**Incident #:** 253

**Total on scene time:** 26 min   *If on-scene time is greater than 10 minutes on Cat 1 or 2 patients, explain why in narrative.*   **Flight #:** ___
**Est. Time of Injury:** 1240   **Dispatched:** 1242   **On-Scene:** 1256   **Transported:** 1322   **Out at Hospital:** 1336

**Patient Name:** Mitch Eggars    (If minor, guardian): N/A    **Phone:** 760-889-6390
**Patient Age:** 49  ☐ Unknown   **Date of Birth:** 3/9/58   **Gender:** ☒ Male ☐ Female   **Physician(s):** None
**Ethnicity:** ☒ White, non-hispanic  ☐ Hispanic  ☐ Black  ☐ Asian / Pacific Islander  ☐ American Indian / Alaskan Native  ☐ Other  ☐ Unknown

**Medical HX:** ☒ Denies ☐ Unknown ☐ Asthma ☐ CAD ☐ CHF ☐ COPD ☐ Diabetes- Type I II ☐ Dialysis ☐ HTN ☐ Pregnant ☐ Seizures

**Medication:** ☒ Denies ☐ Unknown

**Allergies:** ☒ Denies ☐ Unknown ☐ LATEX ☐ Penicillin ☐ Aspirin ☐ Sulfonamides ☐ Codeine ☐ Acetaminophen

**Pre-Arrival Treatment:** By: —None—   ☐ Assessment ☐ V/S ☐ Bandaging/Splinting ☐ Spinal Restriction ☐ O2 ___ Lpm ☐ BVM
☐ CPR ☐ AED shocks x___ ☐ Cardiovert/Defib x___ ☐ IV/IO: ___  ☐ Fluid Bolus ___ mL
☐ ETI: ___  ☐ Other: ___
☐ Medications: ___

**Assessment/Medications/Intervention:** **Patient Weight:** 100 kgs / 220 lbs (EST.)  **Temp:** __ F PO PR AX   **BGL:** initial: __/__ mg/dl @ __   repeat: __/__ mg/dl @ __

All times ≈

| Time (24 Hour Time) | 1258 | 1311 | 1313 | 1316 | 1321 | 1326 | 1331 | 1336 |
|---|---|---|---|---|---|---|---|---|
| Mental Status AVPU/GCS | A/15 | A/15 | A/15 | A/15 | A/15 | A/15 | A/15 | A/15 |
| Blood Pressure | ERD | 124/77 | ?/? | 114/79 | 110/74 | 121/72 | 142/56 | 124/84 |
| Heart Rate (Regular/Irregular) | 80 | 72 | 72 | 90 | 84 | 73 | 54 | 60 |
| Respiratory Rate/Ventilation Rate | 20 | 18 | 16 | 16 | 22 | 29 | 32 | 30 |
| Oxygen Sat. (SPO2) Room Air / On O2 | / | / | 98 | 98 | 97 | 93 | 99 | 97 |
| End-Tidal CO2 Device Colormetric/Quantitative | 32 | 16 | 16 | 18 | 19 | 20 | 21 | |
| ECG Rhythm (Continuous Monitoring) | | | | | | | | |
| Fentanyl IVP | | 100 mcg | | 100 mcg | | | | |
| O2 NC | | 4 Lpm | → | | | | | |
| Phenergan 6.25 mg | | | IVP | | | | | |
| Sling & Swathe | | | | x | | | | |
| Pain Scale (0-10) | 8/10 | 8/10 | 7/10 | 7/10 | 6/10 | 5/10 | 6/10 | 6/10 |

Response/Comments: Pt. contact / Pt. Pleuradon cot / @ Hosp

**IV:** #1 ☒ IV ☐ EJ ☐ IO ☐ SL  **Cath Size:** 18  **Fluid:** NS  **Site:** R Hand  **By:** 1952  **Attempts:** 1  **Time:** 1310  **Successful:** ☒ #1 ☐ #2
#2 ☐ IV ☐ EJ ☐ IO ☐ SL  Cath Size: __  Fluid: __  Site: __  By: __  Attempts: __  Time: __  **Total Amount Infused:** 250

**Controlled Medication Wasted:** Medication: ___  Amount: ___  **Physician/RN Receiving Report:** ___
**Witnessed by:** ___   ☒ EKG Strip Attached  ☐ ACS Form Attached  ☐ Addendum Form Attached

**Physical Findings:**

Clinical Impression(s) 1: (R) elbow/knee (L) Hip 2: Bike accident

**Narrative:** Called to location for 49 yo ♂ that had a bike accident. On arrival pt. lying (L) lateral recumbent position in middle of street. Pt. A&Ox4 c̄ grimace on face. Pt stated that his pedal sheared off, causing him to go over his handle bars, pt. was doing ≈ 15 mph @ time. Pt. c/o (R) Elbow, knee and (L) Hip pain. Pt. had his helmet on. c̄ spinal assessment and spine cleared, helmet taken off. Pt. denies CP, SOB, Syncope, n/v or H/A. Pt. given pain Rx just prior to splinting (R) Arm and moving pt. onto cot. Pt. taken to Seton. Pt. c/o n/v and phenergan given c̄ 2nd Fentanyl dose. Δ in pt. condition rest of trip. Report and care given to ED staff.

| | | |
|---|---|---|
| **Skin** ☒ No Abnormalities Noted ☐ Not Assessed | ☐ Significant Findings: | W/ sweaty / Pink |
| No cyanosis, diaphoresis, "tenting" of skin noted | | |
| **Head / Face** ☒ No Abnormalities Noted ☐ Not Assessed | ☐ Significant Findings: | Pupils - Perrla |
| No CSF, battle's sign, "raccoon eyes", bleeding, visible trauma, nystagmus, facial drooping, dysconjugate gaze, palpable tenderness, edema noted, Eyes PERRL | | Atraumatic |
| **Neck/Chest** ☒ No Abnormalities Noted ☐ Not Assessed | ☐ Significant Findings: | + = Lung Sounds - Clear |
| No JVD, accessory muscle usage, tracheal deviation, visible trauma, asymmetrical chest rise, subcutaneous emphysema, bleeding, palpable tenderness, wheeze, stridor, rhonchi, rale, diminished lung field, pacemaker, central venous line, edema noted | | Atraumatic |
| **Abdomen/GI** ☒ No Abnormalities Noted ☐ Not Assessed | ☐ Significant Findings: | Soft + Ø tender in all 4 Quads |
| No Distention, rigidity, masses, visible trauma, palpable tenderness, pulsations, surgical scars, medical devices/tubes noted | | |
| **Pelvis/GU** ☐ No Abnormalities Noted ☐ Not Assessed | ☒ Significant Findings: | (L) Hip - (+) pain Ø deformity or crepitus |
| No palpable tenderness or deformity, visible trauma, incontinence, bleeding noted | | |
| **Back/Spine** ☒ No Abnormalities Noted ☐ Not Assessed | ☐ Significant Findings: | |
| No palpable tenderness or deformity, visible trauma, bleeding, kyphosis, scoliosis, edema noted | | |
| **Extremities** ☐ No Abnormalities Noted ☐ Not Assessed | ☒ Significant Findings: | (R) elbow - + Pain - Ø deformity or crepitus |
| No palpable tenderness or deformities, visible trauma, bleeding, weakness, paralysis, amputations, delayed capillary refill, edema noted | | (R) Knee - Abrasion Ø active bleeding |

**Glasgow Coma Scale:** INITIAL GCS SCORE: 15 GCS UPON ARRIVAL AT ED: 15

| EYE OPENING | | VERBAL RESPONSE | | MOTOR RESPONSE | |
|---|---|---|---|---|---|
| Spontaneous *(Spontaneous)* | 4 | Oriented *(Smiles or Babbles)* | 5 | Obeys Commands *(Appropriate for age)* | 6 |
| To VERBAL Stimuli *(To Voice)* | 3 | Confused *(Irritable / non consolable)* | 4 | Localizes Pain *(Withdraws to touch)* | 5 |
| To PAINFUL Stimuli *(To Pain)* | 2 | Inappropriate Words *(Cries / screams with pain)* | 3 | Withdraws from Pain *(Withdraws to painful stimuli)* | 4 |
| None *(None)* | 1 | Incomprehensible Words *(Grunts / moans with pain)* | 2 | Flexion with Pain *(Decorticate posturing)* | 3 |
| *Indicate if eyes are swollen shut* | | None *(None) Indicate if patient is intubated* | 1 | Extension with Pain *(Decerebrate posturing)* | 2 |
| | | | | None *(None) (Indicate if receiving paralytics)* | 1 |

**Spinal Assessment:** ☐ Not Assessed
- Unreliable Pt Exam ☐ Yes ☒ No
- Distracting Injury ☐ Yes ☒ No
- Abnormal Sens./Motor ☐ Yes ☒ No
- Spinal Pain/Injury ☐ Yes ☒ No

**DOS / OOH-DNR:** Pronouncement Time: ______ Hospital ______
Physician: ______ ~~OOH-DNR?~~ ☐ Y ☐ N DNR Honored? ☐ Y ☐ N *If No, Explain why in narrative.*

**Valuables:** ☐ None ☒ Keys ☐ Purse/Wallet ☐ DL/Insurance card ☐ Glasses ☐ Jewelry______ ☐ Money $______ amount ☐ Cell Phone
☐ Other:______ **Left With/at:** ☒ Patient ☐ Family ☐ Home ☐ Neighbor ☐ Co-Worker ☐ ED Staff______

**Disposition:** ☒ Code 1 transport ☐ Code 3 transport ☐ Dead on Scene ☐ Refusal ☐ Referred to:______
**Transported to:** ☐ Brackenridge ☐ HHOA ☐ RRMC ☐ NAMC ☐ SAH ☐ SDMC ☐ SMC ☐ SNW ☐ SSW ☐ Other:______
**Reason:** ☐ Patient Pref. ☐ SOC Guidelines ☒ Location ☐ Hospital Diversion ☐ Emergency transfer ☐ Physician Pref. ☐ Other:______

**Transport Code:** ☐ Alpha ☐ Bravo ☒ Charlie ☐ Delta ☐ Echo **Trauma:** ☐ Category 1 ☐ Category 2 ☒ Category 3

**Medic/Employee ID:** Lead Medic Watkins 1552 Medic 2: Hardy 2246 Medic 3:______ Medic 4:______
**EMS Unit:** Medic 35 Rescue______ STARflight 1 2 Command______ Other Unit:______

