**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

EGGERS____  v. CAMPAGNOLO_____                    No. 08CV198-JM(LSP)

HON. LEO S. PAPAS        CT. DEPUTY JENNIFER JARABEK      Rptr. _____

                              Attorneys

      Plaintiffs                                    Defendants

_____        _____        _____

_____        _____        _____

_____        _____        _____


The date and time of Case Management Conference on May 29, 2008, at 8:30
a.m. is vacated.  A scheduling order will be issued forthwith.


___X___   Copies to:  Counsel of Record        _____  Notified by Telephone

DATED:  May 28, 2008

                                    _____
                                    Hon. Leo S. Papas
                                    U.S. Magistrate Judge