ORIGINAL

FILED
JUN 18 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MITCHELL EGGERS, etc., )
 )
       Plaintiff )
 )       Case No. __08 CV 0198 JM LSP__
  vs. )
 )       PRO HAC VICE APPLICATION
CAMPAGNOLO NORTH AMERICA, )       CAMPAGNOLO NORTH AMERICA,
INC., etc., et al. )       INC.
       Defendant )       Party Represented
_____)

I, __FRANK J. CIANO__ hereby petition the above entitled court to permit me
           (Applicant)
to appear and participate in this case and in support of petition state:

My firm name:       Goldberg Segalla, LLP
Street address:     170 Hamilton Avenue, Suite 203
City, State, ZIP:   White Plains, New York 10601
Phone number:       (914) 798-5400

That on __3/24/95__ I was admitted to practice before __United States District Court Southern District of__ New York
                                                           (Name of Court)
and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ (have) ☒ (have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)
Title of case _____

Case number _____ Date of application _____

Application  ☐ granted   ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)
Frank J. Ciano

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

__Guy R. Gruppie__                  __(213) 623-7400__
(Name)                              (Telephone)
__Murchison & Cumming, LLP__
(Firm)
__801 South Grand Avenue, 9th Floor,   Los Angeles,   CA 90017__
(Street)                               (City)                  (Zip code)

_____
Signature of Applicant   Frank J. Ciano

I hereby consent to the above designation.

_____
Signature of Designee Attorney  Guy R. Gruppie

The pro hac vice application is hereby approved for filing.

**RECEIVED**
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Date 6/17/08

It is so Ordered

_____

Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice**    (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**    $180.00, payable to Clerk, U.S. District Court

Application and fee should be mailed directly to:

  W. Samuel Hamrick, Jr., Clerk
  United States District Court
  Southern District of California
  880 Front Street Suite 4290
  San Diego, California 92101-8900

8/7/07

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On June 10, 2008, I served true copies of the following document(s) described as **PRO HAC VICE APPLICATION** on the interested parties in this action as follows:

**SEE ATTACHED LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Murchison & Cumming's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 10, 2008, at Los Angeles, California.

*Patricia A Hood*
Patricia S. Hood

1

## SERVICE LIST
### Campagnolo North America adv. Eggers, Michell

| | |
|---|---|
| Kevin Boyle/Lauren Kaufman<br>Panish, Shea & Boyle, LLP<br>11111 Santa Monica Boulevard<br>Suite 700<br>Los Angeles, CA 90025<br>Telephone: 310-477-1700<br>Facsimile: 310-477-1699 | Attorneys for Plaintiff MICHELL EGGERS |
| Gregory Konoske, Esq.<br>Shifflet Kane & Konoske<br>16880 West Bernardo Drive<br>Ste. 250<br>San Diego, CA 92127<br>Telephone: 858-385-0871<br>Facsimile: 858-613-0871 | Attorneys for Defendant B&L Bike and Sports, Inc. |
| Vacharaesorn Vivacharawongse<br>Goldberg Segalla, LLP<br>170 Hamilton Avenue, Suite 203<br>White Plains, NY 10601<br>Telephone: 914-798-5466<br>Facsimile: 914-798-5401 | Co-Counsel for Defendant CAMPAGNOLO NORTH AMERICA |
| Frank J. Ciano, Esq.<br>Goldberg Segalla, LLP<br>170 Hamilton Avenue<br>Suite 203<br>White Plains, NY 10601<br>Telephone: (914) 798-5400<br>Facsimile: (914) 798-5401 | Attorneys for Defendant, CAMPAGNOLO NORTH AMERICA |

J:\GRG\28385\POS\COS 060908.psh