**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

<u>EGGERS</u>   v.   <u>CAMPAGNOLO NORTH AMERICA</u>             No. <u>08CV198-JM(LSP)</u>

<u>HON. LEO S. PAPAS</u>     <u>CT. DEPUTY JENNIFER JARABEK</u>     <u>Rptr. 1 ½ hr.</u>

<u>Attorneys</u>

| <u>Plaintiffs</u> | <u>Defendants</u> |
|---|---|
| Kevin Boyle | Heather Mills |
|  | Amy Akiyama |

Settlement Conference held.

  X    Copies to:  Counsel of Record         _____ Notified by Telephone

DATED: September 9, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge