# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL EGGERS, <br><br>                    Plaintiff, <br><br> vs. <br><br> CAMPAGNOLO NORTH AMERICA, INC.; B & L BIKE AND SPORTS, INC., <br><br>                    Defendants. | CASE NO. 08cv0198 JM(LSP) <br><br> ORDER GRANTING MOTION FOR LEAVE TO AMEND (Docket No. 23) |

For good cause shown, the court grants Plaintiff's unopposed motion for leave to file a First Amended Complaint ("FAC") to add Campagnolo S.r.l. as a defendant to this action. Plaintiffs shall file the FAC within 10 days of entry of this order.

**IT IS SO ORDERED.**

DATED: January 29, 2009

Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties

08cv0198