## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

EGGERS    v. CAMPAGNOLO NORTH AMERICA                No. 08CV198-JM(LSP)

HON. LEO S. PAPAS        CT. DEPUTY JENNIFER YAHL      Rptr. _____

                              Attorneys
     Plaintiffs                                           Defendants

The parties have filed a joint motion seeking to continue the deadline for exchange of expert reports to July 27, 2009.  Although good cause exists to warrant a brief continuance of this deadline, the proposed date conflicts with other case management deadlines including the deadline for completion of discovery, deadline for filing motions, and the Pretrial Conference scheduled before the Hon. Jeffrey T. Miller.  Thus, the parties' joint motion is DENIED, however, the Court *sua sponte* continues the following case management deadlines:

Initial expert reports shall be exchanged by April 24, 2009.

Supplemental expert reports shall be exchanged by May 8, 2009.

All discovery, including expert discovery, shall be completed by May 29, 2009.

   X    Copies to: Counsel of Record        _____ Notified by Telephone

DATED: February 18, 2009

                                        _____
                                        Hon. Leo S. Papas
                                        U.S. Magistrate Judge