(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL EGGERS, an individual, | CASE NO.  08 CV 0198 JM LSP |
| Plaintiff, | Judge: Hon. Jeffrey T. Miller<br>CR: 16 |
| vs. | [Complaint filed: February 1, 2008] |
| CAMPAGNOLO NORTH AMERICA, INC., a corporation, CAMPAGNOLO S.r.l., a corporation; B&L BIKE AND SPORTS, INC., a corporation, and DOES 1 through 9, Inclusive, | **ORDER OF DISMISSAL**<br><br>**[Fed. R. Civ. P. 41(a)(1)(ii)]** |
| Defendants. | Trial: November 30, 2009 |

IT IS HEREBY ORDERED that Defendant Campagnolo North America, Inc. is dismissed, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DATED:  April 16, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

-1-