UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MITCHELL EGGERS, an individual, | CASE NO. 08 CV 0198 JM LSP |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE DATE FOR EXCHANGE OF EXPERT WITNESS REPORTS AND DISCOVERY CUT-OFF (DOC. 50)** |
| vs. | |
| CAMPAGNOLO NORTH AMERICA, INC., a corporation, B&L BIKE AND SPORTS, INC., a corporation, et al., | |
| Defendants. | |

Good cause appearing,

The Court hereby **GRANTS** the parties' Joint Motion to Extend Deadline to Exchange Expert Witness Reports and the discovery cut-off. Therefore, the deadline to exchange expert witness reports shall be continued from April 24, 2009 to June 12, 2009, the date to exchange supplemental expert reports shall be continued from May 8, 2009 to June 19, 2009, and the discovery cut-off shall be continued from May 29, 2009 to June 26, 2009.

**DATED: April 30, 2009**

**HONORABLE LEO S. PAPAS**
**U.S. DISTRICT COURT JUDGE**